AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Illinois__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:16-cv-03676 | DATE FILED<br>3/28/2016 | U.S. DISTRICT COURT<br>Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Deckers Outdoor Corporation | | DEFENDANT<br>Australian Leather Pty Ltd |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,050,925 | 1/24/2006 | UGG |
| 2 | D599,999 | 9/15/2009 | Deckers Outdoor Corporation |
| 3 | D616,189 | 5/25/2010 | Deckers Outdoor Corporation |
| 4 | D582,650 | 12/16/2008 | Deckers Outdoor Corporation |
| 5 | D705,529 | 5/27/2014 | Deckers Outdoor Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Julie S. Leopold | DATE<br>3/29/2016 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy