UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Deckers Outdoor Corporation
                              Plaintiff,
v.                                                Case No.: 1:16−cv−03676
                                                  Honorable Manish S. Shah
Australian Leather Pty Ltd, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 9, 2019:

MINUTE entry before the Honorable Manish S. Shah: Jury trial held. Evidence entered. Defendants' motion for judgment as a matter of law is denied for the reasons stated on the record. Closing arguments made. Jury instructions given. Jury deliberates. Bench trial begun. Evidence entered and bench trial continued to 5/10/19 at 9:45 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.