**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUSTRALIAN LEATHER PTY. LTD. and ) <br> ADNAN OYGUR a/k/a EDDIE OYGUR, ) <br> ) <br> Defendants. ) | Case Number: 1:16-cv-03676 <br><br> Judge Manish S. Shah |

**DEFENDANTS' SUBMISSION OF DEPOSITION
TRANSCRIPTS OF JOHN ARNOLD AND ROGER BOSLEY**

Pursuant to the Court's Order of June 4, 2019, Defendants Australian Leather Pty. Ltd. ("Australian Leather") and Adnan "Eddie" Oygur (collectively, "Defendants") respectfully submit the attached transcripts of the April 17, 2017 deposition of John Arnold (Exhibit A) and the April 6, 2017 deposition of Roger Bosley (Exhibit B).

The Parties designated the following portions of John Arnold's deposition transcript to be presented at trial, and the presented video of that deposition contained these portions:

> 5:7-19
> 8:19 – 9:15
> 9:18 – 10:8
> 10:24 – 19:21
> 25:16 – 27:19
> 31:2 – 36:18
> 38:21-22
> 39:1 – 40:1
> 40:10 – 43:13
> 45:3 – 47:3
> 47:22 – 50:3
> 50:5-22
> 64:22 – 69:19
> 71:13 – 72:20
> 91:7 – 92:1
> 92:16 – 93:11
> 94:13-17
> 105:21 – 106:6
> 117:8-12

The Parties designated the following portions of Roger Bosley's deposition transcript to be presented at trial, and the presented video of that deposition contained these portions:

6:1-4
7:24 – 8:8
12:21-24
13:11-13
14:12-19
16:23 – 17:1
17:13-16
21:17 – 25:21
28:9 – 29:4
39:8 – 49:9
67:8 – 68:2
82:20 – 83:3
84:12-16
85:2 – 85:22
85:25 – 86:19
91:5-14
99:13 – 100:5
101:14 – 102:11
104:8-14
105:11-13
105:22 – 106:10
108:9-14
110:15-22
112:6 – 113:11
114:14-19
133:5-7
134:11-24
153:14-22

Respectfully submitted,

AUSTRALIAN LEATHER PTY. LTD. and
EDDIE OYGUR

Date: June 4, 2019

By: /s/ Mark R. Bagley
Mark R. Bagley
TOLPIN & PARTNERS, PC
100 North LaSalle Street, Suite 501
Chicago, Illinois 60602
(312) 698-8971

*Attorney for Defendants Australian Leather Pty. Ltd. and Eddie Oygur*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANTS' SUBMISSION OF DEPOSITION TRANSCRIPTS OF JOHN ARNOLD AND ROGER BOSLEY** was served via the Northern District of Illinois electronic filing system to:

>Paul G. Juettner
>Justin R. Gaudio
>Patrick Smith
>RiKaleigh C. Johnson
>GREER, BURNS & CRAIN, LTD.
>300 South Wacker Drive, Suite 2500
>Chicago, Illinois 60606
>
>Kent Raygor
>SHEPPARD MULLIN RICHTER & HAMPTON LLP
>1901 Avenue of the Stars, Suite 1600
>Los Angeles, California 90067

on this 4th day of June, 2019.

>/s/ Mark R. Bagley
>Mark R. Bagley