Exhibit A

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

DECKERS OUTDOOR CORPORATION,        )

       Plaintiff,              )

   -vs-                            ) No. 1:16-CV-03676

AUSTRALIAN LEATHER PTY, LTD.        )

and ADNAN OYGUR a/k/a               )

EDDIE OYGUR,                        )

       Defendants.             )


       The videotaped deposition of JOHN ARNOLD, called by the Defendant for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before Patricia M. Stone, a Certified Shorthand Reporter of the State of Illinois, at Suite 2200, 225 West Washington Street, Chicago, Illinois, on the 17th day of April, 2017, at the hour of 9:57 o'clock a.m.


REPORTED BY:  PATRICIA M. STONE, CSR

LICENSE NO:  084-002880

JOB NO:  10519

```
 1   A P P E A R A N C E S :

 2

 3        SHEPPARD MULLIN RICHTER & HAMPTON, LLP

 4        BY:  MR. KENT RAYGOR

 5             333 South Hope Street, Suite 4300

 6             Los Angeles, California 90067

 7             (310) 228-3730

 8             kraygor@sheppardmullin.com

 9             Representing the Plaintiff;

10

11        TOLPIN & PARTNERS, P.C.

12        BY:  MR. MARK R. BAGLEY

13             100 North LaSalle Street, Suite 501

14             Chicago, Illinois 60602

15             (312) 698-8971

16             mark@tolpinlaw.com

17             Representing the Defendants.

18

19

20

21

22

23

24
```

```
                                                    Page  3
 1                      I N D E X
 2    WITNESS                              EXAMINATION
 3    JOHN ARNOLD
 4         By Mr. Bagley                            5
 5         By Mr. Raygor                           73
 6         By Mr. Bagley (Further)                107
 7         By Mr. Raygor (Further)                114
 8
 9
10
11
12                    E X H I B I T S
13    NUMBER                DESCRIPTION      MARKED FOR ID
14    Defendant's Deposition Exhibits
15    Exhibit 48    Book Cover and Excerpt          51
16    Exhibit 49    Handwritten Letter by           62
17                  Carl Keehn
18    Exhibit 50    AUL00066-AUL00067               66
19
20    Arnold Deposition Exhibits
21    Exhibit 51    Current and Historical Business  85
22                  Name Extract, UGG Boots
23    Exhibit 52    AUL00039                        101
24
```

Page 4

1           THE VIDEOGRAPHER:  Here begins the

2    videotaped deposition of John Arnold in the matter

3    of Deckers Outdoor Corporation versus Australian

4    Leather PTY, Ltd., et al. in the United States

5    District Court for the Northern District of Illinois,

6    Eastern Division, Case Number 1:16-cv-03676.

7                 Today's date is April 17th, 2017, and

8    the time is now 9:57 a.m.  My name is Bruce Witty,

9    and the court reporter is Patty Stone of Thompson

10   Court Reporters.  Today's deposition is being

11   taken at 225 West Washington Boulevard, Chicago,

12   Illinois.

13                Will Counsel please introduce themselves

14   and state whom they represent beginning with the

15   noticing party.

16           MR. BAGLEY:  Actually before we do that,

17   there seems to be a phone ringing in here.  I don't

18   think that is supposed to be happening.  Can we get

19   that off?

20                     (WHEREUPON, a brief pause was had

21                      in the proceedings.)

22           MR. BAGLEY:  All right.  I believe I was

23   about to introduce myself.  My name is Mark Bagley

24   of the law firm of Tolpin & Partners, PC in Chicago,

```
                                               Page 5
 1   Illinois.  I am representing the defendants,
 2   Australian Leather and Adnan Oygur.
 3              MR. RAYGOR:  Kent Raygor of Sheppard Mullin
 4   Richter & Hampton in Los Angeles representing
 5   Plaintiff and Counter-Defendant, Deckers Outdoor
 6   Corporation.
 7              THE VIDEOGRAPHER:  Would the court reporter
 8   please swear in the witness.
 9                      (WHEREUPON, the witness was duly
10                      sworn.)
11            J O H N    A R N O L D ,
12   called as a witness herein, having been first duly
13   sworn, was examined and testified as follows:
14                      EXAMINATION
15   BY MR. BAGLEY:
16      Q.   Good morning.
17           Could I ask you to state your name for
18   the record.
19      A.   My name is John Arnold.
20      Q.   Have you ever given testimony in a legal
21   proceeding before?
22      A.   In this country, no.
23      Q.   Have you given testimony in another country?
24      A.   Yes.
```

Page 6

1       Q.    What kind of -- about how many times did you

2   do that?

3       **A.    Oh, perhaps once.**

4       Q.    Do you remember what was the case about?

5       **A.    I can't remember.  It's so long ago.**

6       Q.    Do you remember about when that case was?

7   How long ago it was?

8       **A.    30 years, 40 years.**

9       Q.    Did it happen to involve any trademarks or

10  brands?

11      **A.    No, nothing.**

12      Q.    Okay.  Now, you said you haven't given any

13  kind of testimony in you said this country.

14            Now, do you mean the United States

15  because that's where we're sitting today?

16      **A.    Yes, United States.**

17      Q.    Okay.  So have you ever given a deposition

18  or a United States style deposition before?

19      **A.    No.**

20      Q.    Okay.  And one of the reasons I ask is to

21  try to get your familiarity with the process so we

22  can kind of give you an explanation of some of the

23  things that are going to happen today.

24            If you ever need a break at all, just

1  let us know.  We can stop the tape, go off the record

2  and, you know, we can use the restroom or get some

3  more water or do anything you need.  Just let us know

4  during -- during the process.

5          I'm going to be asking you a number

6  of questions today, and then a little later on

7  Mr. Raygor, who is representing the Plaintiff, is

8  going to ask you some additional questions.

9          When I'm asking you questions, if what I

10  say isn't clear to you or if you didn't hear me, stop

11  me and tell me, you know, because I want to make sure

12  you understand what I'm asking fully, and so don't --

13  I would say don't try to answer it unless you

14  understand it and just ask me to either speak more

15  clearly or ask something more clear and I will

16  attempt to do that.

17      **A.    Okay.**

18      Q.    From time to time when I'm asking questions,

19  you may hear Mr. Raygor make some objections for the

20  record.  This is a standard part of this type of

21  proceeding, and I would ask that, you know, unless

22  you get a specific instruction not to answer the

23  question, despite whatever objections you hear, I

24  would ask that you attempt to answer the question to

Page 8

1    the best of your ability.  I may remind you of that

2    as we go on.

3              But as you notice next to you, there is

4    a court reporter making a written record of this.  So

5    we would ask that you make all of your responses

6    verbal.  Because if you just nod your head, that is

7    not something that will show up on the written

8    record.  So just like I said make all of your

9    responses verbal, if possible.

10             Are you taking any medication or do you

11   have any medical condition that would affect your

12   ability to answer questions today?

13   **A.    No.**

14   Q.    Okay.  Have you had any alcoholic beverages

15   in the past six hours?

16   **A.    No.**

17   Q.    Okay.  Thank you.

18             Where --

19   MR. RAYGOR:  Can I just add --

20   MR. BAGLEY:  Sure --

21   MR. RAYGOR:  -- one thing for context.

22   MR. BAGLEY:  Please.

23   MR. RAYGOR:  Just since you haven't done

24   this before, it's relatively informal in this room

1  here, but the deposition transcript that will -- will

2  be taken down here is intended to be used by Mark

3  and me if we ever get to a courtroom or a trial on

4  this.

5              So it's -- what you're testifying to

6  today is a substitute for you actually sitting in a

7  courtroom perhaps if you don't go to the trial.  So

8  it's -- it's rather formal in that sense, and that's

9  why I'll be making objections.  If I ask questions,

10 Mark might make objections.

11             There is no judge sitting here today to

12 rule on them, but we make the objections for the

13 record, and the judge can be asked to rule on them at

14 some point later.

15             THE WITNESS:  I understand.

16             MR. RAYGOR:  Okay.

17 BY MR. BAGLEY:

18     Q.   When were you born?

19     **A.**              Redacted

20     Q.   And where were you born?

21     **A.   Adelaide, South Australia.**

22     Q.   Did you grow up in Adelaide?

23     **A.   Yes.  I did.**

24     Q.   How long did you live there?

Page 10

1      A.   I lived there probably until I was in my

2   late forties off and on.

3      Q.   Okay.

4           Okay.  What is your current address?

5      A.   I have two addresses; 116 Frederick Street,

6   Evandale, South Australia, and the second address is

7   Building Number 3, Flat 20, The Gardens, Jebel Ali,

8   UAE or Dubai.

9      Q.   Is Dubai a city?

10     A.   Dubai is an emirates in the United Arab --

11     Q.   Okay.

12     A.   -- and it's a city, yes.

13     Q.   All right.  I -- I didn't mean to get

14  into -- too technical.  I just wanted to make it

15  clear for the record that this is -- this is part of

16  the United Arab emirates.  Is that correct?

17     A.   Yes.  There are a number of emirates, and

18  Dubai is one emirate that is also a city.

19     Q.   Okay.  All right.  Thank you.

20          And you mentioned Evandale.  Is that

21  near Adelaide?

22     A.   Within fifteen minutes of the city center.

23     Q.   Okay.  Thank you.

24          Mr. Arnold, in your life, have you ever

Page 11

1    gone surfing?

2        A.    I've been surfing a good part of my early

3    years, yes.

4        Q.    A good part of your early years.

5              About when did you -- how old were you

6    when you started surfing?

7        A.    The definition of surfing we have to take

8    both ways.    I would say a water sport activity at

9    around twelve years of age in a serious manner.

10       Q.    Okay.    And how would you -- oh, I'm sorry.

11   I didn't mean to cut you off.

12       A.    That was relevant to the surf lifesaving

13   movement in Australia which was the early forerunner

14   for the surfing movement that created in our modern

15   world today.

16       Q.    Okay.    You used a term in there, and I'm

17   trying to remember it.    It was something about water

18   sport and -- well, what was the name, the term that

19   you used?

20       A.    Surf Lifesaving Association of Australia.

21       Q.    Okay.    That's an organization.    It sounds

22   like an organization.

23       A.    It's an organization which is like

24   lifeguards in the United States, and it was

1    voluntary, and it formed the -- it was national run

2    around the country; and in every state of Australia,

3    you had a surf lifesaving association.  And within

4    that association, you might have had 10, 20, 50,

5    60 clubs all encouraging young people to use the

6    water and use it properly and be trained in water

7    sport activity.

8        Q.   During those early years -- I'm sorry.

9    Well, strike that.  Let me ask.

10            So were you a member of one of these

11   associations?

12       A.   Yes.  I was.

13       Q.   During your early years in that association,

14   were you doing some sort of activity that we would

15   recognize as surfing today?

16       A.    No.  Surfing, as we know it today, didn't

17   exist in that same framework.  The boards were long

18   boards about 17 feet long, 18 feet long.  They were

19   made of plywood, and you paddled them for racing

20   purposes rather than recreational wave riding.

21            Although you could use those same craft

22   riding waves but not in the way in which you see it

23   being -- surfing as it is today.  It's totally

24   different.

Page 13

1    Q.    Was there a point in time when you started

2    doing an activity that would be likened to surfing

3    today?

4    A.    The changing point was about 1956.  That was

5    when we had some Hawaiian surfers visit Australia for

6    the 1956 Melbourne Olympic games.

7                 At that time, they brought with them

8    new short boards from Hawaii, and people got an

9    expedition from these surfers on what they were

10   doing; and from that point on, surfing took a new

11   direction as we know it today.  It was evolution of

12   the movement from surf lifesaving which is still in

13   existence and still very strong towards young people

14   being -- having options to go surfing or perhaps join

15   a surf lifesaving movement.

16   Q.    Was this something that you participated in

17   on the new -- the new short boards?

18   A.    Yes, yes, I did.  In fact, the short board

19   evolution was slow and progressive, but I would say

20   I was the first person in Australia to build a firm

21   surfboard out of styrene foam, and that was probably

22   the first, and around 1958 I came to live in

23   California.  Surfing was just starting in California

24   at that point in the way we know it today.

Page 14

1    Q.    So you mentioned you -- you built a board --

2    **A.    Yes.**

3    Q.    -- yourself --

4    **A.    Yes.**

5    Q.    -- personally?

6    **A.    Yes.**

7    Q.    Is that correct?

8    **A.    Yes, yes.**

9    Q.    And then you would use it --

10   **A.    Used it.**

11   Q.    -- in the water?

12   **A.    Used it for surfing, and people looked at**

13   **it and thought this is quite interesting, but there**

14   **wasn't very strong movement at that stage.  It was**

15   **all fairly new.  In California, it was new also.**

16   Q.    All right.  I may come back to that -- well,

17   okay.  No, let's go with that.

18               You said in 1958 you came to the United

19   States to live.  Is that correct?

20   **A.    I came temporarily.**

21   Q.    Temporarily?

22   **A.    Yeah because you can't live -- you have to**

23   **get out.**

24   Q.    Well, yes.  I imagine the immigration office

1  might have something to say about that.

2      A.   But I was here about seven years.

3      Q.   While you were here, what did you do?

4      A.   I came to California, got off in

5  San Francisco, and I brought with -- and I didn't

6  come by plane.  I came by sailing boat, and I brought

7  with me two surfboards that were built in Australia,

8  and I bought a car and took my surfboards on the top,

9  and I set -- set sail around the United States for

10 the next seven months covering Northern California,

11 Southern California, Mexico right across to the east

12 coast right up to the top of the -- from Florida

13 right up to the top of the east coast and then back

14 through the central parts of America covering just

15 about every state in the United States during that

16 time and meeting at the time most of the I guess

17 famous name brands and surf companies that are still

18 in business today.

19     Q.   When you said meeting them, who were some of

20 the people that you met during that trip?

21     A.   The first one I met was Jack O'Neill,

22 Santa Cruz, California, and his brand is now world

23 famous, and he was also at that stage just opening

24 his business and people were saying, Well, Jack, we

1    want to stay warm in the water, what are you doing?

2    And he was starting to experiment with building

3    wetsuits, and that was out of closed-cell neoprene,

4    and the die-hard surfers like myself and others in

5    southern California started using wetsuits.

6              They were very crude at first; but over

7    the years, of course, they were refined into very

8    elegant garments, but it was the forerunner of the

9    wetsuit business as we know it for surfing.

10             Of course, wetsuits before were used for

11   military purposes for diving, but that was different

12   altogether.

13       Q.   Okay.  And besides Mr. O'Neill, were there

14   some other people you met during that trip that

15   you --

16       A.   Oh, yes.

17       Q.   -- would now consider big names in surfing?

18       A.   Yes.

19       Q.   Who?

20       A.   In Santa Barbara, we had Reynolds Yater.

21   Reynolds Yater is still making or his company is

22   still making surfboards in Santa Barbara and regarded

23   as one of the very best quality products in the

24   surfing business; and in the central part of

1   **Los Angeles, there was many.  Some of them have**

2   **passed away now, but let's say from memory there**

3   **would have been -- my memory alludes me now on some**

4   **of these names but anyway.**

5       Q.   Well, that's fine.  That was many years ago.

6   So I'm just asking about the ones that you do happen

7   to remember.

8       **A.   But the famous one I think then I'd say for**

9   **many, many months was John Severson.  He was the**

10  **founder of Surfer magazine, Dana Point, California.**

11  **He and I covered many of the beaches together in**

12  **southern California right down to the bottom end of**

13  **Mexico.**

14      Q.   And you -- you said you stayed with

15  Mr. Severson?

16      **A.   Yes.  I did.**

17      Q.   Meaning like did you live in his house?

18      **A.   Yeah.  I lived -- I lived in his house,**

19  **yes.**

20      Q.   I understand just by doing the math in 1958

21  were you about 18?

22      **A.   Yes.**

23      Q.   Okay.

24      **A.   Yeah, around 18, 19, something like that,**

1    yeah.

2         Q.   And did you stay -- how long did you stay

3    with Mr. Severson?

4         A.   Off and on two or three months, maybe

5    longer, but I went from there over to the east coast.

6    So I went and toured the east coast because in the

7    morning in Dana Point I would meet with quite a lot

8    of famous people that are noted today such as

9    Hobie Alter who is the famous brand of Hobie.   There

10   was Bruce Brown, who was the forerunner of making the

11   film Endless Summer, John Severson, myself, and

12   probably about six or seven others that were working

13   in the surfing industry there in Dana Point.

14             We had a -- a friendship or a club where

15   we'd meet in the morning and have breakfast together

16   and then check the waves and see if they're okay and

17   then go and do some work.

18        Q.   By work, do you mean surfing?

19        A.   Work -- work was hobby work.

20        Q.   Of course, of course.

21        A.   But John Severson was the editor and founder

22   of Surfer magazine.   So he was building that magazine

23   from his home garage.   Business started just in

24   garages and backyards.   It wasn't formalized in the

1    way we know businesses today.  So it was friendly and

2    cooperative, and the same for Hobie Alter.  He had a

3    workshop in Dana Point making surfboards.  He's

4    passed away now a few years ago back.  Bruce Brown is

5    still alive.

6              John Severson, of course, after we met

7    came to Australia and visited me down there, but

8    let's say from Dana Point I went and visited all of

9    the surfing places I could find on the east coast

10   which were unknown to people in California at that

11   time.

12             Bruce Brown used to say to me, There's

13   no surfing on the east coast, don't even bother, and

14   I proved them wrong because I went there and I found

15   good surfing spots all the way along the coastline,

16   brought the photos back and said, There you are,

17   look at that; and from then on, the east coast was

18   noted for having good surf and good possibilities

19   for the same type of water sports that were

20   emerging in California and, of course, Hawaii and

21   Australia.

22       Q.   Wow, that sounds like quite a trip.

23             We may come back to some of those

24   topics, but I'd like to take maybe a step back and

Page 20

1  ask you about your education.

2              So what was the highest level of

3  education that you've attained?

4      A.   I attained an accounting certificate at I

5  think you call it a university, but then it wasn't

6  called a university.  It was called something else

7  but the same level.  If I go back to that same place

8  today, it's called a university.

9      Q.   Okay.  What year did you receive that

10 certificate?

11     A.   That would have been -- it would have been

12 mid '50s, 1956, in that sort of area, yeah.

13     Q.   So just to be sure, so that was before you

14 took this trip to the United States --

15     A.   Yes, yes.

16     Q.   -- that you were describing?

17     A.   Yes, yes.

18     Q.   Okay.  After you got that accounting

19 certificate, what was your first employer or business

20 where you worked?

21     A.   Well, let me give you a bit of a

22 backtrack --

23     Q.   Please.

24     A.   -- on this because I was employed by a real

1    estate company then as a trainee in accounting; and

2    around the time I was sixteen years of age, my

3    parents, this is my grandfather and my father, they

4    had a footwear manufacturing business who was engaged

5    in making slippers and it was engaged in repairing of

6    footwear because in those days most of the footwear

7    was made from leather and not injected molded product

8    as we have in today's footwear business.

9              So while I was doing accounting studies

10   at the age of sixteen, both my parents were killed in

11   an accident.

12        Q.   Oh.

13        A.   And that changed my life completely from

14   being employed in a real estate company as a junior

15   accounting star to moving into the family business;

16   and in doing so, I was handling the bookkeeping as

17   we would call it of a small family business engaged

18   in the leather industry, retailing of shoes,

19   manufacturing of slippers.

20              We would call them slippers like

21   gentleman's-type slippers as you would see in some of

22   the stores today, nicely crafted with leather soles

23   and sheepskin linings, footwear repairs because in

24   those days shoes were being made of leather and wore

1    out easily.  Therefore, there was a need to have them

2    repaired so -- and that business started as early as

3    I think 1902 in Adelaide.  It was my grandfather that

4    started that with his brothers.

5        Q.   What did -- what was that business called?

6    Did it have a name?

7        A.   Yes.  It was called Arnold's Shoe --

8    Arnold's Shoes and Arnold's Shoe Repairs I think from

9    memory.  I'd have to look at one of the old photos to

10   bring that together.

11       Q.   Okay.  And was it called the same thing when

12   you were involved with it?

13       A.   Pretty much, yes.  I think some of the words

14   changed.  I think at one stage they had Arnold's

15   Classic Shoes and maybe the word dropped out but it

16   continued on, yes.

17       Q.   Okay.

18       A.   Until -- well, I joined the company after my

19   parents were killed.  The business ran along, and

20   then the turning point at that point was I was

21   involved with my father in training for surf

22   lifesaving.  We would get up in the mornings at

23   4:00 o'clock.  He'd take me down to the coastline,

24   and we'd train aggressively for competition.  So it

1    was pretty full on.

2            Then they were killed.  I then took an

3    interest because I saw some of the surfing photos

4    from Hawaii emerging of people using short boards on

5    large waves.

6            So from that point, I kept interested,

7    and I learned in Sydney from some of my colleagues

8    who were looking at experimenting with short boards

9    made from balsam wood from Ecuador, and that to me

10   was a stepping stone into the surfer, this short

11   border era of which I brought a number of those

12   boards from people in Sydney and set up a surf shop,

13   a very small surf shop at the back side of a leather

14   or a shoe manufacturing operation which was located

15   in the City of Adelaide.

16   Q.    Okay.  So you're anticipating some of my

17   questions I was going to ask.  Let me step back a

18   little bit.

19            Before the shoe company, was there --

20   you also mentioned a shoe manufacturing operation.

21            Was that part of your -- was that part

22   of the shoe business --

23   A.    Yes.

24   Q.    -- from before the time you were involved?

1    **A.   It was always in -- within the company**
2    **structure, but it was never big.  In those days, shoe**
3    **manufacturing -- when I say that it was like hobby**
4    **shoe manufacturing, two or three tradesmen putting**
5    **together some footwear items and being sold.  You --**
6    **you would call it a small factory.  I think we had at**
7    **that stage around about 17 people working.**
8        Q.   Okay.  You again now talked about at least
9    two different businesses, but let's -- let me focus
10   on the shoe business for now.
11       **A.   Yeah.**
12       Q.   You said that continued.
13            About how long in time did that -- was
14   that a going concern?
15       **A.   I think the slipper business when my father**
16   **died took a back step because he was leading that and**
17   **I was coming from an accounting background, and I**
18   **wasn't really leading that anymore, and nobody else**
19   **was really following it.**
20            **So it sort of sat as a dormant item but**
21   **not totally dormant.  It was just there chugging**
22   **along.**
23       Q.   Okay.  What was dormant or chugging along
24   exactly?  The entire business or --

Page 25

1    **A.    No.   The whole business was active, but the**
2    **manufacturing of footwear took a back step.**

3        Q.    All right.   Okay.

4    **A.    For awhile, right.**

5        Q.    Okay.   So I guess my question was:   You said
6    the whole shoe business was still active.   About how
7    long did that business continue?

8              Was it still active in the '60s?   Was it
9    active in the '70s?   How long of a timeframe?

10   **A.    Oh, yes, yes, yes.**

11       Q.    How long was it active?

12   **A.    I think it ceased activities in -- I'd have**
13   **to think back, maybe -- maybe somewhere in the 1980s,**
14   **somewhere like that.**

15       Q.    Okay.   Thank you.

16             Now, you mentioned that you opened a
17   surf shop at some point.

18             Do you remember what year that was that
19   you said?

20   **A.    Yeah.   That would have been around about '57**
21   **or '58 I think.**

22       Q.    Okay.   And did that surf shop remain in
23   business for a number of years?

24   **A.    Oh, yes, yes.**

Page 26

1    Q.   How long -- how many years did it remain in

2    operation?

3    **A.   Around until about 1977 when it was bought**

4    **out by another gentleman in the City of Adelaide, and**

5    **he continued it on.  So it's still running today.**

6    Q.   Oh, it's still running today?

7    **A.   Yeah.**

8    Q.   Okay.  So what were some of your

9    responsibilities -- well, before I ask that, you

10   mentioned the shoe business --

11   **A.   Yes.**

12   Q.   -- and the surf shop business which sounds

13   like they were going on at the same time.  Is that

14   correct?

15   **A.   They were.  Everything was collectively**

16   **running, yes.**

17   Q.   Did you have any other businesses?

18   **A.   Yes, quite -- quite a lot, quite a lot.**

19   Q.   Well, if we could -- if you had a lot, could

20   we maybe go in like chronological order or...

21   **A.   Sure.  I will try and work my way through.**

22   Q.   Or if you can give me an overview first, and

23   then we can talk about them separately.

24   **A.   There was the -- I'll call it sportswear**

1    manufacturing business.  That comprised mainly of

2    T-shirts, board shorts, and apparel that was

3    connected to the surfing industry or the surfing

4    fraternity.  That became a -- an Australia-wide and a

5    global phenomenon.

6                There was the film industry who were

7    manufacturing and producing films, magazines, the

8    manufacturer, of course, of outgoods, the

9    manufacturer of sandals which were of a Mexican

10   origin originally made from tire tread and leather

11   uppers, a clothing business.

12               I'm trying to think back of all of the

13   different segments, and there was many because it was

14   a -- a vertically integrated surfing business

15   operation comprising of numerous product divisions

16   all working in harmony through the -- the three

17   operating companies which was O'Neill Wetsuits,

18   Arnold's Shoes, John Arnold Surf Shop, and Golden

19   Breed Sportswear.

20               MR. RAYGOR:  Golden Breed?

21   BY THE WITNESS:

22       A.    Yes.

23   BY MR. BAGLEY:

24       Q.    Okay.  I believe that was four names that

Page 28

1    you mentioned.  Is that correct?

2         **A.    I mentioned four, yes.  Whether they're all**

3    **independent companies, I'd have to look back on that,**

4    **but certainly Arnold Shoes was an independent**

5    **company.  John Arnold Surf Shop was an independent**

6    **company.  O'Neill Wetsuits was an independent company**

7    **which might have also within its structure the**

8    **Golden Breed garment manufacturer.  I'd have to look**

9    **that all up.**

10        Q.   Right.  And again today in the deposition we

11   are asking you about things to the best of your

12   memory.

13        **A.    Yes.**

14        Q.   And so were you the -- did you have an

15   ownership interest in all four of the companies you

16   just mentioned?

17        **A.    Yes.**

18        Q.   Were you the sole owner of any of the

19   companies?

20        **A.    No.**

21        Q.   Okay.  Fair enough.

22             You mentioned O'Neill Wetsuits.  I

23   believe earlier in the deposition you mentioned

24   Jack O'Neill.

Page 29

1          Was O'Neill Wetsuits Jack's company or

2    was it your company?

3    **A.    No.**

4    Q.    Could you explain the ownership of O'Neill

5    Wetsuits and what you meant by that?

6    **A.    Jack O'Neill, when I met him in California**

7    **in the late '50s, early '60s, had never ever decided**

8    **to license his product.  I approached him on this**

9    **basis that we make the wetsuits in Australia, and he**

10   **said, Well, okay, let's work on that, and we did, and**

11   **we took a license from him to manufacture O'Neill**

12   **Wetsuits in Australia, and that started I think in**

13   **about 1961 approximately, and it then grew into a**

14   **very large business.**

15   Q.    I see.

16              So is it correct that the O'Neill

17   Wetsuits business you mentioned was an Australian

18   business?

19   **A.    Correct.**

20   Q.    And that business was a licensee from

21   Mr. Jack O'Neill?

22   **A.    Correct.**

23   Q.    Thank you.

24              Okay.  And I -- to the best you can

Page 30

1    remember, what were these, you know, four companies

2    operating at the same time?  Let me ask a better

3    question.

4              Were there any years -- could you give

5    me a range of years in which -- I'm trying to ask a

6    good question.  Let's start with the first one.

7              Were there any years in which these four

8    companies were operating at the same time?

9    **A.   During -- yeah, they're all operating at the**

10   **same time, but Arnold Shoes was there from the**

11   **beginning.**

12   Q.   Yes, okay.

13   **A.   And then the others were added as the times**

14   **went along.  So eventually if you took a point of**

15   **time in the late '70s they're all operating**

16   **together.**

17   Q.   Okay.

18   **A.   Or early '70s I think, yeah.**

19   Q.   All right.  I'm trying to get a sense of

20   maybe when each company was sort of added to the

21   group then.

22   **A.   Well, '61 O'Neill Wetsuits and probably '63**

23   **Golden Breed.  John Arnold Surf Shop was formed, of**

24   **course, earlier and then formed into its own company**

Page 31

1    I think in the early '60s, yes.

2        Q.   For the John Arnold Surf Shop, did you

3    have -- was it just one location or did you have more

4    than one location?

5        A.   One location.

6        Q.   One location?

7        A.   Yes.  Although there were at times branches,

8    but some of those were closed down because they

9    weren't successful.

10       Q.   Okay.  And you had -- you had mentioned

11   early I think some sort of integrated -- how did you

12   phrase that?  I don't want to put words in your

13   mouth.

14       A.   Yes.

15       Q.   How were these businesses integrated in your

16   mind or how -- how did they support each other?

17       A.   Well, I was a shareholder in all, okay.

18   Some of them had other shareholders and others

19   didn't.

20            So as a result, Arnold Shoes would have

21   been 100 percent myself.  O'Neill Wetsuits would have

22   been 50/50 with another colleague of mine in Sydney.

23   Same for Golden Breed, and then we have John Arnold

24   Surf Shop which was 100 percent mine.

1    Q.    I'm sorry.  I don't want to cut you off.

2    **A.    No.  That's it.**

3    Q.    And I don't want to cut you off.  Perhaps I

4  should have asked the question a little better.  I

5  think you answered, you know, business ownership.  I

6  was asking more from a strategic point of view.

7              Did you see these different businesses

8  as -- you mentioned integration, right?

9    **A.    Yes.**

10   Q.    So from the purpose of their business or

11 their strategic value, did you see them supporting

12 each other?

13   **A.    Yes.  We had common loans financially**

14 **between them; and at the same time, the products were**

15 **regarded as one surfing product range for -- for the**

16 **market.**

17             **So there was products, surfboards,**

18 **UGG boots, sandals, films, clothing, and all of the**

19 **other accessories that went into the surfing business**

20 **all coming out of one hub although four companies**

21 **underneath putting that all together.**

22   Q.    Thank you.

23   **A.    It is probably unique in the world even**

24 **today for what it stood for and what it did.**

Page 33

```
 1       Q.    Okay.   Thank you.

 2             You mentioned UGG boots.  Were those one

 3    of the things you manufactured?

 4       A.    Yes.

 5       Q.    How did that come about?

 6       A.    It came about from a very, very small

 7    beginning.  Surfers were going surfing during the

 8    winter months, of course, as it became possible,

 9    waves were better, and a colleague of mine by the

10    name of Charlie Spencer who was a boot maker from

11    Arosita (phonetic) Boot Company in Adelaide had

12    started playing around with sheepskins.

13             When I say "playing around," putting

14    pieces together, looking at what we could do, and

15    between us we had what we call a very, very rough

16    pull-on sock without any sole.  It was like a warm

17    sock, sheepskin made out of oddments of materials.

18             That really was the forerunner of our

19    boot; and over a period of a year or so, it got

20    refined to the stage where it had -- it looks today

21    in the market exactly as it looked in those early

22    days.  It was made out of sheepskin buffed on the

23    outside, but originally the sheepskins were of poor

24    quality.  So we had to work with tanners to upgrade
```

```
 1    the quality for -- for boot use.  And bear in mind
 2    that boots had never been made in Australia before
 3    using the sheepskins in this form because the
 4    Australian sheepskin industry was, in fact, a meat
 5    industry.
 6            Sheep were killed for meat.  The skins
 7    were a by-product and, therefore, the skins were
 8    really not of any value; but by taking the skins to
 9    tanneries, some of them fairly small, of course, we
10    developed -- and I say we collectively with myself
11    and other team members of my company -- a better
12    quality sheepskin that, in fact, could be presented
13    as a -- as a product, and it took time.  It wasn't
14    something that happened in five minutes.  It was week
15    by week by week experimenting and not thinking about
16    it, let's play on this this week because we have
17    nothing to do, and eventually we had sheepskins that
18    could be cut, and -- and three pieces went into the
19    UGG boot.  It was the top front section, and the
20    middle section, and the back section.
21            So it was three-piece construction
22    pretty -- pretty much as you see it in today's
23    market.  That was built and surfers became used to
24    it, and we called it UGG boot.
```

1    Q.    Okay.

2    A.    At first, it was sold at retail for a very

3    low price because the value that people put in UGG

4    boot at that stage was minimal.  It was like a

5    by-product or something that surfers wore and nobody

6    else would wear, and I showed these boots to my

7    colleagues in Sydney and Melbourne, and they said,

8    You've got to be kidding.  Who would ever?  We can't

9    sell this.

10              But eventually that happened.  Bits and

11   pieces were starting to be sold in Sydney, Melbourne,

12   and Brisbane and all around Australia coming from our

13   factory in Adelaide.  When I say factory, workshop.

14   It's not really a factory.

15   Q.    Fair enough.  Fair enough.

16              Was there a time -- can you put a year

17   on it when sort of the UGG boot emerged?  Let me give

18   you a little background.

19              You said earlier that it was -- there

20   was a process of development over time.

21   A.    Sure.

22   Q.    Was there a time when something emerged that

23   you would recognize as a modern UGG boot?

24   A.    I think it must have been in the early '60s

```
 1    when the product was starting to get recognized as

 2    UGG boot, and surf shops around Australia were

 3    saying, Please send me 20 pairs.  Please, send me

 4    50 pairs.

 5              It emerged from one sale to multiples,

 6    and it became popular for snow skiers, and it became

 7    popular for surfers.  It was a -- a foot warmer.  I

 8    think early '60s we saw that happening.

 9       Q.   Okay.  You've been calling them UGG boots.

10              Did you ever have any trademark

11    registrations for the word "UGG"?

12       A.   I did register UGG boot as a business name,

13    but I didn't register it as a trademark.

14       Q.   Do you remember about when, what year you

15    registered it as a business name?

16       A.   It would have been early '60s.  I was

17    thinking of -- of perhaps trademarking it, but I

18    didn't follow it through.

19       Q.   I see.

20              Okay.  During the early years, you had

21    mentioned your factory or your workshop.

22       A.   Yeah.

23       Q.   Is that where the boots were made during the

24    early '60s?
```

1    A.    They were made collectively in a garage by

2    Charlie Spencer.  He was a cutter and sewer.  He

3    would send them to our factory where we would finish

4    them off putting soles on to them and decorating them

5    in different ways, and it was a combined effort of

6    him using our workshop and we using his workshop.  In

7    other words, he was like a small subcontractor.

8        Q.    Okay.  I can see how that would work.

9        A.    Yeah.

10       Q.    So when the boots left your workshop say in

11   the early or mid '60s, did they have any labels or

12   tags on them?

13       A.    Yeah.  They all have to have a swing tag,

14   and they all have to have some identification on the

15   bottom like leather upper or rubber sole or this type

16   of thing, yes, yeah, and that swing tag that shows

17   Arnold Shoes UGG boot.

18       Q.    Okay.  When you say a swing tag, just for

19   the record is this something that's tied on with a

20   string or how -- how does that work?  Could you

21   describe that?

22       A.    You use one of these guns that pushes

23   through the leather and attaches the tag, right,

24   common in today's labeling.

Page 38

1    Q.    That's true.  I said string.  I was being

2  vague.

3              But there is some sort of connector?

4    **A.    Sure.**

5    Q.    Maybe sometimes it's plastic?

6    **A.    Yeah, yeah.**

7    Q.    And then is it a cardboard tag?

8    **A.    Usually, yes, yes.**

9    Q.    Usually, okay.

10   **A.    Yes.**

11   Q.    I'm just trying to get a sense of what these

12  terms mean and how you're using them.

13   **A.    Yes; but in those days, I mean labeling on**

14  **products in -- in Australia in those days pretty**

15  **early there wasn't really a lot of laws saying,**

16  **You must do this, you must do that.**

17              **It was emerging that within the**

18  **industry, garment industry and so forth, you had**

19  **swing tags on products for pricing and for**

20  **identification as to the brand name.**

21   Q.    Okay.  So what was on the swing tags for

22  your UGG boots?

23              MR. RAYGOR:  Asked and answered.

24

Page 39

```
1    BY THE WITNESS:

2         A.    UGG boots.

3    BY MR. BAGLEY:

4         Q.    The words "UGG Boots"?

5         A.    Yeah.

6         Q.    Was there anything else?  Any other words?

7         A.    Arnold Shoes, John Arnold Surf Shop, yeah.

8         Q.    Did that change over time?

9                    And when I said that, I mean the things

10   placed on the swing tag, the things stated on the

11   swing tag.

12        A.    I really can't answer that with accuracy.  I

13   don't think so.  It was basic.

14        Q.    When you say you can't answer it, do you

15   mean --

16        A.    I don't know.

17        Q.    -- you just don't know?

18        A.    I don't know anymore.

19        Q.    Okay.

20        A.    It was --

21        Q.    All right.  Fair enough.

22        A.    It was irrelevant to normal commerce

23   markings, the name of the manufacturer, the brand

24   name of the product such as UGG boot, leather upper,
```

Page 40

1    **rubber sole.**

2        Q.    Were there any kind of words or lettering on

3    the boots themselves?

4        **A.    No.**

5        Q.    Okay.  When the boots left your factory or

6    workshop, were they in any kind of packaging?

7        **A.    Usually a plastic bag, yeah.**

8        Q.    Did the plastic bag say anything?

9        **A.    No, no.**

10       Q.    I realize this may be different over time,

11   but could you give me an estimate of how many -- the

12   volume of UGG boots that you -- that John Arnold

13   Shoes was producing?

14       **A.    I'll have to give you a rough idea.**

15       Q.    Yes.

16       **A.    It probably could have been in the vicinity**

17   **of 500 pairs a week.**

18            MR. RAYGOR:  Vague as to time.

19            MR. BAGLEY:  Right.  And I'll ask about

20   that.

21   BY MR. BAGLEY:

22       Q.    I'd like to see how that -- did that change

23   over time, the number of boots you were producing?

24   Did it start off smaller?

Page 41

1     A.    Of course, small, yes.  I mean, we started

2    off small in its original days like 20 pairs,

3    30 pairs, 50 pairs, not too many because it was a new

4    product, and people didn't understand what it was all

5    about, and there was no commercial gain in the

6    product.  People were, Oh, it's nice really, I'm

7    not going to wear it, but that's how it went.

8     Q.    Okay.  Just to try to put some framing dates

9    on it, you mentioned the early days.

10          Would that have been the early 1960s?

11    A.    Yes, early 1960s, yes.

12    Q.    And just, you know, I'm trying to get the

13   record straight here.

14          Would that have been about the time when

15   you were producing perhaps 20 or 30 or 50 boots a

16   week?

17    A.    Yes.

18    Q.    Okay.  How would you say that changed by say

19   around 1970?

20    A.    Well, when we get into that period, a lot of

21   things changed because John Arnold Surf Shop through

22   its endorsement of global surfing identities of the

23   surfboards that we were manufacturing became famous

24   and were in demand globally.

1          Now, we set up then business

2    opportunities with surf shops on the east coast of

3    Australia and west coast -- east coast of the United

4    States, west coast of the United States.  They wanted

5    to buy our surfboards and, of course, it was

6    favorable business at the time because the exchange

7    rates were favorable, and we had built in certain

8    innovations to the surfboards which made the fact

9    that they could be transported relatively easy

10   compared to surfboards prior.

11          These surfboards had multi-changeable

12   fins.  That means the bottom fin didn't have to be

13   attached to the board in its transportation stage,

14   and we packed three boards to a large heavy-duty

15   carton, right; and then to protect the boards from

16   damage, we packed UGG boots around the front and the

17   rear sections in the cartons, and then the boards

18   were air freighted to various locations in the United

19   States weekly, monthly.  It kept on going and grew

20   with Japan, U. K., other countries.

21   Q.   Okay.  Thank you.  That's all very good

22   information, and I may come back to some points in

23   there.

24          I think my original question was about

1    the volume of UGG boots --

2        A.    Yes.

3        Q.    -- that you were producing in around 1970

4    because I was trying to get a sense of how the volume

5    of UGG boots produced changed over time.

6        A.    Yes.

7        Q.    So do you have an estimate in about 1970

8    about how many UGG boots --

9        A.    **Oh, that could have got into that stage**

10   **because surf shops would take a couple hundred.  So**

11   **it would be in the thousands.**

12       Q.    Per week?

13       A.    **Yes.**

14       Q.    And I don't know if I have asked this

15   before, but how long -- how many years beyond 1970

16   did your company produce UGG boots?

17       A.    **Pretty much until '76, '77, '78.**

18       Q.    Okay.

19       A.    **Because the UGG boot took a different form.**

20   **It moved from its traditional form which was a**

21   **three-piece construction of just above ankle height**

22   **to that of tall boots and decorative boots.  So the**

23   **image of the UGG boot became more fashionable.**

24       Q.    Okay.

1    **A.    And that lost track -- surfers didn't buy**
2    **that.  Mainstream public bought that.**
3       Q.    Okay.
4    **A.    So it moved from the core of surfers over to**
5    **mainstream people that were snow skiers or children**
6    **that wanted some fancy boots for parties and things.**
7    **So it changed its direction, not -- not from the**
8    **original core of the boot but the -- the appeal to a**
9    **broader market, yes.**
10      Q.    And what timeframe do you think that
11   happened?
12   **A.    That was in the mid '70s, early '70s.**
13      Q.    Okay.  And I'm going to go back to my
14   question of numbers.
15            By the time that you got out of
16   making -- you, your company, got out of making
17   UGG boots in the mid to late '70s and you said some
18   years --
19   **A.    Yes.**
20      Q.    -- about, toward the end, about how many
21   boots per week were you producing?
22   **A.    Oh, probably a couple hundred, not much.**
23      Q.    Okay.  You did mention some sales to the
24   United States.  At least you talked about it being

```
1    packed together, the UGG boots being packed together
2    with surfboards.  I'm going to take a step back.
3              Do you remember when you first started
4    selling UGG boots to people in the United States?
5       A.    Yes.  I do very clearly.
6       Q.    When was that?
7       A.    Early in the '60s, probably about '62 I
8    think or early '63, Jack O'Neill visited me from
9    California, and he brought with him his son,
10   Pat O'Neill, and they saw the UGG boots in our
11   workshop and were thrilled.  They said, These are
12   great.  These are super.  I want these.
13             So we bundled up at that point -- my
14   team bundled up quite a lot of boots.  It must have
15   been a few hundred pairs, and he took them back to
16   California to a surf shop, and immediately upon being
17   there he said, John -- he called me and said, I need
18   some more.  You better send some more please.  These
19   look like hot sells.
20             I said, Jack, you should take up the
21   rights for these for the whole United States, and
22   that's how it all started there with Jack O'Neill.
23      Q.    Did Mr. O'Neill take up the rights to those
24   boots?
```

1       A.    No.   He wished he had have, but he didn't.

2   He said one of the biggest mistakes of his life, but

3   nevertheless he -- he saw the boots coming from our

4   workshop in Australia that were shipped to him and,

5   of course, the business grew in the United States for

6   us as the supplier from Australia because of what I

7   mentioned before.

8                   The -- the demand for our surfboards had

9   escalated, and boards were going primarily to the

10  east coast, some coming to the west coast, but let me

11  explain that a little bit more.

12                  The west coast of the United States

13  had surfboard manufacturers making boards.

14  Therefore, the need for our boards on the west coast

15  wasn't so high except for some branded boards that

16  we had that were particularly important for end

17  users; but on the east coast where surfing was just

18  emerging, the opportunities were far greater, and

19  the demand was quite high from Florida right up

20  to the -- past Massachusetts, Rhode Island, those

21  areas.

22                  And because we designed a way to carry

23  the boards effectively without damage and also

24  including the UGG boots in the boxes, this was a

Page 47

1    bonanza.  The surf shops loved it.  Customers loved

2    it and, of course, we had a lot of active business

3    running for many years.

4         Q.   Could you give me an estimate of what years

5    this business in the United States was taking place

6    beyond -- you gave me a year for when Jack O'Neill

7    started.

8         A.   I think it would have been I think late '60s

9    through to the early '70s, and the reason for that

10   being quite popular I suppose was our pricing

11   situation was good, and I relate that to the exchange

12   rate at the time because I think exchange rates

13   dictate to the world markets buy and sell what

14   products are going to move and what products are not

15   going to move, and we were highly geared to the

16   exchange rates and the support from the Australian

17   government in regards to export incentives.

18        Q.   Okay.  Let me try to ask this.

19             What -- and I'm going to try to specify

20   some years.

21        A.   Yes.

22        Q.   You talked about there were years when you

23   had very good -- did you describe some years when you

24   thought you had very good sales to the United States

1   of UGG boots?

2       A.   It would have been at the time of the board

3   sales coming to the surf shops.  There wasn't, to

4   my memory, any significant sales of UGG boots to

5   footwear retailers.  It was mainly only to surf

6   shops, and we went -- they went there because they

7   were a part of the board shipments.

8            Some surf shops I can recall did order

9   additional carton loads of UGG boots from us where we

10  loaded a large export carton of -- that we would use

11  for the boards just for boots, and that went off in

12  conjunction with seven cartons of surfboards, maybe

13  two cartons, large cartons, of UGG boots as a -- as

14  total shipment so yes.

15      Q.   Okay.

16      A.   So it expanded like that, but it wasn't

17  any -- there weren't any sales into mainstream

18  footwear shops --

19      Q.   Sure.

20      A.   -- that I know of.

21      Q.   I appreciate that.  Just to focus back on

22  what I was thinking about.  I was trying to focus on

23  some years.

24            What years were -- was this occurring?

1  Was it the late '60s?  Early '70s?  What years would

2  you describe that as being?

3  **A.    Okay.  I would have to think from memory it**

4  **was late '60s, early '70s when this all emerged.**

5  Q.    Okay.  And during those years of late '60s,

6  early '70s, could you give me an estimate of -- and

7  put it in whatever timeframe you can do it whether a

8  weekly or yearly basis -- how many UGG boots your

9  company was selling to the United States?

10  MR. RAYGOR:  Objection.  Calls for

11  speculation.  Lacks foundation.

12  BY MR. BAGLEY:

13  Q.    Can you answer the question?

14  **A.    Not accurately, but let's say it was in the**

15  **thousands.**

16  Q.    In the thousands per what timeframe?

17  **A.    Oh, per week.**

18  Q.    Per week?

19  **A.    Yes.**

20  Q.    And just to be -- I'm trying to be clear for

21  the record.

22  Do you mean your company you would

23  estimate was selling thousands of UGG boots to the

24  United States per week?

Page 50

1     **A.    Yes.**

2     Q.    During that timeframe?

3     **A.    Yes.**

4     Q.    Thank you.

5              Do you remember how long, even if it was

6     not at the same volume, do you remember how long in

7     years you were selling UGG boots to the United

8     States?

9              My -- my question is:  How long did it

10    last?

11    **A.    I think it petered out in '73, something**

12    **like this when the board sales started to decline and**

13    **we weren't competitive on price on boards.**

14    **         The UGG boots, of course, weren't being**

15    **transported the way they were being transported**

16    **because they went free of freight cost if you can**

17    **follow that.**

18    **         So it was a -- it was a strategy**

19    **involved that we took empty space in the boxes to**

20    **create a buffer for the surfboards.  That meant the**

21    **UGG boots really traveled free of freight cost to the**

22    **United States.**

23             MR. BAGLEY:  Okay.  I see that.  I see

24    that.

```
                                                Page 51
 1                    (WHEREUPON, Defendant's Deposition

 2                    Exhibit 48 was marked for

 3                    identification as of this date.)

 4    BY MR. BAGLEY:

 5       Q.    Okay.

 6             All right.  I'm going to give you an

 7    exhibit to look at.  I'm going to mark this as

 8    Defendant's Deposition Exhibit Number 48, and it is

 9    two pages.

10             I'll ask you to take a look at that,

11    for now just the top page, and I would ask do you

12    recognize --

13          MR. RAYGOR:  Just a minute.

14          MR. BAGLEY:  I'm sorry.

15          MR. RAYGOR:  Do you have a version with the

16    production numbers on it?

17          MR. BAGLEY:  I do not.

18          MR. RAYGOR:  Is this because it's been held

19    back?

20          MR. BAGLEY:  No.

21          MR. RAYGOR:  It's supposed to have been

22    produced because you have an ongoing obligation under

23    Federal Rule 26 (e) to produce documents as you find

24    them that are responsive to our requests.
```

```
                                               Page 52
 1            MR. BAGLEY:  Thank you for making that.  I
 2    think we will address that in some questions.
 3            MR. RAYGOR:  Okay.  How long have you had
 4    it?
 5            MR. BAGLEY:  Well, I'm not giving a
 6    deposition here.  I -- we will -- if we need to talk
 7    about that on the record or off the record, we can
 8    certainly do that, but if you will allow me --
 9            MR. RAYGOR:  I will note for the record that
10    you refuse to answer that question, and we will
11    address it later.
12            MR. BAGLEY:  Okay.  Perhaps we will address
13    it in some questions to the deponent but --
14            MR. RAYGOR:  And we will address it -- I
15    will address it with you directly.
16            MR. BAGLEY:  Okay.
17            MR. RAYGOR:  And perhaps the Court.
18            MR. BAGLEY:  Do you have any other
19    objections that you would like to state for the
20    record now or can I get on with the questioning?
21            MR. RAYGOR:  You can go ahead with your
22    questions.  I will probably have some objections, but
23    go ahead.
24            MR. BAGLEY:  Okay.
```

1    BY MR. BAGLEY:

2        Q.    First question.

3              Do you, looking at the top page there,

4    do you recognize that?

5        **A.    Yes.  I do.**

6        Q.    And what is it?

7        **A.    It's a photograph of Jack O'Neill from the**

8    **front cover of his O'Neill book.**

9        Q.    Are you familiar with that book?

10       **A.    Yes.  I am.**

11       Q.    Do you have a copy of that book?

12       **A.    I do have a copy in Australia.  I don't have**

13   **one with me here in the United States.**

14       Q.    Were you involved at all in the production

15   or writing of that book?

16             MR. RAYGOR:  Objection.  Vague as to what

17   you mean by involved in production or writing.

18   BY MR. BAGLEY:

19       Q.    Okay.  If you can answer the question.

20       **A.    I'm not involved with the actual production**

21   **of the book, but I did contribute some written**

22   **material to the book.**

23       Q.    What did you contribute?

24       **A.    Jack asked me to elaborate on our activities**

1    in Australia and provide him with information as to

2    how we progress with our business down under in

3    Australia, and that primarily is how it went forward,

4    and I put together information for him but a lot of

5    it he had himself.

6        Q.   When you say you put together information,

7    did you write something like text, words?

8        A.   I wrote regarding the O'Neill wetsuit

9    operation in Australia, yes.

10       Q.   And did you send those words or documents --

11   what did you do with those words or documents that

12   you wrote?

13       A.   Okay.  I went to his publisher,

14   Drew Kampion, in Seattle who published the book on

15   Jack's life history, and that's how it went together.

16       Q.   So, all right, let me ask this.

17            Did anything you wrote end up in the

18   book?

19       A.   Well, yes.  I guess it did.  It did mention

20   in the book that -- about Jack being the first

21   company to take UGG boots from us in the United

22   States, and that was mentioned in the book, and he

23   supports all of that because that's what he did.  He

24   bought the boots and sold them.

Page 55

1      Q.    Okay.  If I could direct your attention to
2  the second page of this exhibit.
3           MR. RAYGOR:  What's the exhibit number on
4  this?  What was the Exhibit Number?
5           MR. BAGLEY:  I believe it was 48.
6  BY MR. BAGLEY:
7      Q.    If I can direct your attention to the second
8  page.
9           On the right-hand column, there is some
10 text under a heading that says O'Neill Wetsuits, PTY,
11 Ltd.
12     **A.    That's correct.**
13     Q.    If I could ask you to kind of glance over
14 the text under that.
15     **A.    Yes.  I have read that.**
16     Q.    Was this something you wrote?
17     **A.    Well, it's got my name to it.  I think the**
18 **information there would be pertinent to what I wrote**
19 **or it was perhaps edited by others.  I'm not quite**
20 **sure, but certainly the facts are quite clear and**
21 **that's about right, yeah.**
22     Q.    Okay.  Thank you.
23           The name O'Neill Wetsuits, PTY, Ltd.,
24 was -- was that the name of one of your companies?

Page 56

1    **A.    That was the name of the O'Neill wetsuit**

2  **operation, yes, yes.**

3    Q.    And, just for the record, what does the PTY

4  period --

5    **A.    Proprietary limited.**

6    Q.    Is that a form of a business company?

7    **A.    It means that it's a registered company and**

8  **has limited liability.**

9    Q.    Is that something that you would call a

10  company -- is that one thing you would call a company

11  in Australia?

12    **A.    Yes.**

13       MR. RAYGOR:  Objection.  Calls for

14  speculation.

15  BY THE WITNESS:

16    **A.    It's -- it's part of how you register**

17  **companies in Australia, yes.  You would have PTY,**

18  **Ltd. following the name, proprietary limited.**

19  BY MR. BAGLEY:

20    Q.    Okay.  Thank you.

21       Okay.  I think that's all of the

22  questions -- well, I will ask a few questions related

23  to this.  It will sound like -- it may sound at the

24  beginning as a slightly different topic, but I wanted

Page 57

1    to address some of the objections that opposing
2    Counsel made.
3                 Mr. Arnold, this will sound like
4    different -- Mr. Arnold, are you represented by
5    anyone, by any lawyer, for purposes of this
6    deposition today?
7        A.    No.
8        Q.    Thank you.
9                 I'm going to ask something that I
10   believe Mr. Raygor is going to ask you.
11                Have you had conversations with me,
12   Mark Bagley, before today?
13       A.    Yes.
14       Q.    Did we speak yesterday?
15       A.    Yes.
16       Q.    Is this exhibit something you showed me
17   yesterday?
18       A.    I'd say yes.
19       Q.    And I don't want to put words in your mouth.
20   I'm trying to show you where I'm going with this.
21       A.    Yes, yes.
22       Q.    Could you describe what happened just in
23   general terms with respect to the two pages in this
24   Exhibit 48.

1      **A.   Well, it's quite simple.  I did a photocopy**

2  **of this from Jack's book last week in Santa Cruz and**

3  **same with the front page.**

4      Q.   Uh-huh.

5            Did you give these things to me

6  yesterday?

7      **A.   Yes.**

8      Q.   Thank you.

9            Also I'd like to --

10         MR. RAYGOR:  Mr. Terceiro states that he had

11  it earlier.  So it should have been produced.

12         MR. BAGLEY:  All right.  We can deal with

13  that later.  I don't know that that is entirely

14  accurate, but we can deal with that later.

15            I mean, you know, do you want to deal

16  with this on the record now or should we --

17         MR. RAYGOR:  It's up to you.

18         MR. BAGLEY:  Okay.  Well, I would like to

19  move on with the questions to the deponent.

20         MR. RAYGOR:  Instead of saying you'd like

21  to, why don't you just move on.

22  BY MR. BAGLEY:

23      Q.   Mr. Arnold, you mentioned just now a visit

24  to did you say Mr. O'Neill?

1    **A.    This last week.**

2    Q.    Last week?

3    **A.    Yes.**

4    Q.    What did you do?  What happened?

5    **A.    Well, first of all, I met Jack as an old**

6    **friend and a colleague, a business partner, of**

7    **course, and I wanted to inquire on his health, his**

8    **well-being because he's quite frail and, of course,**

9    **he always brings up the subject of the UGG boots.**

10                **He says, John, I should have taken that**

11   **and I should have done that early back in the first**

12   **stages of our business involvement, and to him it was**

13   **something that he regrets that he didn't do but**

14   **certainly in his age at the moment now, of course,**

15   **it's not possible.**

16   Q.    So I understand that.

17                Did you -- did you visit him?

18   **A.    Yes, I did, yes.**

19   Q.    Where did you visit him?

20   **A.    At his home in Santa Cruz, California.**

21   Q.    Okay.  Do you know a man, and this -- it's

22   going to sound like another topic, but do you know a

23   man named Carl Keehn?

24   **A.    Yes.  I do.**

Page 60

1    Q.    Who is he?

2    A.    Carl is also a close friend, but he was the

3    financial controller of O'Neill's in Santa Cruz back

4    in the early '70s or, let's see, it could have been

5    late '60s, and he was the financial controller when

6    the company actually was forming in its early days

7    and importing products like the UGG boots from me.

8              So Carl I met also, and he then moved to

9    Australia after a number of years and has lived there

10   for the last 15 years.

11   Q.    You said in the early days.  In the early

12   days of what company?

13   A.    O'Neill Incorporated in Santa Cruz where

14   they manufactured the wetsuits, retailed the

15   surfboards and other merchandise.

16   Q.    So earlier just a minute ago you mentioned

17   he was in a position with O'Neill in the early

18   '70s?

19   A.    It could have been late '60s.  I'd have to

20   look back.

21   Q.    Well, I wasn't asking you if that was the

22   only time I mean, but -- and again I'm asking you on

23   your knowledge.

24              And again this is -- and it would be

Page 61

1    your knowledge and your interactions with this man?

2        **A.    Yes.**

3        Q.    To your knowledge, was he involved with the

4    O'Neill Company in say the early '60s?

5        **A.    I can't answer exactly but, you know.**

6        Q.    Okay.

7        **A.    I really can't answer it.**

8        Q.    All right.

9        **A.    I mean, sure, I would say yes, and it could**

10   **be no I mean.**

11       Q.    Well, look, I want to get your -- the best

12   what you remember.  And if you don't remember, that's

13   fair because this was a very long time ago.

14       **A.    Yeah.**

15       Q.    Okay.  Have you seen Mr. Keehn any time

16   recently?

17       **A.    I saw him last week first time in 15 years**

18   **or 20 years.**

19       Q.    Where did you see him?

20       **A.    Santa Cruz, yeah.**

21       Q.    Was it during the same trip when you were

22   visiting Mr. O'Neill?

23       **A.    Yes.  Jack invited him around for lunch**

24   **with me because he knew that we were good friends,**

Page 62

1   **all of us, and, of course, having Carl available in**

2   **Santa Cruz at the same time he thought it was a good**

3   **idea we go together for old times' sake.**

4       Q.   You talked about old times' sake?

5       **A.   Yes.**

6       Q.   Did you talk about UGG boots?

7       **A.   Of course, we did.**

8                        **(WHEREUPON, Defendant's Deposition**

9                        **Exhibit 49 was marked for**

10                       **identification as of this date.)**

11  BY MR. BAGLEY:

12      Q.   I'm going to give you another exhibit.  I'm

13  going to mark this one as Defendant's Deposition

14  Exhibit Number 49.

15           I will ask you to take a quick look at

16  that.  I will give opposing Counsel time to look at

17  that as well.

18      **A.   Yep.**

19      Q.   Mr. Arnold, do you -- do you recognize --

20  oh, I'm sorry.  Do you need some more time?

21           MR. RAYGOR:  Objection, inadmissible

22  hearsay.  Objection, lacks foundation.

23  BY MR. BAGLEY:

24      Q.   If Counsel has no more objections at this

Page 63

1    point, Mr. Arnold, do you recognize this document?

2         **A.    Yes.  I do.**

3         Q.    What is it?

4         **A.    It's a letter written by Carl last week**

5    **really identifying his employment with O'Neill**

6    **Wetsuit.  I guess that should be O'Neill**

7    **Incorporated, Santa Cruz.**

8              MR. RAYGOR:  Again inadmissible hearsay.

9              MR. BAGLEY:  Please, go on.  We will deal

10   with the objections later.

11   BY THE WITNESS:

12        **A.    And he mentions in here that he imported**

13   **UGG boots from John Arnold in the early '70s, and**

14   **I would put the soles on the UGG boots at**

15   **Santa Cruz.**

16             MR. RAYGOR:  Objection, inadmissible

17   hearsay, lacks foundation, not authenticated.

18   BY MR. BAGLEY:

19        Q.    Mr. Arnold, did -- this has a -- this has a

20   date on it at the top of 14 April, 2017.

21        **A.    Yes.**

22        Q.    Do you remember what day you met with

23   Mr. Keehn?

24        **A.    The 14th, yeah, 14th.**

Page 64

1     Q.   Did Mr. Keehn write this document when you

2   were with him?

3     **A.   He wrote this document when I was with him,**

4   **yes.**

5     Q.   Did you see him write it?

6         MR. RAYGOR:  Excuse me.  I couldn't hear.

7   He wrote this document what?

8   BY THE WITNESS:

9     **A.   He wrote this document when I was with him.**

10  BY MR. BAGLEY:

11    Q.   So you were in the room with him when he

12  wrote this?

13    **A.   Yes.  I was.**

14    Q.   And did you see him sign it?

15    **A.   Yes.  I did.**

16    Q.   Okay.  Thank you.

17        MR. RAYGOR:  Objection.  Inadmissible

18  hearsay, lacks foundation, not authenticated.

19        MR. BAGLEY:  Okay.  I think that's all the

20  questions I have about that particular document.

21  BY MR. BAGLEY:

22    Q.   Mr. Arnold, do you -- do you or did you know

23  a man named Terry McKendree?

24    **A.   Yes.  I did.**

Page 65

1    Q.    Who was he?

2    A.    He was a gentleman that was -- had a surf

3    shop business in Jacksonville, Florida, and he became

4    a distributor for my surfboards and other products

5    from Australia probably late '60s, early '70s.

6    Q.    Do you happen to remember how you met him?

7    A.    I guess it came via -- it could have been

8    the Australian Trade Commission who were mentioning

9    to the surfing fraternity or the surfing shops on the

10   east coast that our business was active in exporting

11   surfboards and UGG boots to the United States, and he

12   responded.

13          I guess that's how it happened, but I

14   don't remember exactly the day, time, and place.

15   Q.    Of course, that was a number of years ago.

16   A.    Yes.

17   Q.    And I completely understand that.

18   A.    Yes.

19   Q.    At the risk of asking you to repeat

20   yourself, did you sell items to Mr. McKendree?

21   A.    Yes.  I did.

22   Q.    What items?

23   A.    Surfboards, wetsuits, UGG boots, of course,

24   and there may have been other surfing items of small

Page 66

1    **nature, but I can't recall, things that could have**

2    **been packed with the surfboards.**

3        Q.    So when you shipped things to Mr. McKendree

4    or his business, was that the time when he would pack

5    the UGG boots in the same package as --

6            MR. RAYGOR:  Objection.

7    BY THE WITNESS:

8        **A.    Yes.**

9            MR. RAYGOR:  Objection.  Lacks foundation.

10   BY MR. BAGLEY:

11       Q.    Earlier you described how you would pack

12   UGG boots into the same box with a number of

13   surfboards.

14            Did you do that with shipments to

15   Mr. McKendree?

16       **A.    Yes.**

17                        **(WHEREUPON, Defendant's Deposition**

18                        **Exhibit 50 was marked for**

19                        **identification as of this date.)**

20            MR. BAGLEY:  I'm going to give you one more

21   exhibit to take a look at.  I'm going to mark this

22   one as Defendant's Deposition Exhibit Number 50.

23            Mr. Raygor, this one has been produced

24   in this action before under the numbers AUL0066

Page 67

1  through 67.

2  BY MR. BAGLEY:

3      Q.   Mr. Arnold, I will ask you to take a look at

4  just starting with the first page, the top page of

5  that one.

6      A.   Yes.

7      Q.   Do you recognize that?

8      A.   I recognize it as what it is, a front page

9  of Surfing magazine.

10      Q.   Okay.

11      A.   Yes.

12      Q.   Are you familiar -- were you and are you

13  familiar with Surfing magazine?

14      A.   At the time, I probably was, but now I -- I

15  would not be but let's say at that time.

16      Q.   Okay.  Good question.

17           In the -- let's say the early 1970s,

18  were you familiar with Surfing magazine?

19      A.   Yes.

20      Q.   What was it or how did you know it?

21      A.   I think it was a publication mainly geared

22  to the east coast market of the U.S.

23      Q.   Okay.

24      A.   These things circulate in the industry.  So

1    **no matter where you are in the world you -- you --**

2    **you see it or you become aware of it, and it may have**

3    **been sent to me from Terry McKendree.**

4        Q.   Okay.  If I could direct your attention to

5    the second page of this exhibit, and I will represent

6    to you that this is a page within the magazine that

7    the cover was the first page.

8        **A.   Yes.**

9        Q.   If I could direct your attention to the ad

10   at the top left where it says, "Australian Sandals."

11       **A.   Yes.**

12       Q.   And at the bottom, it says, "Australian

13   Imports Unlimited."

14            Do you -- you may have mentioned it

15   earlier.  Do you know the name of that business?  Do

16   you recognize it?

17       **A.   This was a company owned by Terry McKendree.**

18       Q.   Okay.  Thank you.

19            Do you recognize any of the products

20   pictured in that --

21       **A.   Yes.**

22       Q.   -- advertisement?

23       **A.   Yes.**

24       Q.   Do you recognize all of them?

Page 69

1      **A.    All of them.**

2      Q.    What are they?

3      **A.    Sandals from our factory and UGG boots from**

4      **our factory.**

5      Q.    So is it correct that all -- I see six items

6      here.

7                  Were they all manufactured by your

8      company or your factory?

9      **A.    I believe so, yeah.**

10     Q.    Okay.  And within that ad on the lower

11     right, there is a white boot with the words "UGG

12     Boot" there.

13     **A.    Yeah.**

14     Q.    Is this the UGG boot that we have been

15     talking about all day today?

16     **A.    That's correct.**

17     Q.    So do you recognize that as coming from --

18     that item as coming from your factory?

19     **A.    Yes.  It was, correct.**

20     Q.    Thank you.  I have just really a few more

21     questions.

22                  Earlier you had mentioned that you sold

23     items to countries other than the U.S.  So let me try

24     to ask a good question.

Page 70

1          Did you sell UGG boots to countries

2   other than the United States and Australia?

3       **A.    Yes.**

4       Q.    What other countries?

5       **A.    Japan and United Kingdom.**

6       Q.    Okay.  And do you remember about what

7   timeframes, eras, or years you sold to those

8   countries?

9       **A.    It would be late '60s, early '70s.**

10      Q.    And I asked about the UGG boots.

11          Did you also sell surfboards to those

12  countries?

13      **A.    Yes.  Same principle of the boards and the**

14  **boots all going as one package, yes.**

15      Q.    And would you sell to -- what types of

16  stores or companies in those countries?

17      **A.    I had a distributor located in the Channel**

18  **Islands, Jersey, and Jersey is a favorable area for**

19  **certain people to set up businesses, and the**

20  **distributor was located there, and he would then**

21  **wholesale them to other surf shops in the U. K.**

22      Q.    Was there anything similar with -- well,

23  strike that.

24          What kind of companies or businesses did

Page 71

1   you sell to in Japan?

2       A.    Surf shops, but I had a distributor in

3   Japan, and he took bulk quantity and then sub-sold to

4   other surf shops in smaller quantities.

5       Q.    My only remaining question -- and we touched

6   upon this a bit earlier.

7             You had said at some point, and I'll let

8   you tell me what years it was, but you sort of got

9   away from selling UGG boots.

10            Did you also get away from selling all

11  products to the United States?

12      A.    As far as I can recall, yes.

13      Q.    Do you recall -- and this is, you know, for

14  reminding me so I don't put a number in your mind --

15  about what year or years you generally stopped

16  selling products to the United States, the

17  surfing-related products?

18      A.    Around '76.

19      Q.    And what -- why?  What were the reasons for

20  that?

21      A.    Okay.  In '76, some of my companies ran

22  into difficulties with what we call interlocking

23  funding.

24      Q.    Okay.  And with those difficulties then did

Page 72

1    you -- were you required -- well, did you cease --

2    okay.  Strike that.  I think you have answered that

3    question.

4            Were there any other reasons did you

5    stop selling to the United States?

6        A.    Well, I lost control of my companies.

7        Q.    Okay.  That would be a reason certainly.

8        A.    Not all of them.  It's the parts that were

9    related to the clothing and the wetsuits because of

10   borrowings from the Australian government who held my

11   shares.

12           So, in effect, I was not able at that

13   stage to continue effectively because they had my

14   shares.

15       Q.    Okay.

16       A.    So I said it's your company.

17       Q.    Fair enough.

18           I think -- but this was a

19   financial-related issue?

20       A.    Yes.  I said, You look after it.

21           MR. BAGLEY:  Okay.  I think that's all of

22   the direct questions I have at this point.  Should we

23   take a break?

24           MR. RAYGOR:  Yeah.  Why don't we take a

Page 73

1    break for about ten minutes.  You can go out and

2    stretch your legs, hit the restroom.

3              THE WITNESS:  Okay.

4              MR. RAYGOR:  Get something to drink.

5              THE WITNESS:  All right.

6              MR. RAYGOR:  And we'll come back, and I'll

7    try to be short.

8              THE VIDEOGRAPHER:  Going off the record at

9    11:17 a.m.

10                   (WHEREUPON, a brief pause was had

11                    in the proceedings.)

12             THE VIDEOGRAPHER:  Going back on the record.

13   This marks the beginning of Disk Number 2.  The time

14   is now 11:26 a.m.

15             Please, proceed.

16                   EXAMINATION

17   BY MR. RAYGOR:

18       Q.   Good morning still.  I think it's still

19   morning.

20             MR. BAGLEY:  I believe it is.

21             MR. RAYGOR:  Yes.  It is.

22             THE WITNESS:  You're okay.

23   BY MR. RAYGOR:

24       Q.   So good morning.

Page 74

1          When did you first get to the U.S. this

2    trip?

3        **A.    I arrived on the morning of the 13th, and**

4    **that was it.**

5        Q.   And went to Santa Cruz?

6        **A.   Drove to Santa Cruz, yes.**

7        Q.   And on your way to Chicago?

8        **A.   Yes.  After I left Santa Cruz, it was the**

9    **15th I think and I came here.**

10       Q.   When do you go back?

11       **A.   Planning on the 19th.**

12       Q.   And is that back to Dubai?

13       **A.   Back to Santa Cruz and then a flight to**

14   **Dubai.**

15       Q.   Okay.

16       **A.   So it will be the 20th, yeah, or**

17   **thereabouts.**

18       Q.   And how many times have you spoken with

19   Mr. Bagley across the table here?

20       **A.   Oh, maybe once or twice by telephone.**

21       Q.   And that was before your trip to the U.S. on

22   this trip?

23       **A.   Yes.**

24       Q.   Okay.  When was the first such call?

1      **A.    I can't recall, weeks ago.**

2      Q.    Weeks instead of months?

3      **A.    I think weeks.**

4      Q.    Okay.  And do you recall what -- any of the

5   substance of that conversation?

6      **A.    Only related to this action that's going on.**

7   **That's about all.**

8      Q.    And did he ask you whether you would be

9   willing to sit for a deposition?

10     **A.    Yes.  He did.**

11     Q.    Did he ask whether you would do so

12  voluntarily or did he need to do it in Australia?

13     **A.    First I -- I was indicated I'd be in**

14  **Australia by May 1st.  That got cancelled because I**

15  **had other things that I had to attend to elsewhere,**

16  **and I said I'd be prepared to come to the U.S. if**

17  **that was convenient for all parties.  So that's why**

18  **I'm here.**

19     Q.    Okay.  Anything else in that first telephone

20  conversation with Mr. Bagley that you can recall?

21     **A.    Nothing that I can recall other than what**

22  **we've covered I think in -- in the short version**

23  **today, you know, just core things.**

24     Q.    Core things about your background as far as

Page 76

1   your business?

2       A.   Not -- not in detail, no.   It was not in any

3   detail.

4       Q.   Just general?

5       A.   General.

6       Q.   What about the second conversation with

7   Mr. Bagley, the telephone call.

8            Do you recall anything about that one?

9       A.   General again, general.   That's about it.

10      Q.   Was it also involving logistics for

11  appearing for this deposition, where and when, that

12  kind of thing?

13      A.   Oh, it came up, yes, would I be prepared to

14  come here, and I said, That's okay because I'm not

15  going to Australia at the moment, and it was equally

16  the same distance.

17      Q.   And so you came here.

18           Who paid for -- are you being paid at

19  all for your time --

20      A.   No.

21      Q.   -- for coming here?

22      A.   No, no.

23      Q.   Have you asked to be paid for your time?

24      A.   Oh, I think I might now.

Page 77

1      Q.   You should.

2      **A.   Yes.**

3      Q.   The going rate is five or $600 an hour.

4           MR. BAGLEY:  Thank you, Mr. Raygor.

5  BY THE WITNESS:

6      **A.   I'm with you on that.**

7           MR. RAYGOR:  And you should be paid.

8  BY MR. RAYGOR:

9      Q.   And who is paying for -- did somebody pay

10  for your flight?

11     **A.   I did with the vision that it might be**

12  **reimbursed or could be reimbursed.**

13     Q.   Has anybody told you that they will

14  reimburse you for that flight?

15     **A.   I have a mail from Mr. Mark that he**

16  **indicated that it would be reimbursed, yes.**

17     Q.   Is that true also for your hotel?

18     **A.   Hotel, yes.**

19     Q.   Okay.  And I met your daughter earlier

20  today.

21           Was the reimbursement covering her too?

22     **A.   No way.**

23     Q.   Just for yours?

24     **A.   Yes.**

Page 78

1    Q.   Did you fly business or coach?

2    **A.   Well, let me explain to you, and this you**

3    **probably won't believe.**

4               **We're very friendly with the airlines at**

5    **high level.  So we can travel at business class at**

6    **the cost of economy.**

7    Q.   I do believe that since I get the same

8    thing.

9    **A.   Yes.**

10   Q.   Very good.

11              And so as far as -- let me just

12   summarize.

13              The total of what you will be paid

14   for participating in this deposition would be

15   reimbursement for your air, just your air ticket, at

16   a coach price and hotel.

17              Anything else?  Meals?  Anything like

18   that?

19   **A.   I think only just bits and bits, you know.**

20   **It would be petty cash.**

21   Q.   Okay.

22   **A.   Yeah.  Here you've got a bit.  Here you've**

23   **got a bit, minor things.**

24   Q.   Is that it?

1    **A.    Yeah.**

2    Q.    Has anybody talked to you about appearing at

3    a trial in this case in case it does go to trial in

4    front of a judge?

5    **A.    No.**

6    Q.    And have you ever spoken with -- so you

7    had those two conversations by telephone with

8    Mr. Bagley.

9            You met with him yesterday, correct?

10   **A.    Yes.**

11   Q.    In person?

12   **A.    I did, yes.**

13   Q.    Okay.  Where was that?

14   **A.    Hotel and his home.**

15   Q.    Okay.

16   **A.    He kindly gave me an invitation to his home**

17   **for dinner which I gladly accepted because I was**

18   **hungry and it was a nice dinner.**

19   Q.    Did he cook?

20   **A.    Sorry.**

21   Q.    Did Mr. Bagley cook?

22   **A.    I think his wife did all of the cooking, but**

23   **he might have had a hand in it.  I don't know, but it**

24   **was exceptionally good.  I would recommend it.**

Page 80

1    Q.    How long did you meet with him at the
2    hotel?

3    **A.    Oh, just two or three minutes just picking**
4    **me up and taking us, yes.**

5    Q.    And how long were you with him there last
6    night?

7    **A.    I think probably two hours, three hours.**

8    Q.    Did you talk at all about today's deposition
9    and what might -- the types of things that might come
10   up or be asked?

11   **A.    Briefly, not totally because he had his**
12   **family and, of course, family discussions.**

13   Q.    Putting aside the family-type discussions,
14   you know, the personal stuff, just talking about this
15   deposition, about how much time did you spend last
16   night?

17   **A.    Oh, I would think 30 minutes.**

18   Q.    Okay.  And can you recall for me what kinds
19   of things you discussed with Mark?

20   **A.    Those things that were relating to my**
21   **background which he probably doesn't really know much**
22   **about and neither does too many people.**

23   Q.    Was there any discussion of what questions I
24   might ask?

Page 81

1        A.    No.

2        Q.    There was -- he indicated that you brought

3   this Exhibit 48 which was the Jack O'Neill --

4        A.    Sure.

5        Q.    -- portions of the cover and a page?

6        A.    Yes.

7        Q.    Did you bring the book itself or just the --

8        A.    Oh, no.  I didn't bring the book.  They're

9   unavailable.  So if I could get one for you, I would

10  do it, but maybe on Amazon you can get them or eBay

11  or something.

12       Q.    Did you bring any other documents with

13  you --

14       A.    No.

15       Q.    -- other than this?

16             Just this two-page document?

17       A.    Yes.

18       Q.    Have you ever spoken or communicated with an

19  Australian attorney called Michael Terceiro?

20       A.    Briefly, yes.

21       Q.    About how long ago was that?

22       A.    Two months.

23       Q.    And was it a phone call or an e-mail?

24       A.    Phone call.

Page 82

1    Q.    Do you recall what was the substance of that
2    conversation?
3    **A.    He told me there was some action going**
4    **between A and B, that's your company and another**
5    **company, and would I be prepared to speak in Sydney**
6    **or wherever if I was in Australia, and I said,**
7    **Yeah, I'm happy to tell you the facts, and we left it**
8    **at that.**
9                **And then I said to him later that I**
10   **won't be coming to Australia at the time that -- that**
11   **was originally suggested; and as a result, that's why**
12   **I'm here today.**
13   Q.    Okay.  Anything -- did you discuss with
14   Mr. Terceiro anything about the nature of the claims
15   being asserted in this case?
16   **A.    I did ask could he give me a brief outline**
17   **as to what was happening and why it was necessary to**
18   **speak about this matter, and he did give me a -- a --**
19   **a general overview, yeah.**
20   Q.    Okay.  And apart from that, did you have any
21   e-mail exchanges with him?
22   **A.    Brief ones.**
23   Q.    Did they contain anything of substance?
24   **A.    No.**

Thompson Court Reporters, Inc
thompsonreporters.com

Page 83

1      Q.    Was it more about the logistics of having a

2  deposition taken?

3      **A.    More about what the overall framework was**

4  **happening between A and B company.**

5      Q.    As I said at the very beginning of this, I

6  represent I think the A company --

7      **A.    Yes.**

8      Q.    -- Deckers Outdoor Corporation which is a

9  company in Santa Barbara or just outside of

10 Santa Barbara, and the B company is Mr. Bagley's

11 client, a company called Australian Leather PTY,

12 Limited.

13          Have you ever heard of Australian

14 Leather PTY, Ltd. before this --

15     **A.    No.**

16     Q.    -- dispute?

17     **A.    No.**

18     Q.    It's owned by --

19     **A.    I can say to you only what I've read in the**

20 **newspapers.**

21     Q.    Okay.  What have you read in the newspapers?

22     **A.    There was some controversy going on between**

23 **his ability to sell his boots in various countries.**

24     Q.    Do you recall which countries?

Page 84

1      A.   I think U.S., but it may have been others as

2   well.  I didn't take much notice of it because it's

3   quite boring, not important to me, important to you

4   and others I know.

5      Q.   Do you recall anything else in that article

6   about the nature of the dispute or --

7      A.   The only thing I understand it to be is that

8   the brand UGG boots is -- is registered to Decker;

9   and as a result, other parties are not able to sell

10  that product into the U.S. if they are coming from

11  another country or perhaps other parties within the

12  U.S. are not able to use that brand.  That's what I

13  understand.

14     Q.   Okay.  And apart from that news article that

15  you had seen and in discussions in connection with

16  giving this deposition, is there anything else

17  you've ever heard of about Australian Leather PTY,

18  Limited?

19     A.   No, nothing.

20     Q.   Have you ever heard of its owner, a man

21  named Adnan, A-d-n-a-n, Oygur, O-y-g-u-r?

22     A.   No.

23     Q.   Sometimes goes by the name of Eddie Oygur.

24     A.   No.  I don't know that name.

Page 85

1       Q.    You've never talked to him?

2       **A.    No.  If I have talked to him, it's unknown**

3    **to me.  I mean, it would be by pure accident, but I**

4    **don't know the name and haven't spoken to him.**

5       Q.    Okay.  You mentioned that, let's see, that

6    you registered UGG boot as a business name in the

7    early 1960s?

8       **A.    Yes, yes.**

9       Q.    Do you think it was 1971?

10      **A.    Could have been.**

11      Q.    I will ask to be marked as Exhibit 51 a

12   document which -- a document which is a printout from

13   an Australian corporate registration commission.

14      **A.    Yes, okay.**

15      Q.    Which I just received a few minutes before

16   this deposition started.

17                         (WHEREUPON, Arnold Deposition

18                         Exhibit 51 was marked for

19                         identification as of this date.)

20   BY MR. BAGLEY:

21      Q.    Do you see --

22      **A.    Oh, that's when it was cancelled.**

23      Q.    What's that?

24      **A.    It says here that's when it was cancelled.**

Page 86

1    Q.   In 2012?

2    A.   The 12th of August, '71 -- date registered

3    12th of August, 1971.  Date cancelled 27 May, 2012.

4    Q.   And it doesn't have your name or your

5    company's name anywhere on this, but does this

6    refresh your memory that it was -- that you

7    registered?

8    A.   Yeah.  I did register it.

9    Q.   In 1971?

10   A.   I maybe even had it earlier, but I may have

11   had it lapse and then re-registered it.

12   Q.   Do you know if it was cancelled in May of

13   2012?

14   A.   That I can't say because that 2012 --

15   because that's -- that's fairly recent in the real

16   sense.

17   Q.   And you are no longer --

18   A.   No.

19   Q.   -- active in the business since --

20   A.   No.

21   Q.   -- 1978 or thereabouts, right?

22   A.   See, that being cancelled in 2012 really has

23   me worried.  Who -- who was continuing the

24   registration?  Not me.  Somebody is paying the

1   **registration fee.**

2       Q.   In your back-and-forth question and answer

3   with Mr. Bagley, you talked about your trip to

4   California in 1958.

5       **A.   Yeah.**

6       Q.   And you were 18 years old at the time or

7   thereabouts?

8       **A.   Could have been 19, yeah.**

9       Q.   And you spent roughly seven months in the

10  U.S.?

11      **A.   It could have been eight.**

12      Q.   But roughly somewhere in that time?

13      **A.   Seven or eight months, yes.**

14      Q.   And you said you traveled throughout

15  northern California, southern California, Florida, up

16  the east coast, across the central part of the U.S.,

17  and you said to Mexico too?

18      **A.   Mexico and Canada.**

19      Q.   Okay.   In all of those travels around the

20  U.S. at that time, did you ever hear of anybody using

21  the phrase "UGG boots" or referring to UGG?

22      **A.   No, never.**

23      Q.   Do you know who John Robertson is?

24      **A.   Oh, yes.   John Robertson, I'm going back on**

1    **memory now.  He would have been an export agent at**

2    **the time that was promoting our products into the**

3    **U.S.**

4         Q.   You remember there was some discussion

5    of selling product to -- boards and such to

6    Terry McKendree in Jacksonville, Florida.

7         **A.   Yes.**

8         Q.   Do you know if -- at that time period I

9    think you said late '60s, early '70s, was John --

10   was John Robertson involved in facilitating those

11   shipments, that export?

12        **A.   Yes, yes.**

13        Q.   Did he work with you in facilitating exports

14   of product -- your product to the U.S.?

15        **A.   He was working I think as a consultant for a**

16   **large food company that had tax problems; and by**

17   **exporting product, they could eliminate some of their**

18   **tax problems.**

19             **So I think from memory the -- the**

20   **facilitation was in order to bring about lowering**

21   **their tax liabilities through exports.  Now, how it**

22   **all worked, I can't remember, but certainly he was a**

23   **facilitator engaged with the food company.**

24        Q.   And did he -- was there in place at about

Page 89

1   that time some sort of arrangement with the
2   Australian government where they would compensate
3   people for marketing costs by shipping -- if they
4   were to export product from Australia to the U.S.?
5       **A.   Marketing costs were permittable under the**
6   **Australian tax system for exports to other countries,**
7   **and the -- the allowance was I think about from**
8   **memory maybe $100,000.**
9       Q.   So when you say permittable, do you mean
10  that if you -- if you, John Arnold, incurred
11  marketing costs --
12      **A.   Yes.**
13      Q.   -- for exportation let's say to the U.S.
14  that the government would reimburse you for those
15  costs?
16      **A.   I don't think they directly reimbursed.**
17  **They would provide some tax relief from memory.  I**
18  **don't know how it works -- works anymore.  It's all**
19  **obsolete, but there was incentive to increase exports**
20  **and the government, Australian government, would help**
21  **in certain ways towards those marketing costs.**
22      Q.   It could be like here we would call it a tax
23  deduction, perhaps a business deduction?
24      **A.   Sure.  It fit into that sort of framework.**

1   **So that if I had a tax liability and I'm exporting, I**
2   **would have that as an additional form of compensation**
3   **somehow.**
4       Q.   And was John Robertson somebody with whom
5   you worked at about that time period to help with the
6   exportation to the U.S.?
7       **A.   Yes.  He was a specialist in this field.**
8       Q.   Did all of your exports to the U.S. go
9   through him in that time period?
10      **A.   It didn't go through him personally.  I**
11  **think he facilitated that and encouraged it.  Maybe**
12  **he was being paid by the food company to help that**
13  **flow along, and the food company would pay us, and**
14  **they would then use the export sale off their tax**
15  **records, yeah.**
16      Q.   Was he involved at all in the actual
17  shipment of the product?
18      **A.   No, no, no.**
19      Q.   Because we took Terry McKendree's
20  deposition, and he testified that he got your product
21  through John Robertson.
22      **A.   Oh, that probably could have been, right,**
23  **because I was explaining to you that John Robertson**
24  **from memory was a consultant to a large food company,**

Page 91

1    **and they then had a tax problem that they had to**

2    **lower, and these export sales would, in fact, lower**

3    **some of their problems; and as a result, it was a**

4    **financing line for our company.  In other words,**

5    **they would subfinance the production as it was going**

6    **along.**

7         Q.   You talked a little bit about the way that

8    you would -- you had a unique way at that time, and

9    it was a great idea by the way -- of removing the

10   fins --

11        **A.   Yes.**

12        Q.   -- from the bottom and the back of the

13   board?

14        **A.   That's correct.**

15        Q.   And then you were able to ship three boards,

16   four boards, whatever, multiple boards together?

17        **A.   Correct.**

18        Q.   You would put the fins I assume separately

19   wrapped in the same package?

20        **A.   Correct.**

21        Q.   And then you would sort of buffer everything

22   with UGG boots?

23        **A.   UGG boots, correct.**

24        Q.   Around the side?

1    **A.    Yes.**

2    Q.    And around the back.

3          So let's pick Terry McKendree as an

4    example.  When you would -- I think you mentioned you

5    shipped boards to him, correct?

6    **A.    Yes.  We did.**

7    Q.    And they would be packed with some UGG

8    boots?

9    **A.    Yes.**

10   Q.    Do you recall how you invoiced that shipment

11   for the boards?

12   **A.    A regular commercial invoice.**

13   Q.    And would -- did the invoice list the boards

14   as well as the UGG boots?

15   **A.    Oh, yes, yes, yes.  Everything was invoiced.**

16   Q.    So the UGG boots that were shipped with it

17   weren't just there for packaging and like a freebie?

18   **A.    Oh, no, no.  They were charged.**

19   Q.    That's what I was getting at.  They were

20   actually sold?

21   **A.    Sold and charged to the client, and the**

22   **benefit he got was the freight angle inasmuch as the**

23   **volume of the freight was going anyway for the**

24   **boards.  So packing the boots around the boards meant**

1    that they got their freight free, freight cost free

2    virtually.  Although you could allocate some space

3    cost to them if you really were an accounting guru,

4    but technically they got their free of freight cost

5    because the boards carried the cost of the transport,

6    and the boots virtually as you can see in that

7    advert, U.S. $12.95.  So he must have bought them for

8    $6.00, right?

9        Q.   Do you recall what your invoices -- do you

10   have any of your invoices or --

11       A.   Unfortunately, no.

12       Q.   -- from that time period?

13       A.   But they could be -- they could be obtained

14   I think.

15       Q.   How?

16       A.   How?  Through the Customs Department, old

17   records.

18       Q.   Australian customs?

19       A.   Yeah because all of the entries must be

20   logged in; and if we went back to that time, I'm sure

21   that we could locate documents.

22       Q.   Do you recall speaking about customs were

23   they drop shipped directly to Terry McKendree or did

24   they go to some port of entry first in the U.S.?

Page 94

1     **A.   No.   They went to Jacksonville air freight.**

2     Q.   Directly from Adelaide?

3     **A.   From Adelaide, yes.**

4     Q.   To Jacksonville?

5     **A.   Though they would have stopped at various**

6     **places along the way, transshipments.**

7     Q.   But as far as going through U.S. customs,

8     would they go through U.S. customs in Jacksonville?

9     **A.   Oh, at some point when they -- when they**

10    **reach an area where that sort of has to be declared,**

11    **I think that would be at Jacksonville.  I'm not**

12    **sure.**

13    Q.   Okay.  Apart from what customs might have,

14    you don't have -- you, yourself, no longer have any

15    business records from the company?

16    **A.   No; but in Australia, they would be in the**

17    **Customs Department there on the export entries.**

18    Q.   I think you stated that your business --

19    your surf shop business was bought by somebody in

20    Adelaide in around 1977?

21    **A.   Yes.**

22    Q.   Do you recall who it was?

23    **A.   J. R., Jim Rawson.**

24    Q.   Is that R-a-w-s-o-n?

Page 95

1      **A.    Yes.**

2      Q.    And is it still operating?

3      **A.    Yes.**

4      Q.    What's it called today?

5      **A.    I think J. R. Surf Shop.**

6      Q.    Did he change the name once he bought it

7    from you?

8      **A.    Not immediately, but he did over a period of**

9    **time.**

10     Q.    Who came up with the name UGG boot?  Was it

11   you or Charlie Spencer?

12     **A.    A combination with both.**

13     Q.    Sitting around over a beer one night?

14     **A.    Those sort of things.**

15     Q.    Pretty much?

16     **A.    Yes, backyard garage talk.**

17     Q.    Did a light bulb --

18     **A.    There wasn't -- there wasn't anything in**

19   **regard to this is a hot name for a boot.  This was**

20   **just something that evolved.**

21     Q.    After that trip around the U.S. in 1958, the

22   seven or eight months, and Canada and Mexico, when

23   was the next time you came to the U.S.?

24     **A.    Late '60s, late '60s I believe.**

Page 96

1    Q.    What was the purpose of that trip?

2    **A.    To visit the surf shops on a promotional**

3    **tour to expand the board sales and UGG boot sales and**

4    **along with other products from our business**

5    **operations.**

6    Q.    About how long were you in the U.S. on that

7    trip?

8    **A.    I think at least two months both east and**

9    **west coast.**

10    Q.    Can you pin it down any closer as far as

11    when you say late '60s?  Could it have been early

12    '70s?

13    **A.    It was to see Terry McKendree.  So if**

14    **Terry McKendree was importing boards early '70s, it**

15    **would be that time.  I could get further definition**

16    **from my colleague who was with me.  He probably would**

17    **remember.**

18    Q.    And how about the next trip?  Do you

19    remember the next time to the U.S.?

20    **A.    Not many, no.  I can't recall any recently**

21    **in the last many years.  I was over here meeting Jack**

22    **about nine years ago.**

23    Q.    Let me put it this way.

24          So until '77-'78 when you sold your

1    business, did you make any trips between the second

2    trip you just discussed to the U.S. and when you sold

3    the business in Adelaide?

4        **A.   I think I did.  I think I made regular trips**

5    **to be honest with you.  I'm just thinking back now.**

6    **This is scratching the memory now.**

7                **Yes, I believe I made regular trips here**

8    **for one or two weeks at a time.  They were lightening**

9    **trips east and west coast.**

10       Q.   Lightening you mean quick?

11       **A.   Fast, yeah, to do particular things,**

12   **research.  Like it was the clothing business which**

13   **we had under license from Don Rancho in California**

14   **and relating to the people that I knew that were**

15   **connected to the clothing and -- and board business**

16   **and the sheepskin business.**

17       Q.   And you mentioned a license that you had

18   from a Don Rancho?

19       **A.   Yeah, for the clothing.  That was Golden**

20   **Breed.**

21       Q.   Okay.  So the Golden Breed business that you

22   had was a license from an American company?

23       **A.   Correct.**

24       Q.   And what kind of clothing was it?

1    A.    That was like Hang Ten clothing, striped

2    T-shirts and so forth, yeah.

3    Q.    Was that a license for your sales of that

4    clothing and that brand in Australia?

5    A.    Australia, yes.

6    Q.    Anywhere else?

7    A.    Pretty much wherever we wanted to go if we

8    wanted to but mainly Australia.

9    Q.    Meaning did you have a license to also sell

10   Golden Breed stuff or I guess Don Rancho in the

11   U.S.?

12   A.    No.  I didn't bother to be honest with you.

13   We had enough work to do within Australia.  That was

14   of no interest to me.

15   Q.    Could you pull up this Exhibit 50?  This is

16   the color Surfing magazine.

17   A.    Yep.

18   Q.    Do you see on the front at the very top

19   where it says $1.00?

20   A.    Yeah.

21   Q.    And it's got a U. K. and a Sweden krona.  Do

22   you see that?

23   A.    Yeah.

24   Q.    Have you ever seen the U.S. version of this

Page 99

1   magazine?

2           MR. BAGLEY:  Objection.  That lacks

3   foundation as to whether this is a U.S. version of

4   the magazine.

5           MR. RAYGOR:  Exactly.

6   BY THE WITNESS:

7       **A.   I believe I have seen this, seen this U.S.**

8   **publication before.**

9   BY MR. RAYGOR:

10      Q.   I'll -- I'll represent I've got these, and

11  this is a different version from what was distributed

12  in the U.S.

13          Have you ever seen that?  Before you

14  were shown this by Mr. Bagley, did you ever see that

15  ad on the second page?

16      **A.   Repeat that again.**

17      Q.   Before you were shown this by -- this

18  Exhibit 50 by Mr. Bagley, did you ever see that ad on

19  the second page?

20      **A.   Yes.  I have seen that ad before, yes.**

21      Q.   Okay.  Did you design it?

22      **A.   I think Terry McKendree might have.  I --**

23  **I must say to you we may have had some involvement in**

24  **it from Adelaide.**

1    Q.   Do you recall one way or the other exactly

2    if you did?

3        A.   We had our own Advertising Department

4    in-house.  So I would say to them, Please provide an

5    ad to Terry McKendree, and they would do it.

6        Q.   Do you recall specifically if that happened

7    in this instance for this magazine?

8        A.   I can't recall exactly, but I -- I would

9    probably by the look of it and the sandal photographs

10   and everything it probably came from their place.

11       Q.   Do you recall if McKendree advertised in any

12   publication other than Surfing magazine?

13       A.   I don't know to be honest with you.  I did

14   see Surf, not only this but others he did.

15       Q.   Other ads that he did?

16       A.   Yeah, relating to the boots.

17       Q.   In what kind of publications?

18       A.   Surfing magazines.  If he had them in other

19   magazines, I can't remember.

20       Q.   So you mean you saw other ads from him in

21   Surfing magazine?

22       A.   Yes.

23       Q.   Okay.

24       A.   There was more than this one.

Page 101

1    Q.    More than this one issue?

2    **A.    Yes, yes.**

3                      **(WHEREUPON, Arnold Deposition**

4                      **Exhibit 52 was marked for**

5                      **identification as of this date.)**

6    BY MR. RAYGOR:

7    Q.    Okay.  Next I will mark for identification

8    as Exhibit 51 -- no, 52, a one-page document bearing

9    production number AUL39.

10   **A.    Okay.**

11   Q.    Down at the bottom, it says, John Weston

12   Arnold.

13              Is that your signature?

14   **A.    That's my signature, yes.**

15   Q.    Right under where it says 9th October,

16   2004?

17   **A.    Yes, yes.**

18   Q.    Did you sign this in the Australian

19   Consulate in Dubai?

20   **A.    Yes.**

21   Q.    I see the stamp right below that.

22   **A.    Yes.**

23   Q.    Up at the top, it has, "I, John Weston

24   Arnold, of 4 Olive Road, Maylands, M-a-y-l-a-n-d-s,

```
 1   South Australia, 5069."
 2              What address is that?
 3        A.    That's a home address.
 4        Q.    Was that your residence at that time?
 5        A.    That's one of several.
 6        Q.    Okay.  And then next it says, "Occupation:
 7   Manager."
 8              What was -- manager of what at that time
 9   in 2004?
10        A.    I think this came to me, yes.  "Occupation:
11   Manager," that would be relating to occupation in
12   Dubai.
13        Q.    Okay.  And your occupation in Dubai at that
14   time is manager of what?
15        A.    Manager.
16        Q.    What were you managing?
17        A.    Managing packaging business for food, food
18   products.  That was back in -- what date is this?
19        Q.    It says 2004.
20        A.    2004, yes, correct.
21        Q.    When did you move to Dubai?
22        A.    1998.
23        Q.    It must have changed astronomically much
24   since then?
```

1    A.    Yes, piece of sand into a megaton city.

2    Q.    Amazing.

3          So anyway do you recall preparing this

4    Statutory Declaration?

5    A.    Yes, yes.

6    Q.    Were you asked by somebody to do so?

7    A.    Yes.

8    Q.    Who?

9    A.    Somebody in Perth.  I can't recall his name.

10   I -- I -- I would if I looked up e-mails and stuff,

11   but they -- there was a group of people.  I think

12   they called themselves Australian Sheepskin

13   Manufacturers Association or something like that, and

14   they asked would I help and give a statement relating

15   to my previous activity with UGG boots.

16   Q.    And did you type this statement up or did

17   you say it and it was typed up?

18   A.    No.  I -- I think I typed it up.

19   Q.    Okay.  What -- did you have a business at

20   142 Gawler --

21   A.    Yes.

22   Q.    -- Place, Adelaide?

23   A.    Yes.

24   Q.    G-a-w-l-e-r?

1     **A.    Yes.**

2     Q.    What business was that?

3     **A.    John Arnold Surf Shop, Arnold's Leather and**

4     **Gear Shop, O'Neill Wetsuits, Golden Breed Clothing.**

5     Q.    Have you ever entered into any sort of

6     business arrangement or deal with Deckers?

7     **A.    No.**

8     Q.    When did you first hear of Deckers?

9     **A.    Probably only in the last ten years.**

10    Q.    I might be done.  So just let me -- bear

11    with me a minute.

12    **A.    No, please.**

13    Q.    You discussed a little bit about sales of

14    UGG boots to -- and boards to Jack O'Neill.

15    **A.    Yes.**

16    Q.    And how would the shipment -- like

17    Terry McKendree, the same kind of thing, would you

18    just ship directly to Jack O'Neill?

19    **A.    Jack probably from memory only took the**

20    **boots.  He had no need for the surfboards because he**

21    **was a manufacturer of surfboards in his own right.**

22    **So he had no need, but he may have taken a few for**

23    **branding purposes because under our surfboard labels**

24    **we had endorsed some of the top surfers of the world**

Page 105

1    and, therefore, the surfboards were in demand because

2    of that brand association with those particular

3    surfers.

4                So that would be the only reason he

5    would take the boards.  Taking a surfboard for a

6    surfboard sake wouldn't be a worthwhile proposal.

7    Taking a surfboard that has a particular brand

8    attached to it would be important.

9                So he mainly bought the boots for retail

10   purposes in his shop in Santa Cruz and wholesale to

11   some other associates of shops nearby or whenever and

12   on the west coast.

13        Q.   I've actually seen one of your boards.

14        A.   Thank you.  Please, get it.

15        Q.   I imagine the person who has it wouldn't

16   want to sell it now.  He's got quite a collection.

17        A.   Wow, some of the prices.  I wish I was

18   getting that sort of money for them, but they were

19   hot.

20        Q.   He swears by it.  He said it was amazing.

21                The sales of the boots by Jack O'Neill,

22   was that just through his Santa Cruz shop?

23        A.   Mainly, yes.  That's my understanding.

24        Q.   Do you know if he sold it any other way?

Page 106

1    A.    Wholesale I believe some to other surf

2    shops, but you would have to check his records for

3    that.

4    Q.    You -- you don't have any specific records

5    or --

6    A.    No.

7    Q.    -- knowledge of that?

8    A.    I -- I think through this gentleman,

9    Carl Keehn, he might be able to help on that because

10   he would probably have access to old records.

11   Q.    But you don't have any knowledge of it

12   today?

13   A.    No, no.  I wouldn't be privy to that

14   information.  I mean, he might have told me but, you

15   know, I wouldn't remember that.  It would be just

16   casual talk.

17        MR. RAYGOR:  Nothing further from me at the

18   moment.

19        THE WITNESS:  Okay.  Thank you, sir.

20        MR. BAGLEY:  If we can go off the record for

21   just a minute or two so I can make sure that I get my

22   thoughts together, and then we can finish up.

23        THE VIDEOGRAPHER:  Going off the record at

24   12:05 p.m.

Page 107

1    (WHEREUPON, a brief pause was had

2    in the proceedings.)

3    THE VIDEOGRAPHER:  Going back on the record

4    at 12:07 p.m.

5    Please, proceed.

6    FURTHER EXAMINATION

7    BY MR. BAGLEY:

8    Q.   Mr. Arnold, I just have a few more follow-up

9    questions about a number of the topics Mr. Raygor

10   just asked you about.

11   You talked briefly about you were

12   perhaps originally going to give a deposition in

13   Australia with regard to this case, and I just wanted

14   to clarify a little bit.

15   Was that always -- was any deposition

16   you were going to give for this case, was that always

17   on a voluntary basis?

18   **A.   Yes.**

19   Q.   And you had mentioned plans changed.

20   Had you previously had plans to be in

21   Australia during the month of April?

22   **A.   Yes.**

23   Q.   Of this year?

24   **A.   Yes.**

1    Q.    And when you still had those plans -- strike

2    that.

3                In previous conversations with

4    Mr. Terceiro, had you arranged to give this

5    deposition while you were already on a trip to

6    Australia?

7    **A.    Yes.**

8    Q.    But due to your own reasons, did your plans

9    to travel to Australia then change?

10   **A.    Yes.**

11   Q.    Thank you.

12               This is a real small point, but I just

13   want to try to get a clean record.

14               I believe Mr. Raygor asked you if you

15   brought any other documents with you on this trip,

16   and you said it was just the excerpt or photographs

17   or photocopies from Mr. O'Neill's book.

18   **A.    Yes.**

19   Q.    If I could refer you to Exhibit Number 49.

20   It's the handwritten letter in blue ink.

21   **A.    Yes, yes, yes.**

22   Q.    Did you bring that with you?

23   **A.    Yes.  I did.**

24   Q.    Okay.  I just wanted to get a clarification

Page 109

1    there.  I thought it might be clear from the record,
2    but I --
3        **A.    Yes.**
4        Q.    -- just wanted to make sure.
5        **A.    Yes.  I did.**
6        Q.    Okay.  I believe Mr. Raygor asked you if
7    you shipped items directly to Terry McKendree's
8    company.
9        **A.    Yes.**
10       Q.    And I believe he was asking in terms of drop
11   shipped versus something else.
12               Do you know what -- what is a drop
13   shipment?
14       **A.    I -- I -- you'll have to explain this,**
15   **please.**
16       Q.    Oh, well, I don't know what it means.  So I
17   was asking what -- what you thought it meant.
18       **A.    Is it an American term?  I don't know.**
19       Q.    Well, okay.  If you don't know what it
20   meant -- it means, let me try to ask it this way.
21               Is it true that you shipped some
22   products directly to Terry McKendree in Florida?
23       **A.    Yes.**
24       Q.    As far as you can remember?

1    **A.    Yes.**

2    Q.    Do you know if Terry McKendree arranged for

3    or organized any other sales of products -- of your

4    products to the United States?

5    **A.    You mean he bought our products from**

6    **somebody else?**

7              **Or do you mean that he wholesale**

8    **distributed them?**

9    Q.    It could be either one of them.  I'm asking

10   what you know, and I'm trying not to put too many --

11   **A.    My understanding is he bought from us in**

12   **large quantity to distribute not only to his own**

13   **retail shop but to other stores on the east coast**

14   **that wanted smaller quantities and weren't prepared**

15   **to take board shipments in volume.**

16              **Because to ship the boards by air**

17   **freight, you had to break certain price points with**

18   **the airlines like 2,000 kilos of volumetric to get a**

19   **particular price per kilo.**

20              **So it was at an advantage to bulk ship**

21   **large quantities to one location.  He broke it and**

22   **then sent small lots to other surf shops that were --**

23   **like wanted the product, but they didn't want the**

24   **volume of product called merchandise.  That's the way**

1   **I understand it all worked.**

2        Q.   Okay.   Thank you.

3             During that same time period, were you

4   shipping directly to any other surf shops on the east

5   coast?

6        **A.   Yes, yes.  We did -- we did ship to a number**

7   **of surf shops on the east coast that had a sufficient**

8   **quantity at one particular time.  Like McKendree**

9   **would say, Ship me one big boatload every month,**

10  **but we might have a -- a surf shop at say Cape Cod**

11  **that would take one shipment and that would last**

12  **him for six months or ten months, and that was --**

13  **occasionally that happened.  They were direct**

14  **shipments to other retailers, yes.**

15       Q.   Okay.   Thank you.

16            If I could refer your attention back to

17  the exhibit.  It's the one with the Surfing magazine

18  and the Page 2 with the ad from Australian Imports

19  Unlimited.

20            You had a bit of a discussion with

21  Mr. Raygor about, you know, who may have created this

22  ad.

23       **A.   Yes.**

24       Q.   So during the time period that you were

1   selling to Mr. McKendree, how were -- did you have an

2   ad department or an in-house?

3       **A.   Yes.**

4       Q.   Or were you working with an ad company in

5   Australia?

6       **A.   No.  We had our own in-house advertising**

7   **company.  We had graphic people, and we had people**

8   **booking space and doing artwork for various companies**

9   **around Australia and around the world.**

10              **So, as I explained to you earlier, our**

11  **company was well-diversified from film making to**

12  **magazine publication to advertising all wrapped up**

13  **under one roof, quite unusual.**

14      Q.   Did your in-house ad agency only make --

15  well, strike that.

16              Is it possible they could have sent some

17  elements of this ad to Mr. McKendree?

18          MR. RAYGOR:  Calls for speculation.

19  BY THE WITNESS:

20      **A.   Yes.**

21  BY MR. BAGLEY:

22      Q.   Do you recall any specific times where your

23  in-house agency sent photographs or pictures of

24  specific products to other people, you know, outside

Page 113

1    of the company?

2        **A.    I can't recall, but let's say if my**

3    **advertising manager was here he would recall.**

4        Q.    I certainly understand that.

5        **A.    Yes.**

6        Q.    I just was, you know --

7        **A.    I can't.  I mean, I had 400 people employed,**

8    **right, so...**

9        Q.    I understand that.  I was just trying to see

10   if I could clarify it a little bit.

11               Did you say -- and pardon me if you've

12   answered this -- but you did not specifically recall

13   whether your in-house department would have created

14   this ad or maybe someone else created it?

15       **A.    My understanding is they probably did.**

16       Q.    Okay.

17       **A.    But I'll be seeing the gentleman shortly**

18   **that was our advertising manager, and he's a resident**

19   **in Bali at the moment.  I can ask him, and he will**

20   **tell me straightaway.**

21       Q.    Well, okay.  I understand, but I'm asking

22   you what you know today.  So I understand you can

23   always find out.  One can always find out more

24   information later if one has all the time in the

1   world, right?

2       **A.    Sure.**

3           MR. BAGLEY:  Okay.  I believe that is all

4   the questions I have.

5           MR. RAYGOR:  Just a couple of follow-ups.

6           THE WITNESS:  Yeah.

7                   FURTHER EXAMINATION

8   BY MR. RAYGOR:

9       Q.   Okay.  While we were on a break in between,

10  there was some conversation, and you were looking at

11  exhibit -- I'm sorry.  If I can just see what -- the

12  Statutory Declaration is what?

13          MR. BAGLEY:  52.

14          MR. RAYGOR:  I keep forgetting to write

15  these down.

16          MR. BAGLEY:  Yeah.  I did that once too

17  but 52 --

18  BY MR. RAYGOR:

19      Q.   52 was the thing that was signed in Dubai?

20      **A.    Yeah, that one.**

21      Q.   And you -- you looked through it, and I

22  think you said that, paraphrasing, it was very

23  succinct?

24      **A.    Well, it looks like it's covered things**

1   **pretty well.**

2      Q.   And you said, I don't think there are any

3   errors in that. Is that -- is that correct?

4      **A.   I'd have to read it line by line again.**

5      Q.   Tell you what.

6             Why don't you look at it and let me know

7   if you -- if it's accurate.

8      **A.   Okay.**

9      Q.   Or if there is anything that needs to be

10   changed.

11      **A.   Okay. Give me a minute, and I'll read this**

12   **right through.**

13             **Okay. All right. The comment, "Around**

14   **1960, a boot was developed at our factory made from**

15   **sheepskin material and it was sold -- it was called**

16   **'UGG Boots.'"**

17             **At that stage, it was a combined effort**

18   **between Charlie Spencer and our factory or our**

19   **company, Arnold Shoes, on a basic boot that he had in**

20   **his garage, and we at Arnold Shoes had expanded on**

21   **that range of boots to be a range of boots from short**

22   **to long to decorative and so forth.**

23             **So when I say an UGG boot, UGG boot was**

24   **the general name of all of these boots, and the one**

1   specific boot that is in this ad it was the original

2   UGG boot.

3                    So when we talk UGG boots, we talk of

4   multiples of designs, and my comment here, "Around

5   1960, a boot was developed at our factory made from

6   sheepskin material and it was called 'UGG Boots,'"

7   yes, that's correct, but there were multiples of

8   boots.

9                    Some Charlie Spencer had put together

10  and then sent to our factory for completion.  Others

11  that our factory had done were quite different to

12  what he had even done in his backyard workshop.  So

13  it was a combined effort of both --

14       Q.   Charlie and you?

15       A.   Charlie and ourselves.  He had no marketing

16  opportunity or market for the boots to go to.  So we

17  had that through our surf shop network and other

18  products.

19                    So, in effect, what we're saying here --

20  and this is fairly accurate -- but you could expand

21  on all of the pieces in this statement this way if

22  required.

23       Q.   One -- one last thing is, in your discussion

24  earlier with Mr. Bagley, you talked about how many

1    boots were produced or manufactured out of your

2    shop -- not a shop probably but out of your

3    factory?

4        A.    Yes.

5        Q.    Per week, and I think you said it could be

6    upwards of a thousand pairs a week?

7        A.    **Upwards of a thousand, yes.**

8        Q.    Do you have any records today that would

9    show what your production capacities were at the time

10   or how much you actually produced per week or over

11   any period?

12       A.    **I don't have any records.  I'm sorry.**

13       Q.    Okay.

14       A.    **I wish I did.  I'm sorry.**

15       Q.    It's a lot of stuff to carry on.

16       A.    **I would love to.  I would love to but, you**

17   **know, all I want to give you is the exact information**

18   **accurate; and if I had those records, they would be**

19   **freely available.**

20       Q.    And I wasn't trying to trick you earlier as

21   far as when Mr. -- when asking you about what

22   documents you had brought and I had not mentioned

23   this one.

24       A.    **Yeah.  It's a genuine document.**

Page 118

1    Q.    Apart from those two, the O'Neill cover and

2    then the thing from Carl Keehn, is there anything

3    else that you brought with you?

4    **A.    No.**

5          MR. RAYGOR:  I don't need to detain you any

6    longer.  I've got nothing further that I need to ask

7    you, and you can go meet your daughter and enjoy the

8    city.

9          THE WITNESS:  Thank you.  Thank you,

10   gentlemen.  Thank you kindly.

11         MR. BAGLEY:  I have no further questions as

12   well.

13               Do we want to put on the record some

14   stipulations about the transcript?

15         MR. RAYGOR:  Let me just ask.

16               We're going to finish off this

17   transcript.  The court reporter will put together a

18   transcript here of everything that was said today and

19   deliver it to you.

20         THE WITNESS:  Thank you.

21         MR. RAYGOR:  Where will you be say in seven

22   or ten days from now?  How long will it take you?

23         THE COURT REPORTER:  Ten days, ten business

24   days.

Page 119

1          MR. RAYGOR:  Like ten business days from
2    today so two weeks from today, where will you be?
3    Because she's got to deliver it to you.
4          THE WITNESS:  Well, what I'll do is give you
5    a post office box number for Dubai.  I don't expect
6    that I'll be there because I have -- next week I get
7    off the flight from this trip, and then I'll be in
8    Kuwait then; and then from that trip, I've got
9    another one lined up I think in Dubali and another
10   one in London.
11          So I've got an extensive program in the
12   next six weeks.
13          MR. RAYGOR:  Do you want to give him more
14   time than 30 days?
15          MR. BAGLEY:  I would be fine with that,
16   yes.
17          What we're talking about is, you know,
18   you will get a copy of the transcript of today.
19          THE WITNESS:  Okay.
20          MR. BAGLEY:  And you will have the
21   opportunity to --
22          THE WITNESS:  All right.
23          MR. BAGLEY:  -- to look it over and make
24   corrections.

1        THE WITNESS:  All right.  Would you be

2   sending this on a courier or were you sending this

3   to a post office box number?  Because in Dubai, we

4   run on post office box numbers.  We don't run on

5   addresses.

6        MR. RAYGOR:  Post office box probably.

7        THE WITNESS:  But let me say to you.  If

8   you're sending it by courier, they will deliver it to

9   my address because couriers have to; but if you're

10  generally saying, What is your address in Dubai?  I

11  will be saying Post Office Box XYZ, and that number

12  then is related into the government records and they

13  know where you are.

14        MR. BAGLEY:  Okay.  I think it sounds like

15  the post office box number will be fine.

16             The only question is, you know, when in

17  a practical sense will you be able to pick it up and

18  take a look at it?  And we usually give, you know,

19  30 days is a standard time for you to look -- after

20  you get it, of course, to take a look at it and come

21  back to us with corrections; but if you're going to

22  be traveling a lot, we were talking about giving you

23  a longer period of time.  I don't think there is a

24  particular rush in our case.

Page 121

1       THE WITNESS:  By the 15th of next month, I
2   should be in Australia for two months.
3       MR. BAGLEY:  Will you have time to pick up
4   the document from -- because it, you know, it will be
5   a number of pages --
6       THE WITNESS:  Okay.  Can I let you know
7   where and the best way to get this to me by tomorrow
8   or something or do you need it today?
9       MR. RAYGOR:  Sure.  Let's do that.
10       THE WITNESS:  Because I'll have to plot when
11   I'll be in Dubai for "X" amount of time.
12       MR. RAYGOR:  And if you're going to be in
13   Australia for a week or two, maybe we can ship it
14   there, but we'll let you decide.
15       THE WITNESS:  Well, I know that I've got to
16   book for Australia shortly.  I have got things to do
17   down there, and that's nothing to do with this
18   business.  We have other things to do, and it's
19   probably going to be the middle of next month.
20           As we come near Ramadan, I'll exit Dubai
21   and spend that time in Australia because I've got to
22   do some house repairs.
23       MR. BAGLEY:  All right.  So that would be
24   the middle of May approximately.

Page 122

```
 1              THE WITNESS:  Yeah, approximately.
 2              MR. RAYGOR:  That's fine.
 3              MR. BAGLEY:  Yes.  We will be able to
 4    stipulate to that.
 5              THE WITNESS:  So I think that's going to be
 6    Australia in the middle of May, and I'll give you
 7    116 Frederick Street.
 8              MR. BAGLEY:  We'll get it from you.  Thank
 9    you.
10              MR. RAYGOR:  So let's just finish up.
11              THE WITNESS:  I'm sorry about that.
12              MR. RAYGOR:  What we will do is the
13    transcript will be prepared, finalized.  It will be
14    delivered to you somehow.  You will let us know
15    where.
16              THE WITNESS:  Yeah.  I'll let you know.
17              MR. RAYGOR:  And you will then have we'll
18    say for now 60 days, okay, in which to make any
19    corrections.
20              THE WITNESS:  Okay.
21              MR. RAYGOR:  And to sign it and return it to
22    the court reporter.
23              THE WITNESS:  Okay.
24              MR. RAYGOR:  Who will then distribute it to
```

1    us.

2                THE WITNESS:  Okay.

3                MR. RAYGOR:  And so sometimes things like

4    words or names might be misspelled, and feel free to

5    correct those if you need to.

6                     There might be other things that need to

7    have more substantive corrections.  You can make

8    those too.  Just I want to caution you that if it's a

9    really big substantive correction that Mr. Bagley or

10   I could comment on that.

11               THE WITNESS:  I see.

12               MR. RAYGOR:  Perhaps question your

13   credibility if you make a really big change.  I doubt

14   there is anything like that but, you know, it does

15   happen.

16                    So anyway you will have the chance and

17   if -- to make the corrections.  If at the end of

18   those 60 days we don't receive a signed, corrected

19   copy of the transcript, then an unsigned certified

20   copy can be used for any and all purposes in this

21   case by Mr. Bagley or by me.

22                    Is that all right, Mark?

23               MR. BAGLEY:  Yes.  So stipulated.

24               MR. RAYGOR:  So stipulated here.

Page 124

1        With that -- let me finish one thing.

2   With that, we would relieve the court reporter of her

3   duties otherwise mandated by Federal Rules of Civil

4   Procedure 30.

5            THE VIDEOGRAPHER:  Should I go off the

6   record?

7            MR. BAGLEY:  I believe so.

8            MR. RAYGOR:  Yes.

9            THE VIDEOGRAPHER:  This marks the conclusion

10  of today's deposition.  Going off the record at

11  12:24 p.m.

12

13            AND FURTHER DEPONENT SAITH NAUGHT . . .

14

15

16

17

18

19

20

21

22

23

24

Page 125

1              IN THE UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF ILLINOIS

3                      EASTERN DIVISION

4    DECKERS OUTDOOR CORPORATION,     )

5             Plaintiff,              )

6         -vs-                        ) No. 1:16-CV-03676

7    AUSTRALIAN LEATHER PTY, LTD.     )

8    and ADNAN OYGUR a/k/a            )

9    EDDIE OYGUR,                     )

10            Defendants.             )

11

12       I hereby certify that I have read the foregoing

13   transcript of my deposition given at the time and

14   place aforesaid, consisting of Pages 1 to 127,

15   inclusive, and I do again subscribe and make oath

16   that the same is a true, correct, and complete

17   transcript of my deposition so given as aforesaid,

18   and includes changes, if any, so made by me.

19

20                    _____

21                       JOHN ARNOLD

22

     SUBSCRIBED AND SWORN TO
23   before me this _____ day
     of _____, 2017
24    Notary Public

Page 126

1    STATE OF ILLINOIS    )

2                         )  SS:

3    COUNTY OF DU PAGE    )

4         I, PATRICIA M. STONE, a Certified Shorthand

5    Reporter of the State of Illinois, do hereby certify:

6         That previous to the commencement of the

7    examination of the witness, the witness was duly

8    sworn to testify the whole truth concerning the

9    matters herein;

10        That the foregoing deposition transcript was

11   reported stenographically by me, was thereafter

12   reduced to typewriting under my personal direction,

13   and constitutes a true record of the testimony given

14   and the proceedings had;

15        That the said deposition was taken before me at

16   the time and place specified;

17        That the reading and signing by the witness of

18   the deposition transcript was agreed upon as stated

19   herein;

20        That I am not a relative or employee or attorney

21   or counsel, nor a relative or employee of such

22   attorney or counsel for any of the parties hereto,

23   nor interested directly or indirectly in the outcome

24   of this action.

Page 127

1        IN WITNESS WHEREOF, I do hereunto set my hand

2   and affix my seal of office at Chicago, Illinois,

3   this 1st day of May, 2017.

4

5

6

7        Notary Public, DuPage County, Illinois

8                Patricia M. Stone, CSR

9                CSR Certificate No. 084-002880

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**A**

A-d-n-a-n 84:21
a.m 1:20 4:8 73:9
73:14
a/k/a 1:8 125:8
ability 8:1,12 83:23
able 72:12 84:9,12
91:15 106:9
120:17 122:3
above 43:21
accepted 79:17
access 106:10
accessories 32:19
accident 21:11 85:3
accounting 20:4,18
21:1,9,15 24:17
93:3
accuracy 39:12
accurate 58:14
115:7 116:20
117:18
accurately 49:14
across 15:11 74:19
87:16
action 66:24 75:6
82:3 126:24
active 25:1,6,8,9,11
47:2 65:10 86:19
activities 25:12
53:24
activity 11:8 12:7
12:14 13:2 103:15
actual 53:20 90:16
actually 4:16 9:6
60:6 92:20 105:13
117:10
ad 68:9 69:10 99:15
99:18,20 100:5
111:18,22 112:2,4
112:14,17 113:14
116:1
add 8:19
added 30:13,20
additional 7:8 48:9
90:2
address 10:4,6 52:2
52:11,12,14,15
57:1 102:2,3
120:9,10
addresses 10:5
120:5
Adelaide 9:21,22
10:21 22:3 23:15
26:4 33:11 35:13
94:2,3,20 97:3
99:24 103:22

Adnan 1:8 5:2
84:21 125:8
ads 100:15,20
advantage 110:20
advert 93:7
advertised 100:11
advertisement
68:22
advertising 100:3
112:6,12 113:3,18
affect 8:11
affix 127:2
aforesaid 125:14,17
after 19:6 20:18
22:18 60:9 72:20
74:8 95:21 120:19
again 24:8 28:10
60:22,24 63:8
76:9 99:16 115:4
125:15
age 11:9 21:2,10
59:14
agency 112:14,23
agent 88:1
aggressively 22:24
ago 6:5,7 17:5 19:4
60:16 61:13 65:15
75:1 81:21 96:22
agreed 126:18
ahead 52:21,23
air 42:18 78:15,15
94:1 110:16
airlines 78:4 110:18
al 4:4
alcoholic 8:14
Ali 10:7
alive 19:5
allocate 93:2
allow 52:8
allowance 89:7
alludes 17:3
along 19:15 22:19
24:22,23 30:14
90:13 91:6 94:6
96:4
already 108:5
also 10:18 14:15
15:23 23:20 28:7
46:23 58:9 60:2,8
70:11 71:10 76:10
77:17 98:9
Alter 18:9 19:2
although 12:21 31:7
32:20 93:2
altogether 16:12
always 24:1 59:9

107:15,16 113:23
113:23
am 5:1 53:10
126:20
amazing 103:2
105:20
Amazon 81:10
America 15:14
American 97:22
109:18
amount 121:11
Angeles 2:6 5:4 17:1
angle 92:22
ankle 43:21
another 5:23 26:4
31:22 59:22 62:12
82:4 84:11 119:9
119:9
answer 7:13,22,24
8:12 39:12,14
49:13 52:10 53:19
61:5,7 87:2
answered 32:5
38:23 72:2 113:12
anticipating 23:16
anybody 77:13 79:2
87:20
anymore 24:18
39:18 89:18
anyone 57:5
anything 7:3 39:6
40:8 54:17 70:22
75:19 76:8 78:17
78:17 82:13,14,23
84:5,16 95:18
115:9 118:2
123:14
anyway 17:4 92:23
103:3 123:16
anywhere 86:5 98:6
apart 82:20 84:14
94:13 118:1
apparel 27:2
appeal 44:8
appearing 76:11
79:2
appreciate 48:21
approached 29:8
approximately
29:13 121:24
122:1
April 1:19 4:7 63:20
107:21
Arab 10:10,16
area 20:12 70:18
94:10

areas 46:21
Arnold's 22:7,8,8
22:14 27:18 104:3
Arosita 33:11
arranged 108:4
110:2
arrangement 89:1
104:6
arrived 74:3
article 84:5,14
artwork 112:8
aside 80:13
asked 9:13 32:4
38:23 43:14 53:24
70:10 76:23 80:10
103:6,14 107:10
108:14 109:6
asking 7:5,9,12,18
17:6 28:11 32:6
60:21,22 65:19
109:10,17 110:9
113:21 117:21
asserted 82:15
associates 105:11
association 11:20
12:3,4,13 103:13
105:2
associations 12:11
assume 91:18
astronomically
102:23
attached 42:13
105:8
attaches 37:23
attained 20:3,4
attempt 7:16,24
attend 75:15
attention 55:1,7
68:4,9 111:16
attorney 81:19
126:20,22
August 86:2,3
AUL00039 3:23
AUL00066-AUL0...
3:18
AUL0066 66:24
AUL39 101:9
Australia-wide 27:4
Australian 1:7 4:3
5:2 29:17 34:4
47:16 65:8 68:10
68:12 72:10 81:19
83:11,13 84:17
85:13 89:2,6,20
93:18 101:18
103:12 111:18

125:7
authenticated 63:17
64:18
available 62:1
117:19
aware 68:2
away 17:2 19:4 71:9
71:10
awhile 25:4

**B**

B 3:12 82:4 83:4,10
back-and-forth
87:2
background 24:17
35:18 75:24 80:21
backtrack 20:22
backyard 95:16
116:12
backyards 18:24
bag 40:7,8
Bagley's 83:10
Bali 113:19
balsam 23:9
Barbara 16:20,22
83:9,10
basic 39:13 115:19
basis 29:9 49:8
107:17
beaches 17:11
bear 34:1 104:10
bearing 101:8
became 27:4 33:8
34:23 36:6,6
41:23 43:23 65:3
become 68:2
beer 95:13
before 1:16 4:16
5:21 6:18 8:24
16:10 20:13 23:19
23:24 26:9 34:2
43:15 46:7 57:12
66:24 74:21 83:14
85:15 99:8,13,17
99:20 125:23
126:15
beginning 4:14
30:11 33:7 56:24
73:13 83:5
begins 4:1
being 4:10 12:23
13:14 21:14,24
24:5 38:1 44:24
45:1,16 47:10
49:2 50:14,15
54:20 76:18 82:15

86:22 90:12
**believe** 4:22 27:24
28:23 55:5 57:10
69:9 73:20 78:3,7
95:24 97:7 99:7
106:1 108:14
109:6,10 114:3
124:7
**below** 101:21
**benefit** 92:22
**besides** 16:13
**best** 8:1 16:23 28:11
29:24 61:11 121:7
**better** 30:2 32:4
33:9 34:11 45:18
**between** 32:14
33:15 82:4 83:4
83:22 97:1 114:9
115:18
**beverages** 8:14
**beyond** 43:15 47:6
**big** 16:17 24:2
111:9 123:9,13
**biggest** 46:2
**bit** 20:21 23:18
46:11 71:6 78:22
78:23 91:7 104:13
107:14 111:20
113:10
**bits** 35:10 78:19,19
**blue** 108:20
**board** 13:18 14:1
27:2 42:13 48:2,7
50:12 91:13 96:3
97:15 110:15
**boat** 15:6
**boatload** 111:9
**bonanza** 47:1
**book** 3:15 53:8,9,11
53:15,21,22 54:14
54:18,20,22 58:2
81:7,8 108:17
121:16
**booking** 112:8
**bookkeeping** 21:16
**Boots,'** 116:6
**Boots.'** 115:16
**border** 23:11
**boring** 84:3
**born** 9:18,20
**borrowings** 72:10
**both** 11:8 21:10
95:12 96:8 116:13
**bother** 19:13 98:12
**bottom** 17:12 37:15
42:12 68:12 91:12

101:11
**bought** 15:8 26:3
44:2 54:24 93:7
94:19 95:6 105:9
110:5,11
**Boulevard** 4:11
**box** 66:12 119:5
120:3,4,6,11,15
**boxes** 46:24 50:19
**branches** 31:7
**brand** 15:22 18:9
38:20 39:23 84:8
84:12 98:4 105:2
105:7
**branded** 46:15
**branding** 104:23
**brands** 6:10 15:17
**break** 6:24 72:23
73:1 110:17 114:9
**breakfast** 18:15
**Breed** 27:19,20 28:8
30:23 31:23 97:20
97:21 98:10 104:4
**brief** 4:20 73:10
82:16,22 107:1
**briefly** 80:11 81:20
107:11
**bring** 22:10 81:7,8
81:12 88:20
108:22
**brings** 59:9
**Brisbane** 35:12
**broader** 44:9
**broke** 110:21
**brothers** 22:4
**brought** 13:7 15:5,6
19:16 23:11 45:9
81:2 108:15
117:22 118:3
**Brown** 18:10 19:4
19:12
**Bruce** 4:8 18:10
19:4,12
**buffed** 33:22
**buffer** 50:20 91:21
**build** 13:20
**building** 10:7 16:2
18:22
**built** 14:1 15:7
34:23 42:7
**bulb** 95:17
**bulk** 71:3 110:20
**bundled** 45:13,14
**businesses** 19:1
24:9 26:17 31:15
32:7 70:19,24

**buy** 42:5 44:1 47:13
**by-product** 34:7
35:5

_____

**C**

**C** 2:1
**California** 2:6 13:23
13:23 14:15 15:4
15:10,11,22 16:5
17:10,12 19:10,20
29:6 45:9,16
59:20 87:4,15,15
97:13
**call** 20:5 21:17,20
24:6 26:24 33:15
56:9,10 71:22
74:24 76:7 81:23
81:24 89:22
**called** 1:13 5:12
20:6,6,8 22:5,7,11
34:24 45:17 81:19
83:11 95:4 103:12
110:24 115:15
116:6
**calling** 36:9
**Calls** 49:10 56:13
112:18
**came** 13:22 14:18
14:20 15:4,6 19:7
33:6 65:7 74:9
76:13,17 95:10,23
100:10 102:10
**can't** 6:5 14:22 35:8
39:12,14 61:5,7
66:1 75:1 86:14
88:22 96:20 100:8
100:19 103:9
113:2,7
**Canada** 87:18
95:22
**cancelled** 75:14
85:22,24 86:3,12
86:22
**capacities** 117:9
**Cape** 111:10
**car** 15:8
**cardboard** 38:7
**Carl** 3:17 59:23
60:2,8 62:1 63:4
106:9 118:2
**carried** 93:5
**carry** 46:22 117:15
**carton** 42:15 48:9
48:10
**cartons** 42:17 48:12
48:13,13

**case** 4:6 6:4,6 79:3,3
82:15 107:13,16
120:24 123:21
**cash** 78:20
**casual** 106:16
**caution** 123:8
**cease** 72:1
**ceased** 25:12
**center** 10:22
**central** 15:14 16:24
87:16
**certain** 42:7 70:19
89:21 110:17
**certainly** 28:4 52:8
55:20 59:14 72:7
88:22 113:4
**certificate** 20:4,10
20:19 127:9
**certified** 1:17
123:19 126:4
**certify** 125:12 126:5
**chance** 123:16
**change** 39:8 40:22
95:6 108:9 123:13
**changed** 21:13
22:14 41:18,21
43:5 44:7 102:23
107:19 115:10
**changes** 125:18
**changing** 13:4
**Channel** 70:17
**charged** 92:18,21
**Charlie** 33:10 37:2
95:11 115:18
116:9,14,15
**check** 18:16 106:2
**Chicago** 1:19 2:14
4:11,24 74:7
127:2
**children** 44:5
**chronological** 26:20
**chugging** 24:21,23
**circulate** 67:24
**city** 10:9,12,18,22
23:15 26:4 103:1
118:8
**Civil** 1:14 124:3
**claims** 82:14
**clarification** 108:24
**clarify** 107:14
113:10
**class** 78:5
**Classic** 22:15
**clean** 108:13
**clear** 7:10,15 10:15
49:20 55:20 109:1

**clearly** 7:15 45:5
**client** 83:11 92:21
**close** 60:2
**closed** 31:8
**closed-cell** 16:3
**closer** 96:10
**clothing** 27:11
32:18 72:9 97:12
97:15,19,24 98:1
98:4 104:4
**club** 18:14
**clubs** 12:5
**coach** 78:1,16
**coast** 15:12,13 18:5
18:6 19:9,13,17
42:2,3,3,4 46:10
46:10,12,14,17
65:10 67:22 87:16
96:9 97:9 105:12
110:13 111:5,7
**coastline** 19:15
22:23
**Cod** 111:10
**colleague** 31:22
33:9 59:6 96:16
**colleagues** 23:7 35:7
**collection** 105:16
**collectively** 26:15
34:10 37:1
**color** 98:16
**column** 55:9
**combination** 95:12
**combined** 37:5
115:17 116:13
**come** 14:16 15:6
19:23 33:5 42:22
73:6 75:16 76:14
80:9 120:20
121:20
**coming** 24:17 32:20
35:12 46:3,10
48:3 69:17,18
76:21 82:10 84:10
**commencement**
126:6
**comment** 115:13
116:4 123:10
**commerce** 39:22
**commercial** 41:5
92:12
**commission** 65:8
85:13
**common** 32:13
37:24
**communicated**
81:18

companies 15:17 27:17 28:3,15,19 30:1,8 32:20 55:24 56:17 70:16 70:24 71:21 72:6 112:8
company's 86:5
compared 42:10
compensate 89:2
compensation 90:2
competition 22:24
competitive 50:13
complete 125:16
completely 21:13 65:17
completion 116:10
comprised 27:1
comprising 27:15
concern 24:14
concerning 126:8
conclusion 124:9
condition 8:11
conjunction 48:12
connected 27:3 97:15
connection 84:15
connector 38:3
consider 16:17
consisting 125:14
constitutes 126:13
construction 34:21 43:21
Consulate 101:19
consultant 88:15 90:24
contain 82:23
context 8:21
continue 25:7 72:13
continued 22:16 24:12 26:5
continuing 86:23
contribute 53:21,23
control 72:6
controller 60:3,5
controversy 83:22
convenient 75:17
conversation 75:5 75:20 76:6 82:2 114:10
conversations 57:11 79:7 108:3
cook 79:19,21
cooking 79:22
cooperative 19:2
copy 53:11,12 119:18 123:19,20

core 44:4,8 75:23,24
corporate 85:13
Corporation 1:4 4:3 5:6 83:8 125:4
correct 10:16 14:7 14:19 26:14 28:1 29:16,19,22 55:12 69:5,16,19 79:9 91:14,17,20,23 92:5 97:23 102:20 115:3 116:7 123:5 125:16
corrected 123:18
correction 123:9
corrections 119:24 120:21 122:19 123:7,17
cost 50:16,21 78:6 93:1,3,4,5
costs 89:3,5,11,15 89:21
couldn't 64:6
counsel 4:13 57:2 62:16,24 126:21 126:22
Counter-Defendant 5:5
countries 42:20 69:23 70:1,4,8,12 70:16 83:23,24 89:6
country 5:22,23 6:13 12:2 84:11
COUNTY 126:3
couple 43:10 44:22 114:5
courier 120:2,8
couriers 120:9
course 16:7,10 18:20,20 19:6,20 27:8 30:24 33:8 34:9 41:1 42:5 46:5 47:2 50:14 59:7,8,14 62:1,7 65:15,23 80:12 120:20
court 1:1 4:5,9,10 5:7 8:4 52:17 118:17,23 122:22 124:2 125:1
courtroom 9:3,7
Courts 1:15
cover 3:15 53:8 68:7 81:5 118:1
covered 17:11 75:22 114:24

covering 15:10,14 77:21
craft 12:21
crafted 21:22
create 50:20
created 11:14 111:21 113:13,14
credibility 123:13
crude 16:6
Cruz 15:22 58:2 59:20 60:3,13 61:20 62:2 63:7 63:15 74:5,6,8,13 105:10,22
CSR 1:22 127:8,9
current 3:21 10:4
Customers 47:1
customs 93:16,18 93:22 94:7,8,13 94:17
cut 11:11 32:1,3 34:18
cutter 37:2

**D**

D 3:1 5:11
damage 42:16 46:23
Dana 17:10 18:7,13 19:3,8
date 4:7 51:3 62:10 63:20 66:19 85:19 86:2,3 101:5 102:18
dates 41:8
daughter 77:19 118:7
day 1:19 63:22 65:14 69:15 125:23 127:3
days 21:6,24 24:2 33:22 38:13,14 41:2,9 60:6,11,12 118:22,23,24 119:1,14 120:19 122:18 123:18
deal 58:12,14,15 63:9 104:6
decide 121:14
decided 29:7
Decker 84:8
Deckers 1:4 4:3 5:5 83:8 104:6,8 125:4
Declaration 103:4 114:12

declared 94:10
decline 50:12
decorating 37:4
decorative 43:22 115:22
deduction 89:23,23
Defendant 1:13
Defendant's 3:14 51:1,8 62:8,13 66:17,22
defendants 1:10 2:17 5:1 125:10
definition 11:7 96:15
deliver 118:19 119:3 120:8
delivered 122:14
demand 41:24 46:8 46:19 105:1
department 93:16 94:17 100:3 112:2 113:13
deponent 52:13 58:19 124:13
depositions 1:16
describe 37:21 47:23 49:2 57:22
described 66:11
describing 20:16
DESCRIPTION 3:13
design 99:21
designed 46:22
designs 116:4
despite 7:23
detail 76:2,3
detain 118:5
developed 34:10 115:14 116:5
development 35:20
dictate 47:13
didn't 7:10 10:13 11:11 12:16 15:5 31:19 36:13,18 41:4 42:12 44:1 46:1 59:13 81:8 84:2 90:10 98:12 110:23
die-hard 16:4
died 24:16
different 12:24 16:11 24:9 27:13 32:7 37:5 40:10 43:19 56:24 57:4 99:11 116:11
difficulties 71:22,24

dinner 79:17,18
direct 55:1,7 68:4,9 72:22 111:13
direction 13:11 44:7 126:12
directly 52:15 89:16 93:23 94:2 104:18 109:7,22 111:4 126:23
discuss 82:13
discussed 80:19 97:2 104:13
discussion 80:23 88:4 111:20 116:23
discussions 80:12 80:13 84:15
Disk 73:13
dispute 83:16 84:6
distance 76:16
distribute 110:12 122:24
distributed 99:11 110:8
distributor 65:4 70:17,20 71:2
District 1:1,2,15 4:5 4:5 125:1,2
diving 16:11
Division 1:3 4:6 125:3
divisions 27:15
document 63:1 64:1 64:3,7,9,20 81:16 85:12,12 101:8 117:24 121:4
documents 51:23 54:10,11 81:12 93:21 108:15 117:22
does 37:20 56:3 79:3 80:22 86:5 123:14
doesn't 80:21 86:4
doing 12:14 13:2,10 16:1 17:20 21:9 21:16 112:8
Don 97:13,18 98:10
done 8:23 59:11 104:10 116:11,12
dormant 24:20,21 24:23
doubt 123:13
down 9:2 17:12 19:7 22:23 31:8 54:2 96:10 101:11

114:15 121:17
**Drew** 54:14
**drink** 73:4
**drop** 93:23 109:10
  109:12
**dropped** 22:15
**Drove** 74:6
**DU** 126:3
**Dubai** 10:8,9,10,18
  74:12,14 101:19
  102:12,13,21
  114:19 119:5
  120:3,10 121:11
  121:20
**Dubai** 119:9
**due** 108:8
**duly** 5:9,12 126:7
**during** 7:4,4 12:8
  12:13 15:15,20
  16:14 30:9 33:7
  36:20,23 49:5
  50:2 61:21 107:21
  111:3,24
**duties** 124:3

_____

**E**
**e** 2:1,1 3:1,12 51:23
**e-mail** 81:23 82:21
**e-mails** 103:10
**each** 30:20 31:16
  32:12
**earlier** 28:23 30:24
  35:19 58:11 60:16
  66:11 68:15 69:22
  71:6 77:19 86:10
  112:10 116:24
  117:20
**easily** 22:1
**east** 15:11,13 18:5,6
  19:9,13,17 42:2,3
  46:10,17 65:10
  67:22 87:16 96:8
  97:9 110:13 111:4
  111:7
**Eastern** 1:3 4:6
  125:3
**easy** 42:9
**eBay** 81:10
**economy** 78:6
**Ecuador** 23:9
**Eddie** 1:9 84:23
  125:9
**edited** 55:19
**editor** 18:21
**education** 20:1,3
**effect** 72:12 116:19

**effectively** 46:23
  72:13
**effort** 37:5 115:17
  116:13
**eight** 87:11,13
  95:22
**either** 7:14 110:9
**elaborate** 53:24
**elegant** 16:8
**elements** 112:17
**eliminate** 88:17
**else** 20:6 24:18 35:6
  39:6 75:19 78:17
  84:5,16 98:6
  109:11 110:6
  113:14 118:3
**elsewhere** 75:15
**emerged** 35:17,22
  36:5 49:4
**emerging** 19:20
  23:4 38:17 46:18
**emirate** 10:18
**emirates** 10:10,16
  10:17
**employed** 20:24
  21:14 113:7
**employee** 126:20,21
**employer** 20:19
**employment** 63:5
**empty** 50:19
**encouraged** 90:11
**encouraging** 12:5
**end** 17:12 44:20
  46:16 54:17
  123:17
**Endless** 18:11
**endorsed** 104:24
**endorsement** 41:22
**engaged** 21:4,5,17
  88:23
**enjoy** 118:7
**enough** 28:21 35:15
  35:15 39:21 72:17
  98:13
**entered** 104:5
**entire** 24:24
**entirely** 58:13
**entries** 93:19 94:17
**entry** 93:24
**equally** 76:15
**era** 23:11
**eras** 70:7
**errors** 115:3
**escalated** 46:9
**estate** 21:1,14
**estimate** 40:11 43:7

**et** 4:4
**Evandale** 10:6,20
**even** 19:13 32:23
  50:5 86:10 116:12
**eventually** 30:14
  34:17 35:10
**ever** 5:20 6:17,24
  9:3 10:24 29:7
  35:8 36:10 79:6
  81:18 83:13 84:17
  84:20 87:20 98:24
  99:13,14,18 104:5
**every** 12:2 15:15
  111:9
**everything** 26:15
  91:21 92:15
  100:10 118:18
**evolution** 13:11,19
**evolved** 95:20
**exact** 117:17
**exactly** 24:24 33:21
  61:5 65:14 99:5
  100:1,8
**examination** 1:13
  3:2 5:14 73:16
  107:6 114:7 126:7
**examined** 5:13
**example** 92:4
**except** 46:15
**exceptionally** 79:24
**excerpt** 3:15 108:16
**exchange** 42:6
  47:11,12,16
**exchanges** 82:21
**Excuse** 64:6
**Exhibits** 3:14,20
**exist** 12:17
**existence** 13:13
**exit** 121:20
**expand** 96:3 116:20
**expanded** 48:16
  115:20
**expect** 119:5
**expedition** 13:9
**experiment** 16:2
**experimenting** 23:8
  34:15
**explain** 29:4 46:11
  78:2 109:14
**explained** 112:10
**explaining** 90:23
**explanation** 6:22
**export** 47:17 48:10
  88:1,11 89:4
  90:14 91:2 94:17

**exportation** 89:13
  90:6
**exporting** 65:10
  88:17 90:1
**exports** 88:13,21
  89:6,19 90:8
**extensive** 119:11
**Extract** 3:22

_____

**F**
**facilitated** 90:11
**facilitating** 88:10,13
**facilitation** 88:20
**facilitator** 88:23
**fact** 13:18 34:4,12
  42:8 91:2
**factory** 24:6 35:13
  35:13,14 36:21
  37:3 40:5 69:3,4,8
  69:18 115:14,18
  116:5,10,11 117:3
**facts** 55:20 82:7
**fair** 28:21 35:15,15
  39:21 61:13 72:17
**fairly** 14:15 34:9
  86:15 116:20
**familiar** 53:9 67:12
  67:13,18
**familiarity** 6:21
**family** 21:15,17
  80:12,12
**family-type** 80:13
**famous** 15:17,23
  17:8 18:8,9 41:23
**fancy** 44:6
**far** 46:18 71:12
  75:24 78:11 94:7
  96:10 109:24
  117:21
**fashionable** 43:23
**Fast** 97:11
**father** 21:3 22:21
  24:15
**favorable** 42:6,7
  70:18
**Federal** 1:14 51:23
  124:3
**fee** 87:1
**feel** 123:4
**feet** 12:18,18
**few** 19:4 45:15
  56:22 69:20 85:15
  104:22 107:8
**field** 90:7
**fifteen** 10:22
**film** 18:11 27:6

112:11
**films** 27:7 32:18
**fin** 42:12
**finalized** 122:13
**financial** 60:3,5
**financial-related**
  72:19
**financially** 32:13
**financing** 91:4
**find** 19:9 51:23
  113:23,23
**fine** 17:5 119:15
  120:15 122:2
**finish** 37:3 106:22
  118:16 122:10
  124:1
**fins** 42:12 91:10,18
**firm** 4:24 13:20
**first** 5:12 13:20,22
  15:21 16:6 20:19
  26:22 30:6 35:2
  45:3 53:2 54:20
  59:5,11 61:17
  67:4 68:7 74:1,24
  75:13,19 93:24
  104:8
**fit** 89:24
**five** 34:14 77:3
**Flat** 10:7
**flight** 74:13 77:10
  77:14 119:7
**Florida** 15:12 46:19
  65:3 87:15 88:6
  109:22
**flow** 90:13
**fly** 78:1
**foam** 13:21
**focus** 24:9 48:21,22
**follow** 36:18 50:17
**follow-up** 107:8
**follow-ups** 114:5
**following** 24:19
  56:18
**follows** 5:13
**food** 88:16,23 90:12
  90:13,24 102:17
  102:17
**foot** 36:7
**footwear** 21:4,6,6,8
  21:23 24:5 25:2
  48:5,18
**foregoing** 125:12
  126:10
**forerunner** 11:13
  16:8 18:10 33:18
**forgetting** 114:14

**form** 34:3 43:19,20
  56:6 90:2
**formal** 9:8
**formalized** 18:24
**formed** 12:1 30:23
  30:24
**forming** 60:6
**forth** 38:18 98:2
  115:22
**forties** 10:2
**forward** 54:3
**found** 19:14
**foundation** 49:11
  62:22 63:17 64:18
  66:9 99:3
**founder** 17:10
  18:21
**four** 27:24 28:2,15
  30:1,7 32:20
  91:16
**frail** 59:8
**framework** 12:17
  83:3 89:24
**framing** 41:8
**Francisco** 15:5
**fraternity** 27:4 65:9
**Frederick** 10:5
  122:7
**free** 50:16,21 93:1,1
  93:4 123:4
**freebie** 92:17
**freely** 117:19
**freight** 50:16,21
  92:22,23 93:1,1,4
  94:1 110:17
**freighted** 42:18
**friend** 59:6 60:2
**friendly** 19:1 78:4
**friends** 61:24
**friendship** 18:14
**front** 34:19 42:16
  53:8 58:3 67:8
  79:4 98:18
**full** 23:1
**fully** 7:12
**funding** 71:23
**further** 3:6,7 96:15
  106:17 107:6
  114:7 118:6,11
  124:13

**G**

**G-a-w-l-e-r** 103:24
**gain** 41:5
**games** 13:6
**garage** 18:23 37:1

95:16 115:20
**garages** 18:24
**Gardens** 10:7
**garment** 28:8 38:18
**garments** 16:8
**gave** 47:6 79:16
**Gawler** 103:20
**Gear** 104:4
**geared** 47:15 67:21
**general** 57:23 76:4
  76:5,9,9 82:19
  115:24
**generally** 71:15
  120:10
**gentleman** 26:4
  65:2 106:8 113:17
**gentleman's-type**
  21:21
**gentlemen** 118:10
**genuine** 117:24
**getting** 92:19
  105:18
**given** 5:20,23 6:12
  6:17 125:13,17
  126:13
**giving** 52:5 84:16
  120:22
**gladly** 79:17
**glance** 55:13
**global** 27:5 41:22
**globally** 41:24
**go** 7:1 8:2 9:7 13:14
  14:17 18:17 20:7
  26:20 44:13 52:21
  52:23 62:3 63:9
  73:1 74:10 79:3
  90:8,10 93:24
  94:8 98:7 106:20
  116:16 118:7
  124:5
**goes** 84:23
**Golden** 27:18,20
  28:8 30:23 31:23
  97:19,21 98:10
  104:4
**gone** 11:1
**good** 5:16 11:2,4
  19:15,18,18 30:6
  42:21 47:11,23,24
  61:24 62:2 67:16
  69:24 73:18,24
  78:10 79:24
**government** 47:17
  72:10 89:2,14,20
  89:20 120:12
**grandfather** 21:3

22:3
**graphic** 112:7
**great** 45:12 91:9
**greater** 46:18
**grew** 29:13 42:19
  46:5
**group** 30:21 103:11
**grow** 9:22
**guess** 15:16 25:5
  54:19 63:6 65:7
  65:13 98:10
**guns** 37:22
**guru** 93:3

**H**

**H** 3:12 5:11
**Hampton** 2:3 5:4
**hand** 79:23 127:1
**handling** 21:16
**handwritten** 3:16
  108:20
**Hang** 98:1
**happen** 6:9,23 17:6
  65:6 123:15
**happened** 34:14
  35:10 44:11 57:22
  59:4 65:13 100:6
  111:13
**happening** 4:18
  36:8 82:17 83:4
**happy** 82:7
**harmony** 27:16
**has** 56:8 60:9 62:24
  63:19,19 66:23
  77:13 79:2 86:22
  94:10 101:23
  105:7,15 113:24
**haven't** 6:12 8:23
  85:4
**having** 5:12 13:14
  19:18 62:1 83:1
**Hawaii** 13:8 19:20
  23:4
**Hawaiian** 13:5
**He'd** 22:23
**he's** 19:3 59:8
  105:16 113:18
**head** 8:6
**heading** 55:10
**health** 59:7
**hear** 7:10,19,23
  64:6 87:20 104:8
**heard** 83:13 84:17
  84:20
**hearsay** 62:22 63:8
  63:17 64:18

**heavy-duty** 42:14
**height** 43:21
**held** 51:18 72:10
**help** 89:20 90:5,12
  103:14 106:9
**her** 77:21 124:2
**hereby** 125:12
  126:5
**herein** 5:12 126:9
  126:19
**hereto** 126:22
**hereunto** 127:1
**high** 46:15,19 78:5
**highest** 20:2
**highly** 47:15
**himself** 54:5
**Historical** 3:21
**history** 54:15
**hit** 73:2
**hobby** 18:19 24:3
**Hobie** 18:9,9 19:2
**home** 18:23 59:20
  79:14,16 102:3
**honest** 97:5 98:12
  100:13
**Hope** 2:5
**hot** 45:19 95:19
  105:19
**hotel** 77:17,18
  78:16 79:14 80:2
**hour** 1:20 77:3
**hours** 8:15 80:7,7
**house** 17:17,18
  121:22
**hub** 32:20
**hundred** 43:10
  44:22 45:15
**hungry** 79:18

**I**

**I'd** 17:8 19:24 22:9
  25:12 28:3,8
  40:22 57:18 58:9
  60:19 75:13,16
  115:4
**I'll** 9:9 26:24 40:14
  40:19 51:10 71:7
  73:6 99:10,10
  113:17 115:11
  119:4,6,7 121:10
  121:11,20 122:6
  122:16
**I've** 11:2 83:19
  99:10 105:13
  118:6 119:8,11
  121:15,21

**ID** 3:13
**idea** 40:14 62:3 91:9
**identification** 37:14
  38:20 51:3 62:10
  66:19 85:19 101:5
  101:7
**identifying** 63:5
**identities** 41:22
**Illinois** 1:2,18,19
  2:14 4:5,12 5:1
  125:2 126:1,5
  127:2
**image** 43:23
**imagine** 14:24
  105:15
**immediately** 45:16
  95:8
**immigration** 14:24
**important** 46:16
  84:3,3 105:8
**imported** 63:12
**importing** 60:7
  96:14
**Imports** 68:13
  111:18
**in-house** 100:4
  112:2,6,14,23
  113:13
**inadmissible** 62:21
  63:8,16 64:17
**inasmuch** 92:22
**incentive** 89:19
**incentives** 47:17
**includes** 125:18
**including** 46:24
**inclusive** 125:15
**Incorporated** 60:13
  63:7
**increase** 89:19
**incurred** 89:10
**independent** 28:3,4
  28:5,6
**indicated** 75:13
  77:16 81:2
**indirectly** 126:23
**industry** 18:13
  21:18 27:3,6 34:4
  34:5 38:18,18
  67:24
**informal** 8:24
**information** 42:22
  54:1,4,6 55:18
  106:14 113:24
  117:17
**injected** 21:7
**ink** 108:20

**innovations** 42:8
**inquire** 59:7
**instance** 100:7
**instead** 58:20 75:2
**instruction** 7:22
**integrated** 27:14
  31:11,15
**integration** 32:8
**intended** 9:2
**interactions** 61:1
**interest** 23:3 28:15
  98:14
**interested** 23:6
  126:23
**interesting** 14:13
**interlocking** 71:22
**into** 10:14 16:7
  21:15 23:10 29:13
  30:24 32:19 34:18
  41:20 43:9 48:17
  66:12 71:22 84:10
  88:2 89:24 103:1
  104:5 120:12
**introduce** 4:13,23
**invitation** 79:16
**invited** 61:23
**invoice** 92:12,13
**invoiced** 92:10,15
**invoices** 93:9,10
**involve** 6:9
**involved** 22:12,21
  23:24 50:19 53:14
  53:17,20 61:3
  88:10 90:16
**involvement** 59:12
  99:23
**involving** 76:10
**irrelevant** 39:22
**Island** 46:20
**Islands** 70:18
**isn't** 7:10
**issue** 72:19 101:1
**item** 24:20 69:18
**items** 24:5 65:20,22
  65:24 69:5,23
  109:7
**its** 28:7 30:24 41:2
  41:22 42:13 43:20
  44:7 60:6 84:20
**itself** 81:7

**J**

**J** 5:11 94:23 95:5
**Jack** 15:21,24 28:24
  29:6,21 45:8,20
  45:22 47:6 53:7

53:24 54:20 59:5
61:23 81:3 96:21
104:14,18,19
105:21
**Jack's** 29:1 54:15
  58:2
**Jacksonville** 65:3
  88:6 94:1,4,8,11
**Japan** 42:20 70:5
  71:1,3
**Jebel** 10:7
**Jersey** 70:18,18
**Jim** 94:23
**JOB** 1:24
**join** 13:14
**joined** 22:18
**judge** 9:11,13 79:4
**junior** 21:14

**K**

**K** 42:20 70:21
  98:21
**Kampion** 54:14
**Keehn** 3:17 59:23
  61:15 63:23 64:1
  106:9 118:2
**keep** 114:14
**Kent** 2:4 5:3
**kept** 23:6 42:19
**kidding** 35:8
**killed** 21:10 22:19
  23:2 34:6
**kilo** 110:19
**kilos** 110:18
**kind** 6:1,13,22 40:2
  40:6 55:13 70:24
  76:12 97:24
  100:17 104:17
**kindly** 79:16 118:10
**kinds** 80:18
**Kingdom** 70:5
**knew** 61:24 97:14
**knowledge** 60:23
  61:1,3 106:7,11
**kraygor@sheppa...**
  2:8
**krona** 98:21
**Kuwait** 119:8

**L**

**L** 5:11
**labeling** 37:24
  38:13
**labels** 37:11 104:23
**lacks** 49:11 62:22
  63:17 64:18 66:9

99:2
**lapse** 86:11
**large** 23:5 29:14
  42:14 48:10,13
  88:16 90:24
  110:12,21
**LaSalle** 2:13
**last** 50:10 58:2 59:1
  59:2 60:10 61:17
  63:4 80:5,15
  96:21 104:9
  111:11 116:23
**late** 10:2 29:7 30:15
  44:17 47:8 49:1,4
  49:5 60:5,19 65:5
  70:9 88:9 95:24
  95:24 96:11
**later** 7:6 9:14 52:11
  58:13,14 63:10
  82:9 113:24
**law** 4:24
**laws** 38:15
**lawyer** 57:5
**leading** 24:16,18
**learned** 23:7
**least** 24:8 44:24
  96:8
**leather** 1:7 4:4 5:2
  21:7,18,22,24
  23:13 27:10 37:15
  37:23 39:24 83:11
  83:14 84:17 104:3
  125:7
**left** 37:10 40:5
  68:10 74:8 82:7
**legal** 5:20
**legs** 73:2
**let's** 14:17 17:2 19:8
  24:9 29:10 30:6
  34:16 49:14 60:4
  67:15,17 85:5
  89:13 92:3 113:2
  121:9 122:10
**letter** 3:16 63:4
  108:20
**lettering** 40:2
**level** 20:2,7 78:5
**liabilities** 88:21
**liability** 56:8 90:1
**license** 1:23 29:8,11
  97:13,17,22 98:3
  98:9
**licensee** 29:20
**life** 10:24 21:13 46:2
  54:15
**lifeguards** 11:24

**lifesaving** 11:12,20
  12:3 13:12,15
  22:22
**light** 95:17
**lightening** 97:8,10
**likened** 13:2
**limited** 56:5,8,18
  83:12 84:18
**line** 91:4 115:4,4
**lined** 119:9
**linings** 21:23
**list** 92:13
**little** 7:6 23:18 32:4
  35:18 46:11 91:7
  104:13 107:14
  113:10
**live** 9:24 13:22
  14:19,22 17:17
**lived** 10:1 17:18,18
  60:9
**LLP** 2:3
**loaded** 48:10
**loads** 48:9
**loans** 52:13
**locate** 93:21
**located** 23:14 70:17
  70:20
**location** 31:3,4,5,6
  110:21
**locations** 42:18
**logged** 93:20
**logistics** 76:10 83:1
**London** 119:10
**long** 6:5,7 9:24
  12:17,18,18 18:2
  24:13 25:7,9,11
  26:1 43:15 50:5,6
  50:9 52:3 61:13
  80:1,5 81:21 96:6
  115:22 118:22
**longer** 18:5 86:17
  94:14 118:6
  120:23
**look** 19:17 22:9 28:3
  28:8 45:19 51:7
  51:10 60:20 61:11
  62:15,16 66:21
  67:3 72:20 100:9
  115:6 119:23
  120:18,19,20
**looked** 14:12 33:21
  103:10 114:21
**looking** 23:8 33:14
  53:3 114:10
**looks** 33:20 114:24
**Los** 2:6 5:4 17:1

**lost** 44:1 72:6
**lot** 18:7 26:18,18,19
  38:15 41:20 45:14
  47:2 54:4 117:15
  120:22
**lots** 110:22
**love** 117:16,16
**loved** 47:1,1
**low** 35:3
**lower** 69:10 91:2,2
**lowering** 88:20
**Ltd** 1:7 4:4 55:11,23
  56:18 83:14 125:7
**lunch** 61:23

**M**

**M** 1:16,22 126:4
  127:8
**M-a-y-l-a-n-d-s**
  101:24
**made** 12:19 21:7,24
  23:9 27:10 33:17
  33:22 34:2 36:23
  37:1 42:8 57:2
  97:4,7 115:14
  116:5 125:18
**magazine** 17:10
  18:22,22 67:9,13
  67:18 68:9 98:16
  99:1,4 100:7,12
  100:21 111:17
  112:12
**magazines** 27:7
  100:18,19
**mail** 77:15
**mainly** 27:1 48:5
  67:21 98:8 105:9
  105:23
**mainstream** 44:2,5
  48:17
**make** 7:11,19 8:5,8
  9:10,12 10:14
  29:9 97:1 106:21
  109:4 112:14
  119:23 122:18
  123:7,13,17
  125:15
**maker** 33:10
**making** 8:4 9:9
  16:21,22 18:10
  19:3 21:5 44:16
  44:16 46:13 52:1
  112:11
**man** 59:21,23 61:1
  64:23 84:20
**manager** 102:7,8,11

102:14,15 113:3
113:18
**managing** 102:16
102:17
**mandated** 124:3
**manner** 11:9
**manufacture** 29:11
**manufactured** 33:3
60:14 69:7 117:1
**manufacturer** 27:8
27:9 28:8 39:23
104:21
**manufacturers**
46:13 103:13
**manufacturing** 21:4
21:19 23:14,20
24:3,4 25:2 27:1,7
41:23
**many** 6:1 17:1,5,9,9
17:11 26:1 27:13
40:11 41:3 43:8
43:15 44:20 47:3
49:8 74:18 80:22
96:20,21 110:10
116:24
**mark** 2:12 4:23 9:2
9:10 51:7 57:12
62:13 66:21 77:15
80:19 101:7
123:22
**mark@tolpinlaw....**
2:16
**marked** 3:13 51:2
62:9 66:18 85:11
85:18 101:4
**market** 32:16 33:21
34:23 44:9 67:22
116:16
**marketing** 89:3,5
89:11,21 116:15
**markets** 47:13
**markings** 39:23
**marks** 73:13 124:9
**Massachusetts**
46:20
**material** 53:22
115:15 116:6
**materials** 33:17
**math** 17:20
**matter** 4:2 68:1
82:18
**matters** 126:9
**may** 7:19 8:1 14:16
19:23 40:10 42:22
56:23 65:24 68:2
68:14 75:14 84:1

86:3,10,12 99:23
104:22 111:21
121:24 122:6
127:3
**maybe** 18:4 19:24
22:15 25:13,13
26:20 30:20 38:5
48:12 74:20 81:10
86:10 89:8 90:11
113:14 121:13
**Maylands** 101:24
**McKendree** 64:23
65:20 66:3,15
68:3,17 88:6 92:3
93:23 96:13,14
99:22 100:5,11
104:17 109:22
110:2 111:8 112:1
112:17
**McKendree's** 90:19
109:7
**Meals** 78:17
**mean** 6:14 10:13
11:11 18:18 38:12
38:13 39:9,15
41:1 49:22 53:17
58:15 60:22 61:9
61:10 85:3 89:9
97:10 100:20
106:14 110:5,7
113:7
**Meaning** 17:17 98:9
**means** 42:12 56:7
109:16,20
**meant** 29:5 50:20
92:24 109:17,20
**meat** 34:4,6
**medical** 8:11
**medication** 8:10
**meet** 18:7,15 80:1
118:7
**meeting** 15:16,19
96:21
**megaton** 103:1
**Melbourne** 13:6
35:7,11
**member** 12:10
**members** 34:11
**memory** 17:2,3 22:9
28:12 48:4 49:3
86:6 88:1,19 89:8
89:17 90:24 97:6
104:19
**mention** 44:23
54:19
**mentioning** 65:8

**mentions** 63:12
**merchandise** 60:15
110:24
**met** 15:20,21 16:14
19:6 29:6 59:5
60:8 63:22 65:6
77:19 79:9
**Mexican** 27:9
**Mexico** 15:11 17:13
87:17,18 95:22
**Michael** 81:19
**mid** 20:12 37:11
44:12,17
**middle** 34:20
121:19,24 122:6
**might** 9:10 12:4
15:1 28:7 76:24
77:11 79:23 80:9
80:9,24 94:13
99:22 104:10
106:9,14 109:1
111:10 123:4,6
**military** 16:11
**mind** 31:16 34:1
71:14
**mine** 31:22,24 33:9
**minimal** 35:4
**minor** 78:23
**minute** 51:13 60:16
104:11 106:21
115:11
**minutes** 10:22
34:14 73:1 80:3
80:17 85:15
**misspelled** 123:4
**mistakes** 46:2
**modern** 11:14 35:23
**molded** 21:7
**moment** 59:14
76:15 106:18
113:19
**money** 105:18
**month** 107:21 111:9
121:1,19
**monthly** 42:19
**months** 15:10 17:9
18:4 33:8 75:2
81:22 87:9,13
95:22 96:8 111:12
111:12 121:2
**more** 7:3,14,15 31:3
32:6 43:23 45:18
45:18 46:11 62:20
62:24 66:20 69:20
83:1,3 100:24
101:1 107:8

113:23 119:13
123:7
**morning** 5:16 18:7
18:15 73:18,19,24
74:3
**mornings** 22:22
**most** 15:16 21:6
**mouth** 31:13 57:19
**move** 47:14,15
58:19,21 102:21
**moved** 43:20 44:4
60:8
**movement** 11:13,14
13:12,15 14:14
**moving** 21:15
**much** 23:13 34:22
43:17 44:22 80:15
80:21 84:2 95:15
98:7 102:23
117:10
**Mullin** 2:3 5:3
**multi-changeable**
42:11
**multiple** 91:16
**multiples** 36:5
116:4,7
**must** 35:24 38:16
38:16 45:14 93:7
93:19 99:23
102:23
**myself** 4:23 16:4
18:11 31:21 34:10

_____
| **N** |
_____

**N** 2:1 3:1 5:11,11
**named** 59:23 64:23
84:21
**names** 16:17 17:4
27:24 123:4
**national** 12:1
**nature** 66:1 82:14
84:6
**NAUGHT** 124:13
**near** 10:21 121:20
**nearby** 105:11
**necessary** 82:17
**need** 6:24 7:3 22:1
45:17 46:14 52:6
62:20 75:12
104:20,22 118:5,6
121:8 123:5,6
**needs** 115:9
**neither** 80:22
**neoprene** 16:3
**network** 116:17
**never** 24:2 29:7

34:2 85:1 87:22
**nevertheless** 46:3
**new** 13:8,10,17,17
14:15,15 41:3
**news** 84:14
**newspapers** 83:20
83:21
**next** 8:3 15:10
95:23 96:18,19
101:7 102:6 119:6
119:12 121:1,19
**nice** 41:6 79:18
**nicely** 21:22
**night** 80:6,16 95:13
**nine** 96:22
**nobody** 24:18 35:5
**nod** 8:6
**nor** 126:21,23
**normal** 39:22
**North** 2:13
**northern** 1:2 4:5
15:10 87:15 125:2
**Notary** 125:24
**note** 52:9
**noted** 18:8 19:18
**nothing** 6:11 34:17
75:21 84:19
106:17 118:6
121:17
**notice** 8:3 84:2
**noticing** 4:15
**numbers** 44:14
51:16 66:24 120:4
**numerous** 27:15

_____
| **O** |
_____

**O** 5:11,11
**o'clock** 1:20 22:23
**O'Neill's** 60:3
108:17
**O-y-g-u-r** 84:21
**oath** 125:15
**Objection** 49:10
53:16 56:13 62:21
62:22 63:16 64:17
66:6,9 99:2
**objections** 7:19,23
9:9,10,12 52:19
52:22 57:1 62:24
63:10
**obligation** 51:22
**obsolete** 89:19
**obtained** 93:13
**occasionally** 111:13
**occupation** 102:6
102:10,11,13

occurring 48:24
**October** 101:15
**oddments** 33:17
**off** 4:19 7:1 10:2
11:11 15:4 18:4
32:1,3 37:4 40:24
41:2 48:11 52:7
73:8 90:14 106:20
106:23 118:16
119:7 124:5,10
**office** 14:24 119:5
120:3,4,6,11,15
127:2
**oh** 6:3 11:10 16:16
21:12 25:10,24
26:6 41:6 43:9
44:22 49:17 62:20
74:20 76:13,24
80:3,17 81:8
85:22 87:24 90:22
92:15,18 94:9
109:16
**old** 11:5 22:9 59:5
62:3,4 87:6 93:16
106:10
**Olive** 101:24
**Olympic** 13:6
**once** 6:3 74:20 95:6
114:16
**one-page** 101:8
**ones** 17:6 82:22
**ongoing** 51:22
**only** 48:5 60:22
71:5 75:6 78:19
83:19 84:7 100:14
104:9,19 105:4
110:12 112:14
120:16
**opened** 25:16
**opening** 15:23
**operating** 27:17
30:2,8,9,15 95:2
**operation** 23:14,20
26:2 27:15 54:9
56:2
**operations** 96:5
**opportunities** 42:2
46:18
**opportunity** 116:16
119:21
**opposing** 57:1 62:16
**options** 13:14
**order** 26:20 48:8
88:20
**organization** 11:21
11:22,23

**organized** 110:3
**origin** 27:10
**original** 41:2 42:24
44:8 116:1
**originally** 27:10
33:23 82:11
107:12
**others** 16:4 18:12
30:13 31:18 55:19
84:1,4 100:14
116:10
**otherwise** 124:3
**ourselves** 116:15
**out** 13:21 14:23
16:3 22:1,15 26:4
32:20 33:17,22
44:15,16 50:11
73:1 113:23,23
117:1,2
**outcome** 126:23
**Outdoor** 1:4 4:3 5:5
83:8 125:4
**outgoods** 27:8
**outline** 82:16
**outside** 33:23 83:9
112:24
**over** 16:6 18:5
33:19 35:20 39:8
40:10,23 43:5
44:4 55:13 95:8
95:13 96:21
117:10 119:23
**overall** 83:3
**overview** 26:22
82:19
**own** 30:24 100:3
104:21 108:8
110:12 112:6
**owned** 68:17 83:18
**owner** 28:18 84:20
**ownership** 28:15
29:4 32:5
**Oygur** 1:8,9 5:2
84:21,23 125:8,9

---

**P**

**P** 2:1,1
**P.C** 2:11
**p.m** 106:24 107:4
124:11
**pack** 66:4,11
**package** 66:5 70:14
91:19
**packaging** 40:6
92:17 102:17
**packed** 42:14,16

45:1,1 66:2 92:7
**packing** 92:24
**paddled** 12:19
**page** 51:11 53:3
55:2,8 58:3 67:4,4
67:8 68:5,6,7 81:5
99:15,19 111:18
126:3
**pages** 51:9 57:23
121:5 125:14
**paid** 76:18,18,23
77:7 78:13 90:12
**pairs** 36:3,4 40:17
41:2,3,3 45:15
117:6
**paraphrasing**
114:22
**pardon** 113:11
**parents** 21:3,10
22:19
**part** 7:20 10:15
11:2,4 16:24
23:21,21 48:7
56:16 87:16
**participated** 13:16
**participating** 78:14
**particular** 64:20
97:11 105:2,7
110:19 111:8
120:24
**particularly** 46:16
**parties** 44:6 75:17
84:9,11 126:22
**partner** 59:6
**Partners** 2:11 4:24
**parts** 15:14 72:8
**party** 4:15
**passed** 17:2 19:4
**past** 8:15 46:20
**Pat** 45:10
**Patricia** 1:16,22
126:4 127:8
**Patty** 4:9
**pause** 4:20 73:10
107:1
**pay** 77:9 90:13
**paying** 77:9 86:24
**PC** 4:24
**per** 43:12 44:21
49:16,17,18,24
110:19 117:5,10
**percent** 31:21,24
**perhaps** 6:3 9:7
13:14 32:3 36:17
41:15 52:12,17
55:19 84:11 89:23

107:12 123:12
**period** 33:19 41:20
56:4 88:8 90:5,9
93:12 95:8 111:3
111:24 117:11
120:23
**permittable** 89:5,9
**person** 13:20 79:11
105:15
**personal** 80:14
126:12
**personally** 14:5
90:10
**pertaining** 1:15
**Perth** 103:9
**pertinent** 55:18
**petered** 50:11
**petty** 78:20
**phenomenon** 27:5
**phone** 4:17 81:23
81:24
**phonetic** 33:11
**photocopies** 108:17
**photocopy** 58:1
**photograph** 53:7
**photographs** 100:9
108:16 112:23
**photos** 19:16 22:9
23:3
**phrase** 31:12 87:21
**pick** 92:3 120:17
121:3
**picking** 80:3
**pictured** 68:20
**pictures** 112:23
**piece** 103:1
**pieces** 33:14 34:18
35:11 116:21
**pin** 96:10
**place** 20:7 47:5
65:14 88:24
100:10 103:22
125:14 126:16
**placed** 39:10
**places** 19:9 94:6
**Plaintiff** 1:5 2:9 5:5
5:7 125:5
**plane** 15:6
**Planning** 74:11
**plans** 107:19,20
108:1,8
**plastic** 38:5 40:7,8
**play** 34:16
**playing** 33:12,13
**please** 4:13 5:8 8:22
20:23 36:3,3

45:18 63:9 73:15
100:4 104:12
105:14 107:5
109:15
**plot** 121:10
**plywood** 12:19
**point** 9:14 13:1,4,10
13:24 17:10 18:7
18:13 19:3,8
22:20,20 23:6
25:17 30:14 32:6
45:13 63:1 71:7
72:22 94:9 108:12
**points** 42:22 110:17
**poor** 33:23
**popular** 36:6,7
47:10
**port** 93:24
**portions** 81:5
**position** 60:17
**possibilities** 19:18
**possible** 8:9 33:8
59:15 112:16
**post** 119:5 120:3,4,6
120:11,15
**practical** 120:17
**prepared** 75:16
76:13 82:5 110:14
122:13
**preparing** 103:3
**presented** 34:12
**pretty** 22:13 23:1
34:22,22 38:14
43:17 95:15 98:7
115:1
**previous** 103:15
108:3 126:6
**previously** 107:20
**price** 35:3 50:13
78:16 110:17,19
**prices** 105:17
**pricing** 38:19 47:10
**primarily** 46:9 54:3
**principle** 70:13
**printout** 85:12
**prior** 42:10
**privy** 106:13
**probably** 10:1
13:21 18:12 30:22
32:23 40:16 44:22
45:7 52:22 65:5
67:14 78:3 80:7
80:21 90:22 96:16
100:9,10 104:9,19
106:10 113:15
117:2 120:6

121:19
**problem** 91:1
**problems** 88:16,18
91:3
**Procedure** 1:14
124:4
**proceed** 73:15
107:5
**proceeding** 5:21
7:21
**proceedings** 4:21
73:11 107:2
126:14
**process** 6:21 7:4
35:20
**produce** 43:16
51:23
**produced** 43:5
51:22 58:11 66:23
117:1,10
**producing** 27:7
40:13,23 41:15
43:3 44:21
**product** 21:7 27:15
29:8 32:15 34:13
36:1 39:24 41:4,6
84:10 88:5,14,14
88:17 89:4 90:17
90:20 110:23,24
**production** 51:16
53:14,17,20 91:5
101:9 117:9
**products** 16:23
32:14,17 38:14,19
47:14,14 60:7
65:4 68:19 71:11
71:16,17 88:2
96:4 102:18
109:22 110:3,4,5
112:24 116:18
**program** 119:11
**progress** 54:2
**progressive** 13:19
**promoting** 88:2
**promotional** 96:2
**properly** 12:6
**proposal** 105:6
**proprietary** 56:5,18
**protect** 42:15
**proved** 19:14
**provide** 54:1 89:17
100:4
**PTY** 1:7 4:4 55:10
55:23 56:3,17
83:11,14 84:17
125:7

**public** 44:2 125:24
**publication** 67:21
99:8 100:12
112:12
**publications** 100:17
**published** 54:14
**publisher** 54:13
**pull** 98:15
**pull-on** 33:16
**pure** 85:3
**purpose** 32:10 96:1
**purposes** 12:20
16:11 57:5 104:23
105:10 123:20
**pursuant** 1:14
**pushes** 37:22
**put** 31:12 35:3,16
41:8 49:7 54:4,6
57:19 63:14 71:14
91:18 96:23
110:10 116:9
118:13,17
**putting** 24:4 32:21
33:13 37:4 80:13

___

**Q**

**quality** 16:23 33:24
34:1,12
**quantities** 71:4
110:14,21
**quantity** 71:3
110:12 111:8
**question** 7:23,24
25:5 30:3,6 32:4
42:24 44:14 49:13
50:9 52:10 53:2
53:19 67:16 69:24
71:5 72:3 87:2
120:16 123:12
**questioning** 52:20
**questions** 7:6,8,9,18
8:12 9:9 23:17
52:2,13,22 56:22
56:22 58:19 64:20
69:21 72:22 80:23
107:9 114:4
118:11
**quick** 62:15 97:10
**quite** 14:13 18:7
19:22 26:18,18,18
45:14 46:19 47:10
55:19,20 58:1
59:8 84:3 105:16
112:13 116:11

___

**R**

**R** 2:1,12 5:11 94:23
95:5
**R-a-w-s-o-n** 94:24
**racing** 12:19
**Ramadan** 121:20
**ran** 22:19 71:21
**Rancho** 97:13,18
98:10
**range** 30:5 32:15
115:21,21
**rate** 47:12 77:3
**rates** 42:7 47:12,16
**rather** 9:8 12:20
**Rawson** 94:23
**re-registered** 86:11
**reach** 94:10
**read** 55:15 83:19,21
115:4,11 125:12
**reading** 126:17
**real** 20:24 21:14
86:15 108:12
**realize** 40:10
**really** 24:18,19
33:18 34:8 35:14
38:15 39:12 41:6
50:21 61:7 63:5
69:20 80:21 86:22
93:3 123:9,13
**rear** 42:17
**reason** 47:9 72:7
105:4
**reasons** 6:20 71:19
72:4 108:8
**receive** 20:9 123:18
**received** 85:15
**recent** 86:15
**recently** 61:16
96:20
**recognize** 12:15
35:23 51:12 53:4
62:19 63:1 67:7,8
68:16,19,24 69:17
**recognized** 36:1
**recommend** 79:24
**records** 90:15 93:17
94:15 106:2,4,10
117:8,12,18
120:12
**recreational** 12:20
**reduced** 126:12
**refer** 108:19 111:16
**referring** 87:21
**refined** 16:7 33:20
**refresh** 86:6
**refuse** 52:10
**regard** 95:19

107:13
**regarded** 16:22
32:15
**regarding** 54:8
**regards** 47:17
**register** 36:12,13
56:16 86:8
**registered** 36:15
56:7 84:8 85:6
86:2,7
**registration** 85:13
86:24 87:1
**registrations** 36:11
**regrets** 59:13
**regular** 92:12 97:4
97:7
**reimburse** 77:14
89:14
**reimbursed** 77:12
77:12,16 89:16
**reimbursement**
77:21 78:15
**relate** 47:11
**related** 56:22 72:9
75:6 120:12
**relating** 80:20 97:14
100:16 102:11
103:14
**relative** 126:20,21
**relatively** 8:24 42:9
**relevant** 11:12
**relief** 89:17
**relieve** 124:2
**remain** 25:22 26:1
**remaining** 71:5
**remember** 6:4,5,6
11:17 17:7 25:18
30:1 36:14 45:3
50:5,6 61:12,12
63:22 65:6,14
70:6 88:4,22
96:17,19 100:19
106:15 109:24
**remind** 8:1
**reminding** 71:14
**removing** 91:9
**repaired** 22:2
**repairing** 21:5
**repairs** 21:23 22:8
121:22
**repeat** 65:19 99:16
**reported** 1:22
126:11
**reporter** 1:17 4:9
5:7 8:4 118:17,23
122:22 124:2

126:5
**Reporters** 4:10
**represent** 4:14 68:5
83:6 99:10
**represented** 57:4
**representing** 2:9,17
5:1,4 7:7
**requests** 51:24
**required** 72:1
116:22
**research** 97:12
**residence** 102:4
**resident** 113:18
**respect** 57:23
**responded** 65:12
**responses** 8:9
**responsibilities** 26:9
**responsive** 51:24
**restroom** 7:2 73:2
**result** 31:20 82:11
84:9 91:3
**retail** 35:2 105:9
110:13
**retailed** 60:14
**retailers** 48:5
111:14
**retailing** 21:18
**return** 122:21
**Reynolds** 16:20,21
**Rhode** 46:20
**Richter** 2:3 5:4
**riding** 12:20,22
**right-hand** 55:9
**rights** 45:21,23
**ringing** 4:17
**risk** 65:19
**Road** 101:24
**Robertson** 87:23,24
88:10 90:4,21,23
**roof** 112:13
**room** 8:24 64:11
**rough** 33:15 40:14
**roughly** 87:9,12
**rubber** 37:15 40:1
**rule** 9:12,13 51:23
**Rules** 1:14 124:3
**run** 12:1 120:4,4
**running** 26:5,6,16
47:3
**rush** 120:24

___

**S**

**S** 2:1 3:12
**sail** 15:9
**sailing** 15:6
**SAITH** 124:13

**sake** 62:3,4 105:6
**sale** 36:5 90:14
**sales** 44:23 47:24
  48:3,4,17 50:12
  91:2 96:3,3 98:3
  104:13 105:21
  110:3
**San** 15:5
**sand** 103:1
**sandal** 100:9
**sandals** 27:9 32:18
  68:10 69:3
**Santa** 15:22 16:20
  16:22 58:2 59:20
  60:3,13 61:20
  62:2 63:7,15 74:5
  74:6,8,13 83:9,10
  105:10,22
**sat** 24:20
**saw** 23:3 36:8 45:10
  46:3 61:17 100:20
**saying** 15:24 36:3
  38:15 58:20
  116:19 120:10,11
**says** 55:10 59:10
  68:10,12 85:24
  98:19 101:11,15
  102:6,19
**scratching** 97:6
**seal** 127:2
**Seattle** 54:14
**second** 10:6 55:2,7
  68:5 76:6 97:1
  99:15,19
**section** 34:19,20,20
**sections** 42:17
**seeing** 113:17
**seems** 4:17
**seen** 61:15 84:15
  98:24 99:7,7,13
  99:20 105:13
**segments** 27:13
**sell** 35:9 47:13
  65:20 70:1,11,15
  71:1 83:23 84:9
  98:9 105:16
**selling** 45:4 49:9,23
  50:7 71:9,10,16
  72:5 88:5 112:1
**sells** 45:19
**send** 36:3,3 37:3
  45:18 54:10
**sending** 120:2,2,8
**sense** 9:8 30:19
  38:11 43:4 86:16
  120:17

**sent** 68:3 110:22
  112:16,23 116:10
**separately** 26:23
  91:18
**September** 9:19
**serious** 11:9
**set** 15:9,9 23:12
  42:1 70:19 127:1
**seven** 15:2,10 18:12
  48:12 87:9,13
  95:22 118:21
**several** 102:5
**Severson** 17:9,15
  18:3,11,21 19:6
**sewer** 37:2
**shareholder** 31:17
**shareholders** 31:18
**shares** 72:11,14
**she's** 119:3
**Sheep** 34:6
**sheepskin** 21:23
  33:17,22 34:4,12
  97:16 103:12
  115:15 116:6
**sheepskins** 33:12,23
  34:3,17
**Sheppard** 2:3 5:3
**ship** 91:15 104:18
  110:16,20 111:6,9
  121:13
**shipment** 48:14
  90:17 92:10
  104:16 109:13
  111:11
**shipments** 48:7
  66:14 88:11
  110:15 111:14
**shipped** 46:4 66:3
  92:5,16 93:23
  109:7,11,21
**shipping** 89:3 111:4
**shoe** 22:7,8 23:14
  23:19,20,22 24:2
  24:4,10 25:6
  26:10
**shoes** 21:18,24 22:8
  22:15 27:18 28:4
  30:10 31:20 37:17
  39:7 40:13 115:19
  115:20
**shop** 23:12,13 25:17
  25:22 26:12 27:18
  28:5 30:23 31:2
  31:24 39:7 41:21
  45:16 65:3 94:19
  95:5 104:3,4

  105:10,22 110:13
  111:10 116:17
  117:2,2
**shops** 36:2 42:2
  43:10 47:1 48:3,6
  48:8,18 65:9
  70:21 71:2,4 96:2
  105:11 106:2
  110:22 111:4,7
**short** 13:8,17,18
  23:4,8,10 73:7
  75:22 115:21
**Shorthand** 1:17
  126:4
**shortly** 113:17
  121:16
**shorts** 27:2
**should** 32:4 45:20
  58:11,16 59:10,11
  63:6 72:22 77:1,7
  121:2 124:5
**show** 8:7 57:20
  117:9
**showed** 35:6 57:16
**shown** 99:14,17
**shows** 37:16
**side** 23:13 91:24
**sign** 64:14 101:18
  122:21
**signature** 101:13,14
**signed** 114:19
  123:18
**significant** 48:4
**signing** 126:17
**similar** 70:22
**simple** 58:1
**since** 8:23 78:7
  86:19 102:24
**sir** 106:19
**sit** 75:9
**sitting** 6:15 9:6,11
  95:13
**situation** 47:11
**six** 8:15 18:12 69:5
  111:12 119:12
**sixteen** 21:2,10
**skiers** 36:6 44:5
**skins** 34:6,7,8
**slightly** 56:24
**slipper** 24:15
**slippers** 21:5,19,20
  21:21
**slow** 13:19
**small** 21:17 23:13
  24:6 33:6 34:9
  37:7 41:1,2 65:24

**108**:12 110:22
**smaller** 40:24 71:4
  110:14
**snow** 36:6 44:5
**sock** 33:16,17
**sold** 24:5 35:2,11
  54:24 69:22 70:7
  92:20,21 96:24
  97:2 105:24
  115:15
**sole** 28:18 33:16
  37:15 40:1
**soles** 21:22 37:4
  63:14
**somebody** 77:9
  86:24 90:4 94:19
  103:6,9 110:6
**somehow** 90:3
  122:14
**someone** 113:14
**something** 7:15 8:7
  11:17 13:16 15:1
  17:24 20:6 34:14
  35:5,22 37:19
  50:11 54:7 55:16
  56:9 57:9,16
  59:13 73:4 81:11
  95:20 103:13
  109:11 121:8
**sometimes** 38:5
  84:23 123:3
**somewhere** 25:13
  25:14 87:12
**son** 45:9
**sorry** 11:10 12:8
  32:1 51:14 62:20
  79:20 114:11
  117:12,14 122:11
**sort** 12:14 20:12
  24:20 30:20 31:11
  35:17 38:3 71:8
  89:1,24 91:21
  94:10 95:14 104:5
  105:18
**sound** 56:23,23 57:3
  59:22
**sounds** 11:21 19:22
  26:12 120:14
**South** 2:5 9:21 10:6
  102:1
**southern** 15:11 16:5
  17:12 87:15
**space** 50:19 93:2
  112:8
**speak** 7:14 57:14
  82:5,18

**speaking** 93:22
**specialist** 90:7
**specific** 7:22 106:4
  112:22,24 116:1
**specifically** 100:6
  113:12
**specified** 126:16
**specify** 47:19
**speculation** 49:11
  56:14 112:18
**Spencer** 33:10 37:2
  95:11 115:18
  116:9
**spend** 80:15 121:21
**spent** 87:9
**spoken** 74:18 79:6
  81:18 85:4
**sport** 11:8,18 12:7
**sports** 19:19
**sportswear** 26:24
  27:19
**spots** 19:15
**SS** 126:2
**stage** 14:14 15:23
  22:14 24:7 33:20
  35:4 42:13 43:9
  72:13 115:17
**stages** 59:12
**stamp** 101:21
**standard** 7:20
  120:19
**star** 21:15
**start** 30:6 40:24
  16:5 18:23 22:2,4
  29:12 33:12 41:1
  45:3,22 47:7
  50:12 85:16
**starting** 13:23 16:2
  35:11 36:1 67:4
**state** 1:17 4:14 5:17
  12:2 15:15 52:19
  126:1,5
**stated** 39:10 94:18
  126:18
**statement** 103:14
  103:16 116:21
**Statutory** 103:4
  114:12
**stay** 16:1 18:2,2
**stayed** 17:14
**stenographically**
  126:11
**step** 19:24 23:17
  24:16 25:2 45:2
**stepping** 23:10

**still** 13:12,13 15:17
  16:21,22 19:5
  25:6,8 26:5,6
  73:18,18 95:2
  108:1
**stipulate** 122:4
**stipulated** 123:23
  123:24
**stipulations** 118:14
**stone** 1:17,22 4:9
  23:10 126:4 127:8
**stood** 32:24
**stop** 7:1,10 72:5
**stopped** 71:15 94:5
**stores** 21:22 70:16
  110:13
**straight** 41:13
**straightaway**
  113:20
**strategic** 32:6,11
**strategy** 50:18
**Street** 1:18 2:5,13
  10:5 122:7
**stretch** 73:2
**strike** 12:9 70:23
  72:2 108:1 112:15
**string** 37:20 38:1
**striped** 98:1
**strong** 13:13 14:14
**structure** 24:2 28:7
**studies** 21:9
**stuff** 80:14 98:10
  103:10 117:15
**style** 6:18
**styrene** 13:21
**sub-sold** 71:3
**subcontractor** 37:7
**subfinance** 91:5
**subject** 59:9
**subscribe** 125:15
**SUBSCRIBED**
  125:22
**substance** 75:5 82:1
  82:23
**substantive** 123:7,9
**substitute** 9:6
**successful** 31:9
**succinct** 114:23
**such** 18:8 39:24
  74:24 88:5 126:21
**sufficient** 111:7
**suggested** 82:11
**Suite** 1:18 2:5,13
**summarize** 78:12
**Summer** 18:11
**super** 45:12

**supplier** 46:6
**support** 31:16 47:16
**supporting** 52:11
**supports** 54:23
**suppose** 47:10
**supposed** 4:18
  51:21
**sure** 7:11 8:20
  20:13 26:21 35:21
  38:4 48:19 55:20
  61:9 81:4 89:24
  93:20 94:12
  106:21 109:4
  114:2 121:9
**surfboard** 13:21
  46:13 104:23
  105:5,6,7
**surfboards** 15:7,8
  16:22 19:3 32:17
  41:23 42:5,8,10
  42:11 45:2 46:8
  48:12 50:20 60:15
  65:4,11,23 66:2
  66:13 70:11
  104:20,21 105:1
**surfer** 17:10 18:22
  23:10
**surfers** 13:5,9 16:4
  33:7 34:23 35:5
  36:7 44:1,4
  104:24 105:3
**surfing-related**
  71:17
**swear** 5:8
**swears** 105:20
**Sweden** 98:21
**swing** 37:13,16,18
  38:19,21 39:10,11
**sworn** 5:10,13
  125:22 126:8
**Sydney** 23:7,12
  31:22 35:7,11
  82:5
**system** 89:6

─────────
**T**

**T** 3:12
**T-shirts** 27:2 98:2
**table** 74:19
**tag** 37:13,16,18,23
  38:7 39:10,11
**tags** 37:12 38:19,21
**take** 11:7 19:24
  22:23 43:10 45:2
  45:20,23 51:10
  54:21 62:15 66:21

  67:3 72:23,24
  84:2 105:5 110:15
  111:11 118:22
  120:18,20
**taken** 1:13,16 4:11
  9:2 59:10 83:2
  104:22 126:15
**taking** 1:16 8:10
  34:8 47:5 80:4
  105:5,7
**talk** 26:23 52:6 62:6
  80:8 95:16 106:16
  116:3,3
**talked** 24:8 44:24
  47:22 62:4 79:2
  85:1,2 87:3 91:7
  107:11 116:24
**talking** 69:15 80:14
  119:17 120:22
**tall** 43:22
**tanneries** 34:9
**tanners** 33:24
**tape** 7:1
**tax** 88:16,18,21
  89:6,17,22 90:1
  90:14 91:1
**team** 34:11 45:14
**technical** 10:14
**technically** 93:4
**telephone** 74:20
  75:19 76:7 79:7
**tell** 7:11 71:8 82:7
  113:20 115:5
**temporarily** 14:20
  14:21
**ten** 73:1 98:1 104:9
  111:12 118:22,23
  118:23 119:1
**Terceiro** 58:10
  81:19 82:14 108:4
**term** 11:16,18
  109:18
**terms** 38:12 57:23
  109:10
**Terry** 64:23 68:3,17
  88:6 90:19 92:3
  93:23 96:13,14
  99:22 100:5
  104:17 109:7,22
  110:2
**testified** 5:13 90:20
**testify** 126:8
**testifying** 9:5
**testimony** 5:20,23
  6:13 126:13
**text** 54:7 55:10,14

**than** 12:20 31:4
  69:23 70:2 75:21
  81:15 100:12,24
  101:1 119:14
**their** 32:10,11 88:17
  88:21 90:14 91:3
  93:1,4 100:10
**themselves** 4:13
  40:3 103:12
**There's** 19:12
**thereabouts** 74:17
  86:21 87:7
**thereafter** 126:11
**therefore** 22:1 34:7
  46:14 105:1
**these** 12:10 13:9
  17:4 30:1,7 31:15
  32:7 35:6 37:22
  38:11 42:11 45:11
  45:12,12,18,21
  58:5 67:24 91:2
  99:10 114:15
  115:24
**they're** 18:16 28:2
  30:9,15 81:8
**thing** 8:21 22:11
  37:16 56:10 76:12
  78:8 84:7 104:17
  114:19 116:23
  118:2 124:1
**things** 6:23 28:11
  33:3 39:9,10
  41:21 44:6 58:5
  66:1,3 67:24
  75:15,23,24 78:23
  80:9,19,20 95:14
  97:11 114:24
  121:16,18 123:3,6
**thinking** 34:15
  36:17 48:22 97:5
**Thompson** 4:9
**Though** 94:5
**thought** 14:13
  47:24 62:2 109:1
  109:17
**thoughts** 106:22
**thousand** 117:6,7
**thousands** 43:11
  49:15,16,23
**three** 18:4 24:4
  27:16 34:18 42:14
  80:3,7 91:15
**three-piece** 34:21
  43:21
**thrilled** 45:11
**through** 15:14

  26:21 27:16 36:18
  37:23 41:21 47:9
  67:1 88:21 90:9
  90:10,21 93:16
  94:7,8 105:22
  106:8 114:21
  115:12 116:17
**throughout** 87:14
**ticket** 78:15
**tied** 37:19
**timeframe** 25:9
  44:10 49:7,16
  50:2
**timeframes** 70:7
**times** 6:1 30:13 31:7
  74:18 112:22
**times'** 62:3,4
**tire** 27:10
**today's** 4:7,10 21:8
  34:22 37:24 80:8
  124:10
**together** 17:11
  18:15 22:10 24:5
  30:16 32:21 33:14
  45:1,1 54:4,6,15
  62:3 91:16 106:22
  116:9 118:17
**told** 77:13 82:3
  106:14
**Tolpin** 2:11 4:24
**tomorrow** 121:7
**too** 10:14 41:3
  77:21 80:22 87:17
  110:10 114:16
  123:8
**took** 13:10 15:8
  20:14 23:2 24:16
  25:2 29:11 30:14
  34:13 43:19 45:15
  50:19 71:3 90:19
  104:19
**top** 15:8,12,13
  34:19 51:11 53:3
  63:20 67:4 68:10
  98:18 101:23
  104:24
**topic** 56:24 59:22
**topics** 19:24 107:9
**total** 48:14 78:13
**totally** 12:23 24:21
  80:11
**touched** 71:5
**tour** 96:3
**toured** 18:6
**toward** 44:20
**towards** 13:13

89:21
track 44:1
Trade 65:8
trademark 36:10,13
trademarking
  36:17
trademarks 6:9
tradesmen 24:4
traditional 43:20
train 22:24
trained 12:6
trainee 21:1
training 22:21
transcript 9:1
  118:14,17,18
  119:18 122:13
  123:19 125:13,17
  126:10,18
transport 93:5
transportation
  42:13
transported 42:9
  50:15,15
transshipments
  94:6
travel 78:5 108:9
traveled 50:21
  87:14
traveling 120:22
travels 87:19
tread 27:10
trial 9:3,7 79:3,3
trick 117:20
trip 15:20 16:14
  19:22 20:14 61:21
  74:2,21,22 87:3
  95:21 96:1,7,18
  97:2 108:5,15
  119:7,8
trips 97:1,4,7,9
true 38:1 77:17
  109:21 125:16
  126:13
truth 126:8
try 6:21 7:13 26:21
  41:8 47:18,19
  69:23 73:7 108:13
  109:20
trying 11:17 27:12
  30:5,19 38:11
  41:12 43:4 48:22
  49:20 57:20
  110:10 113:9
  117:20
turning 22:20
twelve 11:9

twice 74:20
two 10:5 15:7 18:4
  24:4,9 48:13 51:9
  57:23 79:7 80:3,7
  81:22 96:8 97:8
  106:21 118:1
  119:2 121:2,13
two-page 81:16
type 7:20 19:19
  37:15 103:16
typed 103:17,18
types 70:15 80:9
typewriting 126:12

U
U 42:20 70:21 98:21
UAE 10:8
Uh-huh 58:4
unavailable 81:9
under 51:22 54:2
  55:10,14 66:24
  89:5 97:13 101:15
  104:23 112:13
  126:12
underneath 32:21
understand 7:12,14
  9:15 17:20 41:4
  59:16 65:17 84:7
  84:13 111:1 113:4
  113:9,21,22
understanding
  105:23 110:11
  113:15
Unfortunately
  93:11
unique 32:23 91:8
university 20:5,6,8
unknown 19:10
  85:2
unless 7:13,21
Unlimited 68:13
  111:19
unsigned 123:19
until 10:1 22:18
  26:3 43:17 96:24
unusual 112:13
upgrade 33:24
upon 45:16 71:6
  126:18
upper 37:15 39:24
uppers 27:11
upwards 117:6,7
us 7:1,3 33:15 46:6
  48:9 54:21 62:1
  80:4 90:13 110:11
  120:21 122:14

123:1
use 7:2 12:5,6,21
  14:9 34:1 37:22
  48:10 84:12 90:14
used 9:2 11:16,19
  14:10,12 16:10
  19:12 34:23
  123:20
users 46:17
using 16:5 23:4 34:3
  37:6,6 38:12
  87:20
usually 38:8,9 40:7
  120:18

V
vague 38:2 40:18
  53:16
value 32:11 34:8
  35:3
various 42:18 83:23
  94:5 112:8
verbal 8:6,9
version 51:15 75:22
  98:24 99:3,11
versus 4:3 109:11
vertically 24:1
very 13:13 14:14
  16:6,7,23 23:13
  29:14 33:6,6,15
  33:15 35:2 42:21
  45:5 47:23,24
  61:13 78:4,10
  83:5 98:18 114:22
via 65:7
vicinity 40:16
VIDEOGRAPHER
  4:1 5:7 73:8,12
  106:23 107:3
  124:5,9
videotaped 1:12 4:2
view 32:6
virtually 93:2,6
vision 77:11
visit 13:5 58:23
  59:17,19 96:2
visited 19:7,8 45:8
visiting 61:22
volume 40:12 43:1,4
  50:6 92:23 110:15
  110:24
volumetric 110:18
voluntarily 75:12
voluntary 12:1
  107:17
vs- 1:6 125:6

W
want 7:11 16:1
  31:12 32:1,3
  45:12 57:19 58:15
  61:11 105:16
  108:13 110:23
  117:17 118:13
  119:13 123:8
wanted 10:14 42:4
  44:6 56:24 59:7
  98:7,8 107:13
  108:24 109:4
  110:14,23
warm 16:1 33:16
warmer 36:7
Washington 1:18
  4:11
wasn't 14:14 18:24
  20:5 24:18 34:13
  38:15 46:15 48:3
  48:16 60:21 95:18
  95:18 117:20
water 7:3 11:8,17
  12:6,6 14:11 16:1
  19:19
wave 12:20
waves 12:22 18:16
  23:5 33:9
way 12:22 13:24
  19:1,15 26:21
  46:22 50:15 74:7
  77:22 91:7,8,9
  94:6 96:23 100:1
  105:24 109:20
  110:24 116:21
  121:7
ways 11:8 37:5
  89:21
we'd 18:15 22:24
we'll 73:6 121:14
  122:8,17
we're 6:15 78:4
  116:19 118:16
  119:17
we've 75:22
wear 35:6 41:7
week 34:14,15,15
  34:16 40:17 41:16
  43:12 44:21 49:17
  49:18,24 58:2
  59:1,2 61:17 63:4
  117:5,6,10 119:6
  121:13
weekly 42:19 49:8
weeks 75:1,2,3 97:8
  119:2,12

well-being 59:8
well-diversified
  112:11
went 18:5,6 19:8,14
  30:14 32:19 34:18
  41:7 48:6,6,11
  50:16 54:3,13,15
  74:5 93:20 94:1
weren't 31:9 48:17
  50:13,14 92:17
  110:14
west 1:18 4:11 42:3
  42:4 46:10,12,14
  96:9 97:9 105:12
Weston 101:11,23
wetsuit 16:9 54:8
  56:1 63:6
wetsuits 16:3,5,10
  27:17 28:6,22
  29:1,5,9,12,17
  30:22 31:21 55:10
  55:23 60:14 65:23
  72:9 104:4
What's 55:3 85:23
  95:4
whatever 7:23 49:7
  91:16
whenever 105:11
WHEREOF 127:1
WHEREUPON
  4:20 5:9 51:1 62:8
  66:17 73:10 85:17
  101:3 107:1
wherever 82:6 98:7
whether 28:2 49:7
  75:8,11 99:3
  113:13
while 15:3 21:9
  108:5 114:9
white 69:11
whole 25:1,6 45:21
  126:8
wholesale 70:21
  105:10 106:1
  110:7
whom 4:14 90:4
why 9:9 58:21 71:19
  72:24 75:17 82:11
  82:17 115:6
wife 79:22
willing 75:9
winter 33:8
wish 105:17 117:14
wished 46:1
within 10:22 12:3
  24:1 28:7 38:17

68:6 69:10 84:11
98:13
**without** 33:16 46:23
**Witty** 4:8
**won't** 78:3 82:10
**wood** 23:9
**word** 22:15 36:11
**words** 22:13 31:12
37:7 39:4,6 40:2
54:7,10,11 57:19
69:11 91:4 123:4
**wore** 21:24 35:5
**work** 18:17,18,19
18:19,19 26:21
29:10 33:24 37:8
37:20 88:13 98:13
**worked** 20:20 88:22
90:5 111:1
**working** 18:12 24:7
27:16 88:15 112:4
**works** 89:18,18
**workshop** 19:3
35:13 36:21 37:6
37:6,10 40:6
45:11 46:4 116:12
**world** 11:15 15:22
32:23 47:13 68:1
104:24 112:9
114:1
**worried** 86:23
**worthwhile** 105:6
**wouldn't** 105:6,15
106:13,15
**Wow** 19:22 105:17
**wrapped** 91:19
112:12
**write** 54:7 64:1,5
114:14
**writing** 53:15,17
**written** 8:4,7 53:21
63:4
**wrong** 19:14
**wrote** 54:8,12,17
55:16,18 64:3,7,9
64:12

---

**X**

**X** 3:1,12 121:11
**XYZ** 120:11

---

**Y**

**Yater** 16:20,21
**year** 20:9 25:18
33:19 35:16 36:14
47:6 71:15 107:23
**yearly** 49:8

**Yep** 62:18 98:17
**yesterday** 57:14,17
58:6 79:9
**you'd** 58:20
**you'll** 109:14
**you're** 9:5 23:16
38:12 73:22 120:8
120:9,21 121:12
**you've** 20:3 35:8
36:9 78:22,22
84:17 85:1 113:11
**young** 12:5 13:13
**yours** 77:23
**yourself** 14:3 65:20
94:14

---

**Z**

---

**0**

**084-002880** 1:23
127:9

---

**1**

**1** 125:14
**1.00** 98:19
**1:16-cv-03676** 1:6
4:6 125:6
**10** 12:4
**100** 2:13 31:21,24
**100,000** 89:8
**101** 3:23
**10519** 1:24
**107** 3:6
**11:17** 73:9
**11:26** 73:14
**114** 3:7
**116** 10:5 122:7
**12.95** 93:7
**12:05** 106:24
**12:07** 107:4
**12:24** 124:11
**127** 125:14
**12th** 86:2,3
**13th** 74:3
**14** 63:20
**142** 103:20
**14th** 63:24,24
**15** 60:10 61:17
**15th** 74:9 121:1
**17** 12:18 24:7
**17th** 1:19 4:7
**18** 12:18 17:21,24
87:6
**19** 17:24 87:8
**1902** 22:3
**1940** 9:19

**1956** 13:4,6 20:12
**1958** 13:22 14:18
17:20 87:4 95:21
**1960** 115:14 116:5
**1960s** 41:10,11 85:7
**1961** 29:13
**1970** 41:19 43:3,7
43:15
**1970s** 67:17
**1971** 85:9 86:3,9
**1977** 26:3 94:20
**1978** 86:21
**1980s** 25:13
**1998** 102:22
**19th** 74:11
**1st** 75:14 127:3

---

**2**

**2** 73:13 111:18
**2,000** 110:18
**20** 10:7 12:4 36:3
41:2,15 61:18
**2004** 101:16 102:9
102:19,20
**2012** 86:1,3,13,14
86:22
**2017** 1:19 4:7 63:20
125:23 127:3
**20th** 74:16
**2200** 1:18
**225** 1:18 4:11
**228-3730** 2:7
**26** 51:23
**26th** 9:19
**27** 86:3

---

**3**

**3** 10:7
**30** 6:8 41:3,15 80:17
119:14 120:19
124:4
**310** 2:7
**312** 2:15
**333** 2:5

---

**4**

**4** 101:24
**4:00** 22:23
**40** 6:8
**400** 113:7
**4300** 2:5
**48** 3:15 51:2,8 55:5
57:24 81:3
**49** 3:16 62:9,14
108:19

**5**

**5** 3:4
**50** 3:18 12:4 36:4
41:3,15 66:18,22
98:15 99:18
**50/50** 31:22
**500** 40:17
**501** 2:13
**5069** 102:1
**50s** 20:12 29:7
**51** 3:15,21 85:11,18
101:8
**52** 3:23 101:4,8
114:13,17,19
**57** 25:20
**58** 25:21

---

**6**

**6.00** 93:8
**60** 12:5 122:18
123:18
**600** 77:3
**60602** 2:14
**60s** 25:8 29:7 31:1
35:24 36:8,16,24
37:11 45:7 47:8
49:1,4,5 60:5,19
61:4 65:5 70:9
88:9 95:24,24
96:11
**61** 30:22
**62** 3:16 45:7
**63** 30:22 45:8
**66** 3:18
**67** 67:1
**698-8971** 2:15

---

**7**

**70s** 25:9 30:15,18
44:12,12,17 47:9
49:1,4,6 60:4,18
63:13 65:5 70:9
88:9 96:12,14
**71** 86:2
**73** 3:5 50:11
**76** 43:17 71:18,21
**77** 43:17
**77-'78** 96:24
**78** 43:17

---

**8**

**85** 3:21

---

**9**

**9:57** 1:20 4:8
**90067** 2:6

**9th** 101:15